| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>1:06 CR 357-019KMW) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Mark Alan Shapiro | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | DIVISION<br>U.S. Probation | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable Kimba M. Wood | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>December 23, 2020 | TO<br>December 22,2023 |

OFFENSE:

Conspiracy to Commit Securities Fraud, Wire Fraud and Mail Fraud. USC 571 a Class D Felony, Securities Fraud, 18 USC 78j(b) a Class C Felony, Wire Fraud 18 USC 1343 a Class C Felony and Mail Fraud 18 USC 1341 a Class C Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court  to the United States District Court for the **DISTRICT OF CONNECTICUT** upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 6 - 29-22 | (Leich m und |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF CONNECTICUT.**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 7/7/2022 | _____ |
|---|---|
| *Effective Date* | *United States District Judge* |

Mark Alan Shapiro                                    4
Docket Number: 1:06 CR 357-1 (KMW)

| USDS SDNY | 49026 - YT |
|---|---|
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: | |
| DATE FILED: 6/30/22 | |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### *JUDICIAL RESPONSE*

THE COURT ORDERS:

[✓]   Transfer of Jurisdiction to the District of Connecticut APPROVED

[ ]   Transfer of Jurisdiction to the District of Connecticut DENIED

[ ]   Other

_____

_____

_____

_____

_____

Honorable Kimba M Wood

_____

Date

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:06 CR 357-019KMW) |
| --- | --- | --- |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION U.S. Probation | |
| --- | --- | --- | --- |
| Mark Alan Shapiro | NAME OF SENTENCING JUDGE Honorable Kimba M. Wood | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM December 23, 2020 | TO December 22,2023 |

OFFENSE:

Conspiracy to Commit Securities Fraud, Wire Fraud and Mail Fraud. USC 571 a Class D Felony, Securities Fraud, 18 USC 78j(b) a Class C Felony, Wire Fraud 18 USC 1343 a Class C Felony and Mail Fraud 18 USC 1341 a Class C Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

      IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **DISTRICT OF CONNECTICUT** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6 - 29-22

*Date*

*(Leigh M. Ward*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF CONNECTICUT.**

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*

CLOSED,ECF,PRIOR

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:06–cr–00357–KMW–1

Case title: USA v. Shapiro et al

Magistrate judge case number:  1:06–mj–00397–UA

Date Filed: 04/24/2006

Date Terminated: 10/25/2010

---

**Movant**

**Webster Bank, N.A.**                    represented by  **Melvin A. Simon**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
Hartford, CT 06103
(860)–493–2200
Fax: (860)–727–0361
Email: msimon@cbshealaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Movant**

**Lum, Danzis, Drasco & Positan, LLC**

---

Assigned to: Judge Kimba M. Wood

**Defendant (1)**

**Mark Alan Shapiro**                    represented by  **Alex Young Kyong Oh**
*TERMINATED: 10/25/2010*              Paul, Weiss, Rifkind, Wharton & Garrison, LLP (DC)
2001 K Street, N.W.
Washington, DC 20006
(202) 223–7334
Fax: (202) 223–7474
Email: alexykoh@yahoo.com
*TERMINATED: 02/09/2007*
*LEAD ATTORNEY*

**David M Stern**
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, NY 10013
212–571–5500
Fax: 212–571–5507
Email: dstern@rssslaw.com
*TERMINATED: 06/12/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jennifer Lynn Naegele**
Law Office of Jennifer L. Naegele
P.O. Box 12375

San Francisco, CA 94112
(415)–519–9116
Email: naegelelaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Kenneth Leppo**
Leppo & Leppo
7 Christy's Drive
Suite 1
Brockton, MA 02301
(508) 580–3733
Fax: (508) 580–4841
Email: kim2leppo@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ethan Atticus Balogh**
Coleman & Balogh LLP (CA)
235 Montgomery St. Suite 1070
San Fransico, CA 94104
(415) 391–0440
Fax: (415) 373–3901
Email: eab@balcolaw.com
*TERMINATED: 10/10/2018*
*PRO HAC VICE*
*Designation: Retained*

**Katherine Alfieri**
Law Office of K. Alfieri
Po Box 460238
San Francisco, CA 94146
(415)–337–5100
Fax: (415)–337–1177
Email: alfierilaw@gmail.com
*TERMINATED: 10/10/2018*
*PRO HAC VICE*
*Designation: Retained*

**Koren Larissa Bell**
Larson O'Brien LLP
555 South Flower Street
Suite 4400
Los Angeles, CA 90071
213–436–4888
Email: kbell@larsonllp.com
*TERMINATED: 02/09/2007*
*ATTORNEY TO BE NOTICED*

**Lee Alan Ginsberg**
Freeman Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, NY 10038
(212) 608–0808
Fax: 212 962 9696
Email: leeloulaw@aol.com
*ATTORNEY TO BE NOTICED*

**Louis Marmorek Freeman**
Freeman Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, NY 10038
212.608.0808
Fax: 212.962.9696

Email: freemefree@aol.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES (1s) | Imprisonment for a total term of 60 Months on Count 1 and 240 months on each of counts 2, 3,4, and 5, all to run consecutively, for a total of 1,020 months (85 years). Supervised release for a term of 3 years on each of Counts 1 through 5, all to run concurrently. |
| MANIPULATIVE AND DECEPTIVE DEVICES – Title 15 USC Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations, Section 240.10b–5; Title 18 USC Section 2). (2s–3s) | Imprisonment for a total term of 60 Months on Count 1 and 240 months on each of counts 2, 3,4, and 5, all to run consecutively, for a total of 1,020 months (85 years). Supervised release for a term of 3 years on each of Counts 1 through 5, all to run concurrently. |
| FRAUD BY WIRE, RADIO, OR TELEVISION – (Title 18 USC Sections 1343 and 2.) (4s) | Imprisonment for a total term of 60 Months on Count 1 and 240 months on each of counts 2, 3,4, and 5, all to run consecutively, for a total of 1,020 months (85 years). Supervised release for a term of 3 years on each of Counts 1 through 5, all to run concurrently. |
| FRAUDS AND SWINDLES – (Title 18 USC Sections 1341 and 2.) (5s) | Imprisonment for a total term of 60 Months on Count 1 and 240 months on each of counts 2, 3,4, and 5, all to run consecutively, for a total of 1,020 months (85 years). Supervised release for a term of 3 years on each of Counts 1 through 5, all to run concurrently. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | Underlying Indictment count is dismissed on the motion of the US |
| MANIPULATIVE AND DECEPTIVE DEVICES (15USC78j(b) AND 78ff; TITLE 17, CFR SECTION 240.10b–5; 19USC2: SECURITIES FRAUD) (2) | Underlying Indictment count is dismissed on the motion of the US |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 15 U.S.C. 78j (b) & 78ff, and 18 U.S.C. 371 & 2 (CONSPIRACY TO COMMIT SECURITIES; WIRE AND MAIL FRAUD SECURITIES FRAUD) | |

**Plaintiff**

**USA**                                    represented by  **Alexander John Willscher**
Sullivan & Cromwell, LLP (NYC)
125 Broad Street
New York, NY 10004
(212) 558–4104
Fax: (212) 358–9236
Email: willschera@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jilan Janet Kamal**
U.S. Attorney's Office– SDNY
1 Saint Andrew's Plaza
New York, NY 10007
212–637–2192
Fax: 212–637–2527
Email: jilan.kamal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc O Litt**
Baker & McKenzie LLP
452 Fifth Avenue
NY, NY 10018
(212) 310–4100
Fax: (212) 310–1600
Email: Marc.Litt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emil Bove , III**
US Attorneys Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
(212) 637–2444
Fax: (212) 637–2443
Email: ebove@csglaw.com
*ATTORNEY TO BE NOTICED*

**Marc Peter Berger**
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036
212–596–9000
Fax: 212–596–9090
Email: bergerm@SEC.GOV
*ATTORNEY TO BE NOTICED*

**Noah Falk**
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
212–637–1085
Fax: 212–637–2443
Email: noah.falk@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Steven David Feldman**
McGonigle P.C.
1185 Avenue of the Americas
21st Floor
New York, NY 10036
212–880–3988
Fax: 212–880–3998
Email: sfeldman@stradley.com

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2006 | 1 | COMPLAINT as to Mark Alan Shapiro (1), Irving Stitsky (2), William B. Foster (3). In Violation of 15 U.S.C. 78j (b) & 78ff, and 18 U.S.C. 371 & 2 (Conspiracy to Commit Securities, Wire and Mail Fraud; Securities Fraud) (Signed by Judge Gabriel W. Gorenstein ) (dif, ) [1:06–mj–00397–UA] (Entered: 03/28/2006) |
| 04/05/2006 | 9 | ENDORSED LETTER as to Mark Alan Shapiro addressed to U.S. Magistrate Judge Katz from Martin K. Leppo dated 4/5/06 re: It is Ordered that the preliminary hearing relative to Mark A. Shapiro is waived. (Signed by Judge Theodore H. Katz on 4/5/06)(vb, )[1:06–mj–00397–UA] (Entered: 04/07/2006) |
| 04/06/2006 | | Arrest of Mark Alan Shapiro. Flew into SDNY. (gq, ) [1:06–mj–00397–UA] (Entered: 04/10/2006) |
| 04/06/2006 | | Minute Entry for proceedings held before Judge Theodore H. Katz :Initial Appearance as to Mark Alan Shapiro held on 4/6/2006. Deft appears with CJA atty Robert Krakow (for bail only). AUSA's Marc Litt and Steven D. Feldman present for the gov't. Retained counsel notified – Not present. Detention Hearing set for 4/10/2006 02:00 PM before Judge Unassigned. Preliminary Examination set for 4/26/2006 10:00 AM before Judge Unassigned. (gq, ) [1:06–mj–00397–UA] (Entered: 04/10/2006) |
| 04/07/2006 | 15 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Magistrate Judge Theodore H. Katz from Martin K. Leppo dated 4/7/06 re: Granting the request for the 4/10/06 bail hearing date be continued, with a date to be determined...... (Signed by Judge Theodore H. Katz on 4/7/06)(vb, ) [1:06–mj–00397–UA] (Entered: 04/11/2006) |
| 04/24/2006 | <u>16</u> | INDICTMENT FILED as to Mark Alan Shapiro (1) count(s) 1, 2, Irving Stitsky (2) count(s) 1, 2, William B. Foster (3) count(s) 1, 2. (jm, ) (Entered: 04/24/2006) |
| 04/24/2006 | | Case Designated ECF as to Mark Alan Shapiro, Irving Stitsky, William B. Foster.(jm, ) (Entered: 04/24/2006) |
| 04/27/2006 | | Minute Entry for proceedings held before Judge Henry B. Pitman :Arraignment on Disposition Sheet as to Mark Alan Shapiro (1) Count 1,2 held on 4/27/2006. Deft present with atty David Stern. AUSA Steve Feldman present. Deft pleads not guilty. Time between today and 5/11/06 excluded on consent. (jw, ) (Entered: 05/03/2006) |
| 04/27/2006 | | Minute Entry for proceedings held before Judge Henry B. Pitman : Plea entered by Mark Alan Shapiro (1) Count 1,2 Not Guilty. (jw, ) (Entered: 05/03/2006) |
| 05/04/2006 | | Minute Entry for proceedings held before Judge Kimba M. Wood :Pretrial Conference as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 5/4/2006. Deft Mark Shapiro is present with atty Franklin Rothman, standing in for David Stern. Deft Irving Stitsky is present with his atty Eric Franz. Deft William Foster is present with his atty Raipher Pellegrino. AUSA's Mark Litt and Steven Feldman are present. Court reporter Jennifer Thun is present. Deft Stitsky and Foster are arraigned. Deft Stitsky waives public reading and pleads not guilty. Deft Foster waives public reading and pleads not guilty. Martin Lepo is to notify the Court within 5 days as to whether he has been retined by Mark Shapiro and whether he will be able to see the case to completion. The Court will transfer to a magistrate judge the issue of whether certain of the documents produced in the discovery are privileged. Defense counsel shall submit a log of the purportedly privileged documents, together with copies of those documents to the magistrate judge by August 11, 2006. The next conference is schedule for September 5, 2006, when the parties will report to the Court as to what, if any, motions they expect to make. Time is excluded through Sept 5, 2006. The Court modifies the bail conditions of defendant Irving Stitsky to provide that he may leave his house three hours each day to look for work. Each Friday, the defendant shall submit a written report to the Probation Officer, setting forth what positions he has explored. The defendant shall make himself available each Friday from 1:00 p.m. to 4:00 p.m. to answer any questions the Probation Officer may have. At the end of two weeks, the Probation Officer is to notify the Court whether or not this procedure is working effectively. (jar, ) (Entered: 05/16/2006) |
| 05/04/2006 | | ORAL ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster Time excluded from 5/4/2006 until 9/5/2006. As to Mark Alan Shapiro, Irving Stitsky, |

| | | |
|---|---|---|
| | | William B. Foster Pretrial Conference set for 9/5/2006 10:00 AM before Judge Kimba M. Wood. (Signed by Judge Kimba M. Wood on 5/4/2006)(jar, ) (Entered: 05/16/2006) |
| 05/22/2006 | 19 | MOTION for Martin K. Leppo to Appear Pro Hac Vice. Document filed on behalf of dft Mark Alan Shapiro. (ja, ) (Entered: 05/22/2006) |
| 06/12/2006 | 24 | NOTICE OF ATTORNEY APPEARANCE: Martin K. Leppo appearing for Mark Alan Shapiro. (jar, ) (Entered: 06/16/2006) |
| 06/13/2006 | 23 | MEMO ENDORSEMENT as to Mark Alan Shapiro on 'Motion By Attorney Martin K. Leppo For Admission Pro Hac Vice', dated 5/10/06, re: Attorney Leppo moves this Court admit him pro hac vice to represent deft Mark Alan Shapiro. Judge So Ordered. (Signed by Judge Kimba M. Wood on 6/12/06)(bw, ) (Entered: 06/13/2006) |
| 06/13/2006 | 26 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from David Stern dated 5/19/06 re: Seeking the Court's permission to withdraw as counsel for Mr. Shapiro which is scheduled for a conference on August 11, 2006. Judge Memo−endorsed...Granted. SO ORDERED. (Signed by Judge Kimba M. Wood on 6/12/06)(jw, ) (Entered: 07/12/2006) |
| 07/21/2006 | 28 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. It is hereby ORDERED that the US and its agencies, including the Federal Bureau of Investigation and/or the US Marshals Service, are authorized to maintain and preserve the Seized Assets until the conclusion of the instant criminal case, pending further Order of this Court; And it is further ORDERED that this Order satisfies the requirements described in 18 USC 983(a)(3)(B)(ii)(II). (Signed by Judge Kimba M. Wood on 7/20/06)(jw, ) (Entered: 07/21/2006) |
| 08/24/2006 | 33 | MOTION for Martin K. Leppo, Esquire to Withdraw as Attorney *for Mark Alan Shapiro*. Document filed by Mark Alan Shapiro. (Attachments: # 1 Affidavit of Martin K. Leppo, Esquire)(Leppo, Martin) (Entered: 08/24/2006) |
| 08/28/2006 | 35 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from David Stern dated 8/23/06 re: Request the court So Order this letter assigning me nunc pro tunc as of 4/27/06...So Ordered (Signed by Judge Kimba M. Wood on 8/25/06)(pr, ) (Entered: 08/29/2006) |
| 08/28/2006 | 36 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Martin K. Leppo dated 8/11/06 re: Motion to withdraw.Mark Alan Shapiro shall respond to this request by 9/8/06, stating whether he consents to withdrawal of Mr. Leppo as counsel, and whether he seeks return of any fees paid to Mr Leppo. So ordered (Signed by Judge Kimba M. Wood on 8/26/06)(pr, ) (Entered: 08/29/2006) |
| 08/29/2006 | 39 | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from Ralpher D. Pellegrino dated 8/28/06 re: Reschedule Conference., as to Mark Alan Shapiro, Irving Stitsky, William B. Foster; Pretrial Conference set for 9/5/2006 04:30 PM before Judge Kimba M. Wood. Judge Memo−endorsed..SO ORDERED. (Signed by Judge Kimba M. Wood on 8/29/06)(jw, ) (Entered: 08/30/2006) |
| 09/08/2006 | 41 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Ordered that time be excluded under the STA, purs. to 18:3161(h)(8)(A), from 9/7/06, until 9/11/06. So ordered (Signed by Judge Kimba M. Wood on 9/7/06)(pr, ) (Entered: 09/08/2006) |
| 09/11/2006 | | Minute Entry for proceedings held before Judge Kimba M. Wood :Pretrial Conference as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 9/11/2006. Deft Mark Alan Shapiro is present w/his atty Martin Leppo (appearing by telephone). Deft Irving Stitsky is present w/his atty Dennis Kelleher. Deft William B. Foster is present w/his atty Raipher Pellegrino (appearing by telephone). AUSA Mark Litt is present. Court reporter Steven Greenblum is present. Conference is held (see transcript). The Court sets a deadline of 10/27/06 for defts to make an assertion of privilege regarding the materials seized by the Govt during the 12/1/05 search. All motions must be filed by 11/30/06. The Govt's response is due by 12/21/06. Any replies are due by 1/5/07 and NO later. A date for trial will be set in either May or June of 2007; the parties will notify the Court of an agreed upon date. Mr. Leppo has filed a motion to withdraw, and deft Shapiro has no available funds. Mr. Leppo would like more time to speak to |

|  |  | his client about possibly proceeding as counsel; Mr. Leppo will notify the Court if he still wishes to withdraw as counsel – Mr. Leppo must notify the Court within 2 days regarding whether he wishes to withdraw his motion to withdraw. If Mr. Leppo withdraws, there will need to be a conference with CJA counsel. The Court states that Mr. Litt and Mr. Leppo must discuss whether a Curcio hearing is needed, and what questions would need to be asked; they must then submit a letter to the Court. If any hearing is needed, the hearing will take place on 1/12/07 at 10:00 a.m. Time is excluded through 1/12/07. (bw, ) (Entered: 09/18/2006) |
|---|---|---|
| 09/11/2006 |  | ORAL ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Time excluded from 9/11/06 until 1/12/07. Motions (by defts) due by 11/30/2006. Responses (by govt) due by 12/21/2006. Replies due by 1/5/2007. Curcio Hearing set for 1/12/2007 10:00 AM before Judge Kimba M. Wood.(bw, ) (Entered: 09/18/2006) |
| 10/02/2006 | 44 | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from AUSAs Marc Litt/Steven Feldman dated 9/13/06 re: submitted to request that the Court schedule a pretrial conference at its earliest convenience for the purpose of assigning CJA counsel to represent deft Shapiro. Judge Endorsed – The Court will hold a conference on October 10, 2006, at 4:00 p.m., concerning Mr. Leppo's motion to withdraw and the appointment of CJA counsel to represent defendant. (Signed by Judge Kimba M. Wood on 9/29/06)(bw, ) (Entered: 10/02/2006) |
| 10/02/2006 |  | Set/Reset Hearings as to Mark Alan Shapiro, Irving Stitsky, William B. Foster: Pretrial Conference set for 10/10/2006 04:00 PM before Judge Kimba M. Wood.(bw, ) (Entered: 10/02/2006) |
| 10/04/2006 | 46 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. On 9/11/06 the Gov't requested an exclusion of time under the STA from 9/11/06 through 1/12/07. None of the dfts objected.... because of the complexity of the case, the need to settle dft Mark Shapiro's representation issues, the need for the dfts to review discovery and assert any privilege which they seek to preserve and the need for dfts to decide what motions, if any, to file. It is hereby ordered that time be excluded from 9/11/06 to 1/12/07. SO ORDERED.(Signed by Judge Kimba M. Wood on 9/12/06)(ja, ) (Entered: 10/05/2006) |
| 10/06/2006 | 48 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Attorney Martin K. Leppo dated 10/5/06 re: submitted to request permission to participate in the pretrial conference scheduled for 10/10/06 at 4:00 p.m. by telephone. Judge So Ordered. (Signed by Judge Kimba M. Wood on 10/5/06)(bw, ) (Entered: 10/06/2006) |
| 10/10/2006 |  | Minute Entry for proceedings held before Judge Kimba M. Wood :Pretrial Conference as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 10/10/2006. Deft Mark A. Shapiro is present, and his atty Martin Leepo appears by telephone. CJA Anthony Ricco is present. Deft Irving Stitsky's appearance is waived. His atty Dennis Kelleher is present. Defendant William Foster appears by telephone, as does his atty Raipher Pellegrino. AUSA Mark Litt is present. Court Reporter Sandy Miaskoff is present. The Court asks mr. Leppo to respond in writing to the letter from deft Shapiro's brother, addressed to the Court. mr. Leppo is allowed, as of today, to withdraw as counsel to Deft Shapiro. Mr.Ricco needs time to speak with Mr. Shapiro about his representation, and to speak to the Government. Deft Stitsky, and his atty, do not need to appear at the next conference. Deft Foster, and his atty do not need to appear at the next conference. The next conference is scheduled for 10/27/2006 at 10:00am (this date be a hearing instead of a conference). The Court permits the expenditure of $400 in CJA funds to deft Stitsky. (jar, ) (Entered: 10/19/2006) |
| 10/10/2006 |  | ORAL ORDER as to Mark Alan Shapiro, As to Mark Alan Shapiro Status Conference set for 10/27/2006 10:00 AM before Judge Kimba M. Wood. (Signed by Judge Kimba M. Wood on 10/10/2006)(jar, ) (Entered: 10/19/2006) |
| 10/17/2006 | 49 | TRANSCRIPT of Proceedings as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 9/11/06 before Judge Kimba M. Wood. (tro, ) (Entered: 10/17/2006) |
| 10/31/2006 | 50 | ORDER as to Mark Alan Shapiro. Ordered the parties are directed to appear for a pre trial conference on 11/20/06. Time begining with the date of the signing of this order is hereby excluded up to and including 11/20/06 as indicated (See attached order for full |

| | | text) So ordered (Signed by Judge Kimba M. Wood on 10/27/06)(pr, ) (Entered: 11/01/2006) |
|---|---|---|
| 10/31/2006 | 51 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Anthony L. Ricco dated 10/26/06 re: Adjournment of the 10/27/06 conference.The conference is adjourned to 11/20/06 @ 3:30 PM. So ordered (Signed by Judge Kimba M. Wood on 10/22/06)(pr, ) (Entered: 11/01/2006) |
| 10/31/2006 | | Set/Reset Hearings as to Mark Alan Shapiro: Pretrial Conference set for 11/20/2006 03:30 PM before Judge Kimba M. Wood..(pr, ) (Entered: 11/01/2006) |
| 11/16/2006 | 53 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Martin K. Leppo dated 10/11/06 re: Received 2 checks from Rick Shapiro, each in the amt of $5,000.00 towards payment of legal fees for Mark Alan Shapiro.The court will not seek to resolve this dispute. (See attached memo endorsement) (Signed by Judge Kimba M. Wood on 11/15/06)(pr, ) (Entered: 11/17/2006) |
| 11/20/2006 | | Minute Entry for proceedings held before Judge Kimba M. Wood :Status Conference (See transcript) as to Mark Alan Shapiro held on 11/20/2006. Dft Shapiro is pres w/his atty Anthony Ricco. Atty Steven Legonis pres. AUSAs Mark Litt and Steven Feldman are pres. Crt Rptr is pres. Mr. Ricco updates the Crt, and explains to the Crt the enormous amount of discovery and work involved w/this case. The Crt would like to have cnsl on this case who can devote between 30–50 hours per week. The Crt will contact other CJA attys and attempt to find cnsl who can devote such time to this case. Mr. Ricco will stay on as Shapiro's cnsl until such time. The Crt will set another conference date after attempting to find another CJA lawyer. The next conference will be scheduled on a Monday (because of Mr. Ricco's trial schedule), or if not on a Monday, Mr. Ricco will be allowed to appear by telephone. T/E through 1/12/07. (Court Reporter Marvin Birnbaum) (ja, ) (Entered: 11/28/2006) |
| 12/19/2006 | 58 | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from AUSAs Marc Litt/Steven Feldman dated 12/19/06 re: submitted to request the following briefing schedule, Govt to have until 1/5/07 to file its opposition to the motions filed by Mr. Foster and Mr. Stitsky on 12/8/06 and 12/14/06, respectively, and that the defts file their reply briefs, if any, by 1/12/07. The Govt also requests that the Court schedule a pretrial conference at its earliest convenience for the purpose of appointing new CJA counsel for Mr. Shapiro. ENDORSEMENT: Granted. The pretrial conference is scheduled for January 11, 2007 at 3:00 p.m. So Ordered. (Signed by Judge Kimba M. Wood on 12/19/06)(bw, ) (Entered: 12/20/2006) |
| 12/19/2006 | | Set/Reset Deadlines/Hearings as to Mark Alan Shapiro, Irving Stitsky, William B. Foster: Responses (by Govt) due by 1/5/2007. Replies (by defts) due by 1/12/2007. Pretrial Conference set for 1/11/2007 03:00 PM before Judge Kimba M. Wood.(bw, ) (Entered: 12/20/2006) |
| 12/20/2006 | 59 | NOTICE OF ATTORNEY APPEARANCE Steven David Feldman appearing for USA. (Feldman, Steven) (Entered: 12/20/2006) |
| 01/11/2007 | | Minute Entry for proceedings held before Judge Kimba M. Wood :Pretrial Conference as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 1/11/2007. Deft Mark Shapiro is present w/his atty Anthony Ricco. CJA counsel Alex Young Kyong Oh is present, with associate Kori Bell. Atty Dennis Kelleher is present for Irving Stitsky, whose appearance is waived. Deft William Foster appears by telephone with his atty Raipher Pellegrino. AUSA's Steven Feldman and Mark Litt are present. FBI Agent Dianne Wehner is present. Court reporter is present. Conference is held (see transcript). Deft Foster waives his appearance at the first half of the conference. The Cout discharges Mr. Ricco as counsel for deft Shapiro. The Court instructs Mr. Ricco to exchange files with Ms. Oh, CJA counsel; the Court appoints Ms. Oh and associate Kori Bell as CJA counsel to deft Shapiro. Ms. Oh has three weeks from today's date to review the file and determine whether she will be making any motions, or joining in any of the already pending motions by co–defts. Mr. Pelligrino, counsel for Mr. Foster, is ordered to make a submission explaining the $50,000 retainer within 2 weeks of today's date. The Govt must answer within 2 weeks of this submission. Mr. Pelligrino will then have 2 days to respond. The Govt informs the Court that they have received a privilege log from deft Foster in regards to discoverable documents, but not to computer discovery. The Govt has received no privilege log from deft Stitsky. Deft |

| | | |
|---|---|---|
| | | Stitsky explains that he is still trying to open "mirror images" with regard to the computer files, and does not have the correct software. Deft Stitsky has not yet seen any documents that he would claim privilege to. The Court orders that deft Stitsky has one week to submit a privilege log in regards to documents; he must work out a deadline with the Govt in regards to the computer discovery. Deft Foster is having a similar problem with the computer discovery; he does not even have the hard drive yet. However, deft Foster anticipates there being privileged material on the computer. Deft Stitsky will notify Deft Foster of whatever schedule he works out with the Govt in regards to computer discovery, and deft Foster will also follow this schedule. The next conference is scheduled for 2/23/07 at 3:30. Time is excluded through 2/23/07. (bw) (Entered: 01/17/2007) |
| 01/11/2007 | | ORAL ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Time excluded from 1/11/07 until 2/23/07. Pretrial Conference set for 2/23/2007 03:30 PM before Judge Kimba M. Wood. (bw) (Entered: 01/17/2007) |
| 01/16/2007 | 62 | NOTICE OF ATTORNEY APPEARANCE: Alex Young Kyong Oh appearing for Mark Alan Shapiro. (Oh, Alex Young) (Entered: 01/16/2007) |
| 01/16/2007 | 63 | NOTICE OF ATTORNEY APPEARANCE: Koren Larissa Bell appearing for Mark Alan Shapiro. (Bell, Koren) (Entered: 01/16/2007) |
| 02/09/2007 | 65 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Attorney Alex Young K. Oh/Koren Bell dated 2/1/07 re: submitted to request an adjournment of the time within which to advise the Court on pretrial motions. ENDORSEMENT: The Court grants the motion, sine die. The Court is in the process of contacting other CJA counsel. (Signed by Judge Kimba M. Wood on 2/8/07)(bw) (Entered: 02/09/2007) |
| 02/09/2007 | 66 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Attorney Alex Young K. Oh/Koren Bell dated 1/24/07 re: submitted to request the Court's permission to withdraw as counsel to Mark Alan Shapiro. ENDORSEMENT: So Ordered. (Signed by Judge Kimba M. Wood on 1/25/07)(bw) (Entered: 02/13/2007) |
| 02/09/2007 | | Attorney update in case as to Mark Alan Shapiro. Attorney Koren Larissa Bell and Alex Young Kyong Oh terminated. (bw) (Entered: 02/13/2007) |
| 02/13/2007 | 68 | ORDER as to Mark Alan Shapiro. Because the Court has not yet identified new CJA counsel for Deft Mark Alan Shapiro, the Court reappoints Alex Oh as Shapiro's counsel, nunc pro tunc February 9, 2007. SO ORDERED. (Signed by Judge Kimba M. Wood on 2/13/07)(jw) (Entered: 02/13/2007) |
| 02/13/2007 | | Attorney update in case as to Mark Alan Shapiro. Attorney Alex Young K. Oh for Mark Alan Shapiro added. (jw) (Entered: 02/13/2007) |
| 02/20/2007 | 69 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Louis M. Freeman dated 2/16/07 re: Submit a proposal whereby we would be in a position to accept the assignment to resprresent Mr. Shapiro as indicated. Court approves the allocation of services described above. So ordered (See attached letter for full text).. (Signed by Judge Kimba M. Wood on 2/20/07)(pr) (Entered: 02/21/2007) |
| 02/23/2007 | | Minute Entry for proceedings held before Judge Kimba M. Wood : Pretrial Conference as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 2/23/2007. Deft Mark Alan Shapiro is present w/his attys Alex Oh and Kori Bell. Deft Irving Stitsky is present w/his atty Dennis Kelleher. Atty Raipher Pellegrino is present by telephone for deft William Foster (presence waived). CJA counsel Louis Freeman is present. AUSA Marc Litt is present. Court reporter Michelle Bulkley is present. Conference is held (see transcript). Atty Alex Oh is relieved and Louis Freeman and Lee Ginsberg are appointed as CJA counsel for deft Shapiro. Deft Shapiro shall file any motions (or inform the Court of any motions he wishes to file) at the next conference. Deft Stitsky has provided the Govt with a privilege log with regard to paper discovery. Deft Stitsky has attempted numerous times to open the forensic software, but has been unable to. With regard to computer discovery, the Court directs defts to contact Jerry Tritz (he works with CJA counsel on multi–deft cases, and advises them on how to proceed in such matters). Deft Foster must inform the Court, by fax, by 3/31/07 at 5:00 p.m. of what issues, if any, he plans on raising at the next conference. Mr. Pelligrino has not |

| | | |
|---|---|---|
| | | yet filed privilege logs because he is waiting to see if he could be appointed as CJA counsel (currently retained). The Court refers deft Shapiro's bail application to the Magistrate. The next conference is scheduled for 3/23/07 at 3:30 p.m. Time is excluded through 3/23/07. (bw) (Entered: 03/05/2007) |
| 02/23/2007 | | ORAL ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Time excluded from 2/23/07 until 3/23/2007. Pretrial Conference set for 3/23/2007 03:30 PM before Judge Kimba M. Wood. (bw) (Entered: 03/05/2007) |
| 02/23/2007 | | Attorney update in case as to Mark Alan Shapiro. Attorney Alex Young K. Oh terminated. (bw) (Entered: 03/05/2007) |
| 03/15/2007 | | Minute Entry for proceedings held before Judge Andrew J. Peck :Detention Hearing as to Mark Alan Shapiro held on 3/15/2007. New pretrial report ordered to take to Court probation office. (jar) (Entered: 03/30/2007) |
| 03/19/2007 | 0 | Minute Entry for proceedings held before Judge James C. Francis :Bond Hearing as to Mark Alan Shapiro held on 3/19/2007. Deft present with CJA atty Lou Freeman. AUSA Mark Litt present. Agreed Bail Package: $1,000,000.00 PRB; 3 FRP's; travel restricted to SDNY/EDNY/CT; Surrender travel documents (& no new applications); strict pretrial; home detention, with electronic monitoring, conditions: verifiable work, meet with counsel and court. No contact with other defts and no work in real estate investment. (jar) (Entered: 03/30/2007) |
| 03/23/2007 | | Minute Entry for proceedings held before Judge Kimba M. Wood :Pretrial Conference as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 3/23/2007. Deft Mark Alan Shapiro is present w/his attys Louis Freeman and Lee Ginsberg. Deft Irving Stitsky is present w/his atty Dennis Kelleher. Atty Raipher Pellegrino is present by telephone for deft William Foster. AUSAs Mark Litt and Steve Feldman are present. Atty Jerry Tritz is present. Court reporter is present. Conference is held (see transcript). Deft Shapiro will review the 75 boxes of paper discovery within 6 weeks, and will submit a privilege log. Deft Shapiro will file any motions by 5/4/07. Govt response is due 5/25/07. Any reply by the deft is due 6/1/07. The defts have two weeks to attempt to open the 19 computer drives with the free software. Deft Shapiro's new counsel will need copies of these 19 computer drives. The Court refers the matters of the computer drives and of waiver of attorney/client privilege to the magistrate. The next conference is scheduled for 6/11/07 at 11:00 a.m. The parties shall submit a letter prior to this date, informing the Court if a hearing will be necessary on this date and if so, how long they expect it to take. Time is excluded through 6/11/07. (bw) (Entered: 03/27/2007) |
| 03/23/2007 | | ORAL ORDER as to Mark Alan Shapiro. Motions (by deft) due by 5/4/2007. Responses (by govt) due by 5/25/2007. Replies (by deft) due by 6/1/2007. (bw) (Entered: 03/27/2007) |
| 03/23/2007 | | ORAL ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Time excluded from 3/23/07 until 6/11/2007. Pretrial Conference set for 6/11/2007 11:00 AM before Judge Kimba M. Wood. (bw) (Entered: 03/27/2007) |
| 03/26/2007 | 71 | TRANSCRIPT of Proceedings as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 2/23/07 before Judge Kimba M. Wood. (jbe) (Entered: 03/26/2007) |
| 04/02/2007 | 72 | ORDER as to Mark Alan Shapiro. Counsel is authorized to hire a paralegal at the rate of $30 per hour. It is further Ordered that, such person, to wit: Nadjia Limani, upon rendition of such services is to present to the Court a detailed claim for compensation and shall be compensated pursuant to the CJA. Pursuant to 21 USC 848(q)(10)(A) compensation shall not exceed $7,500, unless payment in excess of that limit is certified by the Court. SO ORDERED.. (Signed by Judge Kimba M. Wood on 3/30/2007)(jar) (Entered: 04/03/2007) |
| 04/02/2007 | 73 | ORDER as to Mark Alan Shapiro. Ordered that counsel is authorized to hire a paralegal at the rate of $30 per hour as indicated. So ordered (See attached order for full text. (Signed by Judge Kimba M. Wood on 3/30/07)(pr) (Entered: 04/03/2007) |
| 04/17/2007 | 76 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. This case is referred to Magistrate Judge Maas for management of electronic discovery issues and questions of attorney/client privilege. SO ORDERED. (Signed by Judge Kimba M. |

| | | |
|---|---|---|
| | | Wood on 4/13/07)(ja) (Entered: 04/18/2007) |
| 05/01/2007 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas :Discovery Hearing as to Mark Shapiro, Irving Stitsky, William B. Foster held on 5/1/2007. Discovery conference as to Mark Shapiro, Irving Stitsky, and William Foster. Counsel for deft Mark Shapiro, Louis Freeman present; Counsel for deft Irving Stitsky, Denis Kelleher's presence is excused, Louis Freeman standing in for deft Irving Stitsky; Counsel for deft William Foster, Raipher Pellegrino present via telephone. Discovery issues addressed; further conference to be held on 5/15/07 at 2:30 p.m. (bw) (Entered: 05/03/2007) |
| 05/01/2007 | | ORAL ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Discovery Hearing set for 5/15/2007 02:30 PM before Magistrate Judge Frank Maas. (bw) (Entered: 05/03/2007) |
| 05/02/2007 | 79 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. The Gov't is directed to make one mirror image copy of each of the 19 hard drives at issue for use by CJA cnsl; to be placed on the smallest feasible number of target drives; CJA cnsl are authorized to purchase the necessary drives using CJA funds; CJA cnsl are further authorized to purchase one copy of the Encase software needed to review the contents of the mirror images; the mirror drives and Encase software are to be maintained at an agreed location where they will be made available to all defense cnsl for pretrial supervision; Request for adjournment shall be made in writing at least 48 hours before the conference; and Mr. Pellegrino may appear telephonically. SO ORDERED. Pretrial Conference set for 5/15/2007 02:30 PM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Judge Kimba M. Wood. (Signed by Judge Frank Maas on 5/2/07) Copies Mailed By Chambers.(ja) (Entered: 05/03/2007) |
| 05/04/2007 | 80 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Attorney Lee Ginsberg/Louis M. Freeman dated 5/2/07 re: submitted to request an extension of thirty days to file the motions and other documents required by the Court's Order of 3/23/07. ENDORSEMENT: Defendant Shapiro shall file any motions by Friday, June 1, 2007. (Signed by Judge Kimba M. Wood on 5/3/07)(bw) (Entered: 05/04/2007) |
| 05/08/2007 | 81 | NOTICE OF ATTORNEY APPEARANCE: Lee Alan Ginsberg appearing for Mark Alan Shapiro. (Ginsberg, Lee) (Entered: 05/08/2007) |
| 05/08/2007 | 82 | NOTICE OF ATTORNEY APPEARANCE: Louis Marmorek Freeman appearing for Mark Alan Shapiro. (Freeman, Louis) (Entered: 05/08/2007) |
| 05/14/2007 | 83 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Alex Young K. Oh dated 5/3/07 re: Request that the court remove us from the electronic updates, as indicated. So ordered.. (Signed by Judge Kimba M. Wood on 5/11/07)(pr) (Entered: 05/15/2007) |
| 05/15/2007 | | Minute Entry for proceedings held before Judge Frank Maas :Discovery Hearing as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 5/15/2007. Steve Feldman and Marc Litt present for the govt, Dennis Kelleher present for defts Irving Stitsky and Mark Alan Shapiro, respectively. All 3 defts' appearance is waived, discovery conference held for Mag. Judge Maas. Lawrence Gerzog, new CJA for William B. Foster does not make an appearance. Next conference to be held on 5/29/2007 at 2:00pm. Counsel to contact Judge Maas chambers for courtroom assignment. (jar) (Entered: 05/17/2007) |
| 05/15/2007 | | ORAL ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster, As to Mark Alan Shapiro, Irving Stitsky, William B. Foster Pretrial Conference set for 5/29/2007 02:00 PM before Judge Kimba M. Wood. (Signed by Judge Frank Maas on 5/15/2007)(jar) (Entered: 05/17/2007) |
| 05/16/2007 | 85 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. It is hereby ORDERED that: 1) on or before 5/29/07, the FBI shall make mirror–image copies of the Cobalt hard drives available to the defense's computer expert; and 2) a further Conference shall be held on 5/29/2007 02:00 PM before Judge Kimba M. Wood, in US Crthse, 500 Pearl Street, NY, NY. All cnsl must attend. SO ORDERED. (Signed by Judge Frank Maas on 5/15/07) Copies Mailed By Chambers.(ja) (Entered: 05/17/2007) |

| 05/17/2007 | 84 | TRANSCRIPT of Proceedings as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 3/23/07 before Judge Kimba M. Wood. (tro) (Entered: 05/17/2007) |
|---|---|---|
| 05/29/2007 | 86 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster., as to Mark Alan Shapiro, Irving Stitsky, William B. Foster;Motions due by 6/29/2007. Replies due by 7/31/2007. Government Responses due by 7/20/2007. It is hereby ORDERED that on or before May 31, 2007: Defense counsel shall execute and return the Government's stipulation regarding the chain of custody of the hard copy documents. The Government shall furnish to Mr. Gerzog the privilege log served by deft Foster's predecessor counsel. Mr. Tritz shall notify my Chambers when the hard copy documents have been scanned and produced to the defts. The defts shall produce their privilege logs for the documents contained on the hard drives within three weeks after defense counsel have received them from the vendor (via overnight courier) in a searchable format. On or before June 29, 2007, any motions asserting prvilege with respect to the hard copy documents shall be filed and served. SO ORDERED. (Signed by Judge Frank Maas on 5/29/07)(jw) (Entered: 05/30/2007) |
| 06/01/2007 | 87 | STATUS REPORT *Submission of Privilege Log* by Mark Alan Shapiro. (Ginsberg, Lee) (Entered: 06/01/2007) |
| 06/04/2007 | 88 | MOTION to Suppress. Document filed by Mark Alan Shapiro. (Attachments: # 1 Affidavit # 2 Affidavit Part 2# 3 Memo of Law# 4 Exhibit A–G)(Ginsberg, Lee) (Entered: 06/04/2007) |
| 06/04/2007 | 89 | ANSWER by Mark Alan Shapiro *Letter regarding Filing Motion issue* (Ginsberg, Lee) (Entered: 06/04/2007) |
| 06/05/2007 | 90 | ENDORSED LETTER as to Mark Alan Shapiro, addressed to Judge Wood, from Lee Ginsberg, Atty for dft, dated 6/4/07, re: Mark Shapiro's motions and privilege log were due to be filed on Friday, June 1... We respectfully request permission to file the motions today, Monday, June 4, 2007. –– Judge endorsed: SO ORDERED. Motions due by 6/4/2007. (Signed by Judge Kimba M. Wood on 6/5/07)(ja) (Entered: 06/06/2007) |
| 06/06/2007 | 91 | RESPONSE in Support by Mark Alan Shapiro re 88 MOTION to Suppress.. *Clarification Motion letter* (Ginsberg, Lee) (Entered: 06/06/2007) |
| 06/12/2007 | 92 | DECLARATION of Marc Litt in Opposition by USA as to Mark Alan Shapiro, Irving Stitsky, William B. Foster re: 88 MOTION to Suppress.. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B Part 1# 3 Exhibit Exhibit B Part 2# 4 Exhibit Exhibit B Part 3# 5 Exhibit Exhibit C# 6 Exhibit Exhibit D# 7 Exhibit Exhibit E# 8 Exhibit Exhibit F)(Litt, Marc) (Entered: 06/12/2007) |
| 06/12/2007 | 93 | MEMORANDUM in Opposition by USA as to Mark Alan Shapiro, Irving Stitsky, William B. Foster re 88 MOTION to Suppress.. (Litt, Marc) (Entered: 06/12/2007) |
| 06/14/2007 |  | Minute Entry for proceedings held before Judge Kimba M. Wood :Pretrial Conference as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 6/14/2007. Deft Mark Alan Shapiro is present w/his atty Lee Ginsberg. Paralegal Nadjia Limani is present. Atty Denis Kelleher is present for deft Irving Stitsky, whose presence is waived. Atty Lawrence Gerzog is present for deft William Foster, whose presence is waived. AUSA Mark Litt is present. Court reporter Carol Ganley is present. Conference is held (see transcript). A trial date of 5/5/08 is scheduled. Deft Shapiro shall reply to the Govt response to his motion by 7/6/07. Deft Foster joins in motions made by defts Stitsky and Shapiro. Deft Stitsky joins in motions made by deft Shapiro and Foster, and motions made by Stitsky's prior counsel. Deft Foster has until 7/31/07 to file any additional motions. Govt response will be due 8/20/07. Any defense reply will be due 9/14/07. The Court denies Stitsky's Motion to Strike Surplusage from the Indictment without prejudice. If defense counsel makes the motion again before trial, the Court will decide the motion before trial. The next conference (or possible hearing) is scheduled for 7/17/07 at 11:00 a.m. The Court will notify the parties by July 10 or 11 if a hearing will be held on this date, instead of a conference, and the scope of the hearing. Deft Foster requests to travel to California in August for his daughter's wedding. The Court refers this issue to Magistrate Maas. Time is excluded through 5/5/08. (bw) (Entered: 06/19/2007) |

| 06/14/2007 | | ORAL ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Time excluded from 6/14/07 until 5/5/08. Ready for Trial by 5/5/2008. Pretrial Conference set for 7/17/2007 at 11:00 AM before Judge Kimba M. Wood. (bw) (Entered: 06/19/2007) |
|---|---|---|
| 06/14/2007 | | ORAL ORDER as to Mark Alan Shapiro. Replies (by deft) due by 7/6/2007. (bw) (Entered: 06/19/2007) |
| 06/29/2007 | 97 | RESPONSE by Mark Alan Shapiro re: 87 Status Report filed by Mark Alan Shapiro. (Ginsberg, Lee) (Entered: 06/29/2007) |
| 07/06/2007 | 99 | REPLY TO RESPONSE to Motion by Mark Alan Shapiro re 88 MOTION to Suppress.. (Ginsberg, Lee) (Entered: 07/06/2007) |
| 07/16/2007 | 100 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Defendant's have filed the following pre–trial motions: (1) a motion to suppress evidence or for a hearing pursuant to Franks v. Delaware, 438 US 154, 171 (1978); (2) a motion to strike surplusage from the Indictment; and (3) motion for discovery. Dft's motion to suppress evidence or for a Franks Hearing is denied... Motion to Strike Surplusage from the Indictment is denied... Motion for Discovery, specifically for disclosure of other acts evidence... are denied; Shapiro's Request for Permission to File Additional Motions, unspecified motions is denied... The hearing scheduled for 11 a.m. on 7/17/07 is canceled. SO ORDERED.. (Signed by Judge Kimba M. Wood on 7/11/07)(ja) (Entered: 07/17/2007) |
| 07/20/2007 | 101 | MEMORANDUM in Opposition by USA as to Mark Alan Shapiro, Irving Stitsky, William B. Foster re 98 FIRST MOTION for Confidentiality *Amended Privilege Log.. Government's Memorandum Of Law In Opposition To Defendants' Motions To Endorse Assertions Of Privilege* (Litt, Marc) (Entered: 07/20/2007) |
| 07/20/2007 | 102 | DECLARATION of Assistant U.S. Attorney Marc Litt in Opposition by USA as to Mark Alan Shapiro, Irving Stitsky, William B. Foster re: 98 FIRST MOTION for Confidentiality *Amended Privilege Log..* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O)(Litt, Marc) (Entered: 07/20/2007) |
| 07/23/2007 | 103 | TRANSCRIPT of Proceedings as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 6/14/07 before Judge Kimba M. Wood. (jbe) (Entered: 07/23/2007) |
| 07/27/2007 | 105 | REPLY AFFIRMATION of Lee A. Ginsberg in Support as to Mark Alan Shapiro re: 88 MOTION to Suppress.. (Ginsberg, Lee) (Entered: 07/27/2007) |
| 07/27/2007 | 106 | REPLY AFFIRMATION of Lee A. Ginsberg (Correct Version) in Support as to Mark Alan Shapiro re: 88 MOTION to Suppress.. (Ginsberg, Lee) (Entered: 07/27/2007) |
| 08/21/2007 | 110 | RESPONSE by Mark Alan Shapiro *Letter of Extension Request.* (Ginsberg, Lee) (Entered: 08/21/2007) |
| 08/22/2007 | 111 | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Magistrate Judge Maas from Attorney Lee Ginsberg dated 8/21/07 re: submitted to ask the Court to extend the deadline to produce privilege logs to three weeks from the date that the hard drives are connected to a computer in their office and the search program is installed and functioning. ENDORSEMENT: So Ordered. (Signed by Magistrate Judge Frank Maas on 8/22/07)(bw) (Entered: 08/23/2007) |
| 09/25/2007 | 113 | ORDER as to Mark Alan Shapiro. Upon the application of Louis M. Freeman, on behalf of the indigent deft, Mark A. Shapiro and pursuant to Criminal Justice Act, it appearing that by prior order of this Court dated March 30, 2007, pursuant to a letter by Louis M. Freeman dated February 16, 2007, copies of which are attached, Nadjia Limani was appointed as a paralegal on the within case given the massive amount of electronic discovery; it appearing that the Court approved compensation not to exceed $7,500 unless certified by the Court; if appearing that compensation has reached exceeded $7,500; it appearing that substantial preparation needs to be done to be ready for the trial scheduled for May 2008, we hereby request compensation in the amount of an additional $7,500 to continue the services of Nadjia Limani. It is hereby ORDERED, that pursuant to 21 USC 848 amounts up to an additional $7,500 be paid to Nadjia Limani for paralegal services. SO ORDERED. (Signed by Judge Kimba M. |

| | | |
|---|---|---|
| | | Wood on 9/21/07)(jw) (Entered: 09/25/2007) |
| 09/27/2007 | 114 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – STATUS REPORT as to hard drives by Mark Alan Shapiro as to Mark Alan Shapiro, Irving Stitsky, William B. Foster (LETTER). (Ginsberg, Lee) Modified on 9/28/2007 (KA). (Entered: 09/27/2007) |
| 09/27/2007 | 115 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – FIRST MOTION for Conference To Resolve Privilege Issues (LETTER). Document filed by USA as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (Litt, Marc) Modified on 9/28/2007 (KA). (Entered: 09/27/2007) |
| 09/28/2007 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Marc O Litt as to Mark Alan Shapiro: to MANUALLY RE–FILE Document No. 115 Letter. This document is not filed via ECF. (KA) (Entered: 09/28/2007) |
| 09/28/2007 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Lee Alan Ginsberg as to Mark Alan Shapiro: to MANUALLY RE–FILE Document No. 114 Letter. This document is not filed via ECF. (KA) (Entered: 09/28/2007) |
| 10/01/2007 | 116 | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Maas from Marc Litt dated 9/27/07 re: Reschedule Conference., as to Mark Alan Shapiro, Irving Stitsky, William B. Foster; Pretrial Conference set for 10/10/2007 at 05:00 PM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Judge Kimba M. Wood..ENDORSEMENT...I have today issued a memorandum decision which addresses (and largely rejects) this privilege claims advanced by defts Shapiro and Foster. I expect that this decision will truncate the time required for the review of electronic documents. Nonetheless, I share the Government's concern about the slow progress on the electronic front. Accordingly, the Court will hold a conference on October 10, 2007 at 5pm, in Courtroom 20A to address that issue and any other outstanding discovery questions. SO ORDERED. (Signed by Judge Frank Maas on 10/1/07)(jw) (Entered: 10/02/2007) |
| 10/01/2007 | 117 | MEMORANDUM DECISION AND ORDER denying 98 Motion for Confidentiality as to William B. Foster (3). For the reasons set forth above: Shapiro's letter–motion is granted solely to the extent of permitting him to redact his handwritten notes from Netzky's first set of initerrogatories before producing a copy to the Government and denied in all other respects and Foster's motion seeking to assert a claim of privilege on behalf of Cobalt (Docket No. 98) is denied. SO ORDERED.(Signed by Judge Frank Maas on 10/1/07) (jw) (Entered: 10/02/2007) |
| 10/02/2007 | 118 | AMENDED MEMORANDUM DECISION AND ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. For the reasons set forth: (a) Shapiro's Letter–motion is granted soley to the extent of permitting him to produce the Chapman letter in redacted form and to redact his handwritten notes from Netzky's first set of interrogatories and denied in all other respects; and (b) Foster's motion seeking to assert a claim of privilege on behalf of Cobalt's (Docket no. 98) is denied. (Signed by Judge Frank Maas on 10/2/2007)(jar) (Entered: 10/03/2007) |
| 10/10/2007 | | Minute Entry for proceedings held before Judge Frank Maas :Status Conference as to Mark Alan Shapiro held on 10/10/2007. Discovery conference held before Mag. Judge Maas, Lee Ginsberg present for Mark Alan Shapiro. Denis Kelleher present for Irving Stitsky, Lawrence Gerzog present for William Foster. Steven Feldman and Marc Litt present for the govt. Discovery issues addressed Conference electronically recorded. (jw) (Entered: 10/12/2007) |
| 10/11/2007 | 119 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. On or before October 31, 2007, defense counsel shall generate any privilege log with respect to electronic documents and file their motion for a protective order. Counsel are directed to comply with Local Civil Rule 26.2 in compiling the privilege log. At the time any motion for a protective order is filed, counsel shall provide hard copies of the allegedly privileged documents to the Court for in camera review. A futher telephone conference shall be held on November 1, 2007 at 12pm. Counsel for Plaintiff shall initiate the conference by calling Chambers at the above number. (Signed by Judge Frank Maas on 10/11/07)(jw) (Entered: 10/12/2007) |

| | | |
|---|---|---|
| 10/30/2007 | 122 | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster dated 10/29/07 re: Per your order dtd 10/11/07, the defts are required to generate privilege logs with respect to electronic documents and file any motions for protective orders by 10/31/07. Request the court extend the 10/31/07 deadline an additional 2 weeks. I understand that the govt has no objections to this request, which is therefore granted. Additionelly the telephone conference previously scheduled for 11/1/07 is adjourned to 11/15/07 @ 3PM.. (Signed by Judge Frank Maas on 10/30/07)(pr) (Entered: 10/31/2007) |
| 10/30/2007 | | Set/Reset Hearings as to Mark Alan Shapiro, Irving Stitsky, William B. Foster: Telephone Conference set for 11/15/2007 at 03:00 PM before Magistrate Judge Frank Maas.. (pr) (Entered: 10/31/2007) |
| 11/14/2007 | 124 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION for Protective Order and Attorney–Client privilege Log as to electronic documents(LETTER). Document filed by Mark Alan Shapiro. (Ginsberg, Lee) Modified on 11/15/2007 (KA). (Entered: 11/14/2007) |
| 11/15/2007 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Lee Alan Ginsberg as to Mark Alan Shapiro: to E–MAIL pdf copy of Order to orders_and_judgments@nysd.uscourts.gov Document No. 124 Letter with attached Protective Order. This document is not filed via ECF. (KA) (Entered: 11/15/2007) |
| 11/15/2007 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas:Telephone Conference as to Mark Alan Shapiro held on 11/15/2007 (js) (Entered: 11/27/2007) |
| 11/16/2007 | 125 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Maas from Attorney Lee Ginsberg dated 11/14/07 re: submitted to inform the Judge that they have compiled a schedule with regards to the Attorney–Client privilege log, per Judge's Order dated 10/30/07. Counsel advises the Judge that it would appear unnecessary and inappropriate for the Govt to have or review this document regarding personal family matters, even though it is located on the hard drive. ENDORSEMENT: For the reasons discussed during the telephone conference earlier today, the Government is not entitled to review the documents set forth on the attachment. (Signed by Magistrate Judge Frank Maas on 11/15/07)(bw) (Entered: 11/19/2007) |
| 11/16/2007 | 126 | PROTECTIVE ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Based upon the submission by counsel for the deft Mark A. Shapiro, it is hereby ordered that in addition to the rulings already made by this court regarding certain documents that were determined to be in whole or in part privileged, the documents designated in Attachment A hereto shall not be made available or otherwise viewed by the Plaintiff based upon the further determination by this court that the material is protected pursuant to the attorney–client privilege. (Signed by Magistrate Judge Frank Maas on 11/15/07)(bw) (Entered: 11/19/2007) |
| 12/05/2007 | 128 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Lee Ginsberg/ Louis Freeman dated 12/3/07 re: Request that Nadijia Limani's hourly rate be increased from $30 per hour to $35 per hour for her work as a paralegal on US v. Shapiro et al..Granted. So Ordered (See attached endorsed letter for full text) (Signed by Judge Kimba M. Wood on 12/4/07)(pr) Modified on 12/11/2007 (pr). (Entered: 12/06/2007) |
| 12/18/2007 | 129 | ENDORSED LETTER as to Mark Alan Shapiro, addressed to Judge Maas, from Lee Ginsberg, Atty for dft, dated 12/12/07, re:....request that Your Honor contact the legal department at the MDC and require them to grant Mr. Shapiro with additional access to review the discovery CDs on his own, so that we are able to spend our time with him in a more efficient manner. –– Judge endorsed: The Warden has assured me that he will make more time available for CD review; the hard drive is more of a problem, which we can discuss during the conference today. (Signed by Magistrate Judge Frank Maas on 12/18/07)(ja) (Entered: 12/19/2007) |
| 12/18/2007 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas:Telephone Conference as to Mark Alan Shapiro held on 12/18/2007. Telephone conference held before Magistrate Judge Maas. (jw) (Entered: 01/10/2008) |

| 01/07/2008 | 131 | NOTICE of Appearance on behalf of non–party, Lum Drasco & Positan, LLC as to Mark Alan Shapiro, Irving Stitsky, William B. Foster (Attachments: # 1 Cert. of Service)(Stone, Shalom) (Entered: 01/07/2008) |
|---|---|---|
| 01/07/2008 | 132 | NOTICE of of Appearance of Shalom Stone on behalf of Non–Party Lum, Danzis & Positan, LLC as to Mark Alan Shapiro, Irving Stitsky, William B. Foster (Attachments: # 1 Declaration of Shalom Stone in Response to Order to Show Cause, # 2 Exhibits A–E to Declaration of Shalom Stone in Response to Order to Show Cause, # 3 Cert. of Service)(Stone, Shalom) (Entered: 01/07/2008) |
| 01/07/2008 | 133 | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Maas, from Marc Litt, AUSA, dated 1/7/08, re: request to be permitted to participate by telephone in the hearing on the order to show cause scheduled for 1/9/08 at 2 p.m.... the Gov't may have an interest in the subject matter of the hearing. –– Judge endorsed: Application granted. SO ORDERED. ( Show Cause Hearing set for 1/9/2008 at 02:00 PM before Judge Kimba M. Wood.) (Signed by Magistrate Judge Frank Maas on 1/7/08)(ja) (Entered: 01/08/2008) |
| 01/09/2008 | 135 | ORDER: The law firm of Lum Drasco & Politan shall provide defense counsel with the records of the Cobalt entities. Should Lum Drasco & Politan withhold any documents on a basis other than attorney–client privilege, it is directed to provide a privilege log. (Signed by Magistrate Judge Frank Maas on 1/9/2008) (jar) (Entered: 01/10/2008) |
| 01/09/2008 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas:Order to Show cause hearing held as to Mark Alan Shapiro held on 1/9/2008 (jw) (Entered: 01/25/2008) |
| 01/16/2008 | 136 | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Magistrate Judge Maas from Attorney Joseph E. Gasperetti, representing the court–appointed Receiver for the Cobalt entities, dated 1/16/08 re: submitted to request a pre–motion conference pursuant to Rule 2A of the Individual Practices of Magistrate Judge Maas and Rule 37.2 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York. ENDORSEMENT: The Court will hold a telephone conference on January 22, 2008 at 4 p.m. If this is not convenient for all counsel, they should place a conference call to my Chambers to arrange a suitable date and time. Because he is the Movant, Mr. Gasperetti should place any necessary conference calls. (Signed by Magistrate Judge Frank Maas on 1/16/08)(bw) (Entered: 01/17/2008) |
| 01/16/2008 | | Set/Reset Hearings as to Mark Alan Shapiro, Irving Stitsky, William B. Foster: Telephone Conference set for 1/22/2008 at 04:00 PM before Magistrate Judge Frank Maas. (bw) (Entered: 01/17/2008) |
| 01/22/2008 | 137 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Purs to the conference held earlier today, it is hereby ORDERED that as indicated. So ordered. (see attached order for full text) (Signed by Magistrate Judge Frank Maas on 1/22/08)(pr) (Entered: 01/23/2008) |
| 02/05/2008 | 139 | ANSWER by Mark Alan Shapiro *adjournment letter* (Ginsberg, Lee) (Entered: 02/05/2008) |
| 02/08/2008 | 140 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. The govt shall inform the Court, in wirting, by 2/15/08, whether they oppose defense counsel's request to adjourn trial, currently scheduled for 5/5/08. If the govt consents to the adjournment, they shall, after consulting with defense counsel, give the court a proposed schedule for trial and an estimation as to how long it will take to try the case. So Ordered (Signed by Judge Kimba M. Wood on 2/7/08)(pr) (Entered: 02/08/2008) |
| 02/08/2008 | 141 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. A conference will be held on Tuesday, February 26, 2008 at 11 a.m. SO ORDERED. ( Pretrial Conference set for 2/26/2008 at 11:00 AM before Judge Kimba M. Wood.) (Signed by Judge Kimba M. Wood on 2/8/08)(ja) (Entered: 02/11/2008) |
| 02/15/2008 | 142 | ORDER as to Mark Alan Shapiro. In this securities fraud case, the govt has produced a massive number of documents in discovery (contained in 75 boxes, and on 19 computers). By letter dated 1/31/08, Louis M. Freeman, on behalf of the indigent deft, Mark A. Shapiro, and pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, |

| | | |
|---|---|---|
| | | requested that compensation in the amount of up to an additional $15,000.00 be certified to pay for continuing paralegal services by Nadjia Limani, who assists in document review, digitization, sorting, and compiling information....[See Order]... Accordingly, pursuant to 18 U.S.C. Section 3006A(e)(3), the Court (1) certifies that Ms. Limani's maximum compensation be raised by up to an additional $15,000.00, to a limit of $30,000.00; and (2) recommends approval of compensation up to $30,000.00 to the Chief Judge of the Court of Appeals for the Second Circuit, or an active circuit judge to whom approval authority has been delegated. (Signed by Judge Kimba M. Wood on 2/14/08)(bw) (Entered: 02/19/2008) |
| 02/26/2008 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Pretrial Conference held on 2/26/2008, as to dft Mark Alan Shapiro present w/atty Lee Ginsberg, dft Irving Stitsky present w/atty Dennis Kelleher, and atty Lawrence Gerzog appears for dft William B. Foster, who waives his appearance. AUSAs Mark Litt and Steven Feldman are present. Court rptr is present. ( Jury Trial set to begin for 1/20/2009 at 10:00 AM before Judge Kimba M. Wood.). The Court adopts the trial schedule set forth in the Govt's letter, dated 2/21/08. In the case that the receiver is relieved in the civil case on this matter before the Court, the Court orders that the documents in the receiver's possession be maintained by the SCC so that the dfts may continue to have access to such documents. Time is excluded through 1/20/09. (ja) (Entered: 03/04/2008) |
| 02/28/2008 | 143 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Trial in this case will begin 1/20/09 @ 10 a.m. The Court sets the following schedule for notices, reports, motions, and other submissions: Defendants to provide expert notice and reports 12/9/08; Government to provide 404(b) notice 12/23/08; in limine motions 12/23/08; opposition briefs 1/6/09; Requests to charge 1/6/09; Voir dire 1/6/09; Government Exhibits 1/13/09; 3500 Material, 1 week before witness is expected to testify (on a rolling basis). SO ORDERED. (Signed by Judge Kimba M. Wood on 2/26/08)(ja) (Entered: 02/28/2008) |
| 03/20/2008 | 144 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. It is hereby ordered that because of the anticipated length of the trial in this case, CJA attorney(s) may submit interim vouchers for representation of his/their client. Each voucher is to cover a minimum of a two (2) week period with the first voucher to include the period from the date of appointment. [See Order for complete text]. (Signed by Judge Kimba M. Wood on 1/22/08); Attorney Lee Ginsberg for deft Mark Shapiro; Attorney Dennis Kelleher for deft Irving Stitsky. (bw) (Entered: 03/21/2008) |
| 04/07/2008 | | CASE NO LONGER REFERRED to Magistrate Judge as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. I have closed the above reference for magistrate judge statistical purposes. Reason: Disputes Resolved. (djc) (Entered: 05/09/2008) |
| 04/28/2008 | 152 | ORDER as to Mark Alan Shapiro. In this securities fraud case, the government has produced a massive number of documents in discovery (contained in 75 boxes, and on 19 computers). By letter dated 4/23/08, Lee Ginsberg, on behalf of the indigent defendant, Mark A. Shapiro, and pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, requested that compensation in the amount of up to an additional $25,000.00 be certified to pay for continuing paralegal services by Nadjia Limani, who assists in document review, digitization, sorting, and compiling information.... [See Order]... Accordingly, pursuant to 18 U.S.C. Section 3006A(e)(3), the Court (1) certifies that Ms. Limani's maximum compensation be raised by up to an additional $25,000.00, to a limit of $55,000.00; and (2) recommends approval of compensation up to $55,000.00 to the Chief Judge of the Court of Appeals for the Second Circuit, or an active circuit judge to whom approval authority has been delegated. SO ORDERED. (Signed by Judge Kimba M. Wood on 4/24/08)(bw) (Entered: 04/28/2008) |
| 04/29/2008 | 153 | STIPULATION AND ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster It is jointly stipulated an agreed by the parties Mark Alan Shapiro, Irving Stitsky, William B. Foster, and the United States of America as well as interested, non party Lum,Danzis & Positan LLC ('Lum"), by signature of their respective counsel as indicated. So Ordered. (see the attached stipulation and order for the full text). (Signed by Magistrate Judge Frank Maas on 4/28/08)(pr) (Entered: 04/29/2008) |
| 06/02/2008 | 155 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster, re: This securities fraud case involves voluminous discovery.... On behalf of the indigent dft, Irving |

| | | |
|---|---|---|
| | | Stitsky, and his co–dfts, Mark Shapiro and William Foster, and pursuant to the Criminal Justice Act, 18 U.S.C. Sec. 3006A(e), requested that compensation in the amount of up to an additional $5,000.00 be certified to pay for continuing investigative services by Ron Dwyer of Innovative Strategists, who will inter alia, interview investors and former employees.... The Court certifies that compensation in excess of the maximum set forth in 18 U.S.C. Sec. 3006A(e)(3) in an amount in excess of $1,600.00 and up to $10,000.00 is necessary to provide fair compensation for services of an unusually character or duration. Accordingly, pursuant to 18 U.S.C. Sec. 3006A(e)(3), the Court (1) certifies that Mr. Dwyer's maximum compensation be raised by up to an additional $5,000.00, to a limit of $10,000.00; and (2) recommends approval of compensation up to $10,000.00 to the Chief Judge of the U.S. Court of Appeals for the Second Circuit, or an active circuit judge to whom approval authority has been delegated. SO ORDERED. (Signed by Judge Kimba M. Wood on 5/29/08)(ja) (Entered: 06/03/2008) |
| 07/28/2008 | 157 | ORDER: As to Mark Alan Shapiro. In this securities fraud case, by the letter dated July 22, 2008 Lee Ginsberg, on behalf of indigent defendant, Mark A. Shapiro and pursuant to the Criminal Justice Act, 18 U.S.C. section 3006A, requested that the compensation in the amount of up to an additional $25,000.00 be certified to pay for continuing paralegal services by Nadjia Limani, who assists in document review, digitization, sorting and compiling information. Accordingly, pursuant to 18 U.S.C. section 3006A (e)(3), the Court (1) certifies that Ms Limani's maximum compensation be raised by up to an additional $25,000.00, to a limit of $80,000.00; and (2) recommends approval of compensation up to $80,000.00 to the Chief Judge of the Court of Appeals for the Second Circuit, or any active judge to whom approval authority has been delegated. So Ordered. (Signed by Judge Kimba M. Wood on 7/24/2008)(D'Avanzo, Daniel) (Entered: 07/28/2008) |
| 07/31/2008 | 158 | NOTICE OF ATTORNEY APPEARANCE: Jesse M. Siegel appearing for Mark Alan Shapiro, Irving Stitsky, William B. Foster. (Siegel, Jesse) (Entered: 07/31/2008) |
| 08/18/2008 | 159 | MOTION to Quash *Subpoena Duces Tecum*. Document filed by Webster Bank, N.A. as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Simon, Melvin) (Entered: 08/18/2008) |
| 08/22/2008 | 160 | MEMO ENDORSEMENT as to Mark Alan Shapiro on re: 159 MOTION to Quash Subpoena Duces Tecum. filed by Webster Bank, N.A....ENDORSEMENT...The Court will hold a telephone conference is discuss this motion on September 8, 2008 at 2pm. Mr. Ginsberg should initiate the call. SO ORDERED. (Signed by Magistrate Judge Frank Maas on 8/21/08)(jw) (Entered: 08/22/2008) |
| 09/03/2008 | 162 | NOTICE OF ATTORNEY APPEARANCE Alexander J. Willscher appearing for USA. (Willscher, Alexander) (Entered: 09/03/2008) |
| 09/15/2008 | 163 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster; ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Time excluded from 9/12/08 until 5/18/09. Accordingly, it is further ORDERED that the time between the date of this order and May 18, 2009 is hereby excluded under the Speedy Trial Act, 18 U. S. C. § 3161 (h) (8) (A), in the interests of justice. (Signed by Judge Kimba M. Wood on 9/12/08)(jw) (Entered: 09/15/2008) |
| 09/17/2008 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas:Bond Hearing (on Disposition Sheet) as to Mark Alan Shapiro held on 9/17/2008. Dft Mark Alan Shapiro present w/atty Lee Ginsberg (CJA). AUSA Alex Wilshire present. $500K PRB, 2 FRPs, 25K cash, travel restricted to SDNY/EDNY/DCt, surrender travel documents (& no new applications), home detention, and electronic monitoring. All conditions to be met before release. OTHER: $500K PRB, cosigned by Christopher Pio and Ania Stanisdewska. Dft to work for Mr. Pio's car business as at other employment approved in advance by PTS. Dft to have no contact with co–dfts (other than at counsel's offices) and no contact with victims of the alleged scheme. (ja) (Entered: 09/22/2008) |
| 10/02/2008 | 164 | ORDER: As to Mark Alan Shapiro, Irving Stitsky, William B. Foster. The purpose of this order is twofold. First, this order addresses the Court's oversight related to a prior order. By letter dated May 19, 2008, Lawrence D. Gerzog, on behalf of the indigent defendant, William Foster, and pursuant to the Criminal Justice Act, 18 U.S.C. § |

3006A(e), requested authorization of 1,000 hours of paralegal services in this highly complex securities fraud prosecution (he also stated that the paralegal services would be billed at no more than $30.00 per hour). On May 22, 2008, this Court granted Mr. Gerzog's request and set maximum paralegal compensation at $30,000.00. However, this Court inadvertently failed to seek approval of compensation up to $30,000.00 from the Circuit Court. This Order hereby certifies that compensation in excess of the maximum set forth in 18 U.S.C. § 3006A (e) (3) in an amount in excess of $1,600.00 and up to $30,000.00 is necessary to provide fair compensation for services of an unusual character or duration. Accordingly, pursuant to 18 U.S.C. § 3006A(e) (3), the Court (1) certifies paralegal services to a limit of $30,000.00; and (2) recommends approval of compensation up to $30,000.00 to the Chief Judge of the United States Court of Appeals for the Second Circuit, or an active circuit judge to whom approval authority has been delegated. Second, by letter dated August 27, 2008, Jesse M. Siegel, co–counsel for Mr. Foster, requested that the hourly rate for the paralegal services be increased from a maximum hourly rate of $30.00 to a maximum hourly rate of $35.00. This will not affect the $30,000.00 limit this Court previously set in the May 22, 2008 Order; defense counsel does not seek an increase in that limit. If the Circuit Court approves the $30,000.00 limit, this Court will grant defense counsel's August 27, 2008 request; and this Order will suffice to authorize the maximum hourly rate of $35.00 for paralegal services.SO ORDERED. (Signed by Judge Kimba M. Wood on 9/8/2008)(D'Avanzo, Daniel) (Entered: 10/02/2008)

| | | |
|---|---|---|
| 11/24/2008 | 165 | ORDER: As to Mark Alan Shapiro. In this securities fraud case, defense counsel must review (1) a massive number of documents produced by the government in discovery, and (2) a massive number of documents that were in the possession of the Receiver in a related civil proceeding, 06 Civ. 2360. By letter dated November 10, 2008, Lee Ginsberg, on behalf of the indigent defendant, Mark A. Shapiro, and pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, requested that compensation in the amount of up to an additional $25,000.00 be certified to pay for continuing paralegal services by Nadjia Limani, who assists in document review, digitization, sorting, and compiling information.By prior order of this Court dated March 30, 2007, Nadjia Limani was appointed as a paralegal, to be billed at the rate of $30.00 per hour; her maximum compensation was set at $7,500.00, unless payment in excess of that limit was certified by the Court. By prior order of this Court dated September 21, 2007, Ms. Limani's maximum allowable compensation was raised to $15,000.00. By prior order of this Court dated December 4, 2007, Ms. Limani's rate was increased to $35.00 per hour. By prior order of this Court dated February 14, 2008, Ms. Limani's maximum allowable compensation was raised to $30,000.00. By prior order of this Court dated April 28, 2008, Ms. Limani's maximum allowable compensation was raised to $55,000.00. By prior order of this Court dated July 24, 2008, Ms. Limani's maximum allowable compensation was raised to $80,000.00. On November 10, 2008, defense counsel informed the Court that Ms. Limani's time charges have reached $80,000.00 and that substantial preparation remains before trial, scheduled to begin May 18, 2009. Defense counsel seeks authorization for Ms. Limani to continue her work, and to be paid up to an additional $25,000.00. After consultation with Jerry Tritz, the Second Circuit Case Budgeting Attorney, the Court certifies that compensation in excess of the maximum set forth in 18 U.S.C. § 3006A(e) (3) in an amount in excess of $1,600.00 and up to $105,000.00 is necessary to provide fair compensation for services of an unusual character or duration. Accordingly, pursuant to 18 U.S.C. § 3006A (e) (3), the Court (1) certifies that Ms. Limani's maximum compensation be raised by up to an additional $25,000.00, to a limit of $105,000.00; and (2) recommends approval of compensation up to $105,000.00 to the Chief Judge of the Court of Appeals for the Second Circuit, or an active circuit judge to whom approval authority has been delegated. SO ORDERED. (Signed by Judge Kimba M. Wood on 11/17/2008)(D'Avanzo, Daniel) (Entered: 11/24/2008) |
| 01/21/2009 | 168 | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from Attorney Denis P. Kelleher, representing defendant Irving Stitsky, dated 1/15/09 re: I make this application ex parte under 18 USC Section 3006A(e) requesting additional CJA funds for the forensic accountants Weiser LLP previously engaged for this matter. This request is made on behalf of all three defendants. I am requesting the Court authorize $14,962.50 in work already performed by Weiser. ENDORSEMENT: Granted. (Signed by Judge Kimba M. Wood on 1/20/09)(bw) (Entered: 01/21/2009) |

| | | |
|---|---|---|
| 02/24/2009 | <u>170</u> | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from Attorney Jesse M. Siegel, counsel for defendant William Foster, dated 2/11/09 re: submitted to request that trial, currently scheduled for May 18, 2009, be adjourned to a date on or about October 19, 2009. ENDORSEMENT: Counsel shall appear for a pretrial conference on Friday, March 6, 2009 at 10:00 a.m. At that time, counsel shall provide to the Court a list of what work is expected to be completed each month until trial, assuming that trial begins September 21, 2009. Mark Shapiro shall be present in person at this conference. (Signed by Judge Kimba M. Wood on 2/23/09)(bw) (Entered: 02/24/2009) |
| 03/05/2009 | <u>171</u> | ORDER: As to Mark Alan Shapiro, Irving Stitsky, William B. Foster. This Order is to clarify the Court's memo endorsement of February 23,2009. All partiesmust be present at the conference scheduled for Friday, March 6, 2009 at 10:00am. SO ORDERED. (Signed by Judge Kimba M. Wood on 3/5/2009)(dnd) (Entered: 03/05/2009) |
| 03/06/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood:Pretrial Conference as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 3/6/2009 as to Mark Alan Shapiro, Irving Stitsky, William B. Foster( Jury Trial set for 9/21/2009 at 10:00 AM before Judge Kimba M. Wood.)Defendant Mark Alan Shapiro is present with his attorney LeeGinsberg. Defendant Irving Stitsky is present with his attorney DennisKelleher. Attorneys Jesse Siegel and Lawrence Gerzog are present fordefendant William Foster, and waive his presence. AUSA Alexander Willscheris present. Court reporter Tom Murray is present. Pretrial conference is held (see transcript). Defendant Foster shall appear in person for all court appearances between now and trial. The Government estimates that they will need 3 weeks for trial. Trial is scheduled for Monday, September21, 2009 at 10:00am. Pretrial submissions are due August 28, 2009. Allsubmissions (voir dire, request to charge) shall be submitted on one discand should contain the Government's proposed text with defendants objections or counter proposals redlined, with any authority relied upon.All counsel shall consider the Court's Order of 2/28/08 and decide whether this schedule still makes sense, or if defendants need more time. Counsel shall communicate their answer to Chambers as soon as a decision has been made. Time is excluded through September 21, 2009. (jw) (Entered: 03/10/2009) |
| 03/17/2009 | 173 | SEALED DOCUMENT placed in vault. (rt) (Entered: 03/17/2009) |
| 03/24/2009 | <u>174</u> | ORDER as to Mark Alan Shapiro. Accordingly, pursuant to 18 U.S.C. § 3006A(e) (3), the Court (1) certifies that Ms. Limani's maximum compensation beraised by up to an additional $25,000.00, to a limit of $130,000.00; and (2) recommends approval of compensation up to $130,000.00 to the Chief Judge of the court of Appeals for the Second Circuit, or an active circuit Judge to whom approval authority has been delegated...MEMO–ENDORSEMENT...The Court approves this request after having been informed by Jerry Tritz, Esq., that he has reviewed the request and finds it to be reasonable. SO ORDERED. (Signed by Judge Kimba M. Wood on 3/9/09)(jw) (Entered: 03/24/2009) |
| 03/30/2009 | <u>175</u> | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from Attorney Denis P. Kelleher, for defendant Irving Stitsky, dated 3/24/09 re: I am submitting the following schedule to the Court for your approval: 1) Expert Notice & Reports: 8/17/09, 2) Government to Provide 404(b) notice: 8/24/09, 3) In Limine Motions: 8/24/09, 4) Opposition Briefs: 9/8/09, 5) Requests to Charge: 8/31/09, 6) Voir Dire: 8/31/09, 7) Government & Defense Exhibits: 8/31/09, 8) 3500 Material: 9/11/09, 9) Joint Letter setting forth the parties' agenda for the final pretrial conference, and stating in detail the parties' views re each agenda item: 9/8/09 at 5:00 p.m., 10) Final pre–trial conference: 9/14/09. ENDORSEMENT: Approved. These dates hereby constitute deadlines for the matters indicated. The final pretrial conference will take place at 2:00 p.m. on 9/14/09. So Ordered. (Signed by Judge Kimba M. Wood on 3/30/09)(bw) (Entered: 03/30/2009) |
| 04/03/2009 | 177 | SEALED DOCUMENT placed in vault. (rt) (Entered: 04/06/2009) |
| 04/15/2009 | 178 | TRANSCRIPT of Proceedings as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 3/6/09 before Judge Kimba M. Wood. (tro) (Entered: 04/22/2009) |
| 06/08/2009 | <u>185</u> | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Attorney Lee Ginsberg dated 6/3/09 re: We are writing to request a bail modification hearing for our client, defendant Mark A. Shapiro. ENDORSEMENT: Counsel is |

| | | directed to contact the Magistrate Judge on duty. (Signed by Judge Kimba M. Wood on 6/8/09)(bw) (Entered: 06/08/2009) |
|---|---|---|
| 06/11/2009 | 186 | NOTICE of of Appearance of Shalom D. Stone, Esq. on behalf of non–party Lum, Drasco & Positan, LLC as to Mark Alan Shapiro, Irving Stitsky, William B. Foster (Attachments: # 1 Response to Order to Show Cause, # 2 Declaration of Shalom D. Stone, Esq. in Response to Order to Show Cause)(Stone, Shalom) (Entered: 06/11/2009) |
| 06/17/2009 | | Minute Entry for proceedings held before Magistrate Judge Andrew J. Peck:Bond Hearing on Disposition Sheet as to Mark Alan Shapiro held on 6/17/2009. Deft present with atty Lee Ginsberg. AUSA Alex Wilsher present. $300,000 PRB, 4 FRP, $25,000 Cash/Property, Travel restricted to SDNY/EDNY; Surrender travel documents (& No new applications), Strict pretrial, Electronic monitoring, Deft to be released upon following conditions: All must be satisfied. (jw) (Entered: 06/19/2009) |
| 06/18/2009 | 187 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster ( Pretrial Conference set for 6/24/2009 at 11:00 AM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Frank Maas.)Pursuant to the conference held earlier today, it is hereby ORDERED that: By June 22, 2009, a. the law firm of Lum Drasco & Politan ("Lum") shall provide defense counsel and the Court with an affidavit stating the storage capacity of Lum's previous email server, whether any back–up tapes exist for the time period at issue, and when the firm began using its new server; b. Defense counsel shall proposed search terms and time parameters for the proposed search of Lum's internal emails;c. defense counsel shall be prepared to make a representation as to how many of the forty email is from Lum's paper production were not part of any of theother document productions in this case; and d. defense counsel shall procure a new estimate from the defendants' proposed e–discovery vendor. (Signed by Magistrate Judge Frank Maas on 6/17/09)(jw) (Entered: 06/19/2009) |
| 06/22/2009 | 188 | NOTICE of of Appearance of Non–Party Lum Drasco & Positan as to Mark Alan Shapiro, Irving Stitsky, William B. Foster re: 186 Notice (Other), Notice (Other). (Attachments: # 1 Declaration of William Ambacher)(Stone, Shalom) (Entered: 06/22/2009) |
| 06/24/2009 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Status Conference as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 6/24/2009. Discovery Conference held before Magistrate Judge Maas. (bw) (Entered: 06/30/2009) |
| 07/01/2009 | 190 | ENDORSED LETTER: As to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Kimba M. Wood from Lee Ginsberg dated 6/26/2009. re: Defense counsel writes to request additional authorization for paralegal services in the amount of $25,000. We have spoken with Jerry Tritz and he has no objection to this request. In addition, we write to request that Ms. Limani's rate be increased from $35 to $60 per hour. In speaking to Jerry Tritz, we became aware that an attorney performing services as a paralegal can receive a rate of up to $60 per hour. ENDORSEMENT: Approved. So Ordered. (Signed by Judge Kimba M. Wood on 7/1/2009)(dnd) (Entered: 07/01/2009) |
| 07/06/2009 | 192 | ORDER: As to Mark Alan Shapiro, Irving Stitsky, William B. Foster. For the reasons set forth in this Order, IT IS HEREBY ORDERED that the 3500 Materials will not be disseminated or otherwise disclosed to anyone other than thedefendant, counsel, and counsel's immediate legal staff, and that at the conclusion of this case, the 3500 Materials, and any copies of the material that are made, will be returned to the Government. SO ORDERED. (Signed by Judge Kimba M. Wood on 7/6/2009)(dnd) (Entered: 07/06/2009) |
| 07/14/2009 | 193 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Magistrate Judge Frank Maas from Attorney Lee Ginsberg, not dated re: We write to request authorization for the services of Data Recovery Corp, a firm that specializes in the recovery of data from electronic devices. Approximately two months ago, the computer that the Second Circuit had loaned to our office for use in this case suffered an irreversible hard drive crash. Attached to this computer was an external hard drive, which we were using to back up our data and an additional external hard drive, which contained the contents of approximately fifty computers seized by the Receiver. As a result of the computer's |

| | | |
|---|---|---|
| | | hard drive crash, both of these external hard drives became non–functional.... We therefore ask Your Honor to pre–authorize this request for services to be performed by Data Recovery Corp in rebuilding this damaged hard drive for a cost of $2,299.79. ENDORSEMENT: Application Granted. So Ordered. *Let me suggest backing up the data once it is restored ! (Signed by Magistrate Judge Frank Maas on 7/14/09)(bw) (Entered: 07/15/2009) |
| 08/13/2009 | 194 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – MOTION for Speedy Trial Waiver Consent(LETTER). Document filed by Mark Alan Shapiro. (Ginsberg, Lee) Modified on 8/14/2009 (KA). (Entered: 08/13/2009) |
| 08/14/2009 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 194 as to Defendant(s) Mark Alan Shapiro: HAS BEEN REJECTED. Note to Attorney Lee Alan Ginsberg : Other than letters filed under a cover marked Sentencing Memorandum, THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (KA) (Entered: 08/14/2009) |
| 08/14/2009 | 195 | NOTICE OF ATTORNEY APPEARANCE Marc Peter Berger appearing for USA. (Berger, Marc) (Entered: 08/14/2009) |
| 08/19/2009 | 196 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Mark Alan Shapiro, Irving Stitsky, William B. Foster...., it is hereby ORDERED that the trial in this case is continued from 9/21/09 to 10/19/09.... Such adjournment will allow the dfts additional time to prepare for trial and facilitate review of certain other materials, as well as preparation of expert reports. The time between the date of this order 8/17/09 and 10/19/09 is hereby excluded in the interest of justice. The following schedule is set for notices, reports, motions and other submissions: 1) Dfts to provide expert notice and reports: 10/5/09; 2) Govt to provide 404(b) notice: 10/5/09; 3) In Limine Motions: 9/25/09; 4) Opposition Brief: 10/5/09; 5) Requests to Charge: 10/5/09; 6) Voir Dire: 10/5/09; 7) Gov't and Defense Exhibits: 10/14/09; 8) 3500 Material: 10/14/09 (subject to AUSA agreement); 9) Joint letter setting forth the parties' agenda for the final pretrial conference, and stating in detail the parties' views re: each agenda item: 10/14/09; and 10) Final Pretrial Conference set for 10/15/2009 at 11:00 AM before Judge Kimba M. Wood. (Signed by Judge Kimba M. Wood on 8/17/09)(ja) (Entered: 08/19/2009) |
| 08/31/2009 | 198 | (S1) SUPERSEDING INDICTMENT FILED as to Mark Alan Shapiro (1) count(s) 1s, 2s–3s, 4s, 5s, Irving Stitsky (2) count(s) 1s, 2s–3s, 4s, 5s, William B. Foster (3) count(s) 1s, 2s–3s, 4s, 5s. (bw) (Entered: 09/02/2009) |
| 09/02/2009 | 199 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Attorney Lee Ginsberg dated 8/28/09 re: By prior order of July 1, 2009, this Court approved additional paralegal services in the amount of $25,000, which were in addition to the $130,000 for services that had already been approved and performed since March 7, 2007, for a total of $130,000. Due to the fact that compensation for the paralegal has recently exceeded the $155,000 total amount and that there is substantial preparation remaining for the trial beginning October 19, 2009, we write to request additional authorization for paralegal services in the amount of $25,000. ENDORSEMENT: So Ordered. (Signed by Judge Kimba M. Wood on 9/2/09)(bw) (Entered: 09/02/2009) |
| 09/17/2009 | | Minute Entry for proceedings held before Magistrate Judge Henry B. Pitman:Arraignment on Disposition Sheet as to Mark Alan Shapiro (1) Count 1s,2s–3s,4s,5s held on 9/17/2009. Deft present with atty Lee Ginsberg. AUSA Alex Willscher present. Deft arraigned and pleads not guilty. (jw) (Entered: 09/22/2009) |
| 09/17/2009 | | Minute Entry for proceedings held before Magistrate Judge Henry B. Pitman: Plea entered by Mark Alan Shapiro (1) Count 1s,2s–3s,4s,5s Not Guilty. (jw) (Entered: 09/22/2009) |
| 09/24/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood:Pretrial Conference as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 9/24/2009, as to Mark Alan Shapiro, Irving Stitsky, William B. Foster( Responses due by 10/2/2009, Pretrial Conference set for 9/29/2009 at 12:00 PM before Judge Kimba M. Wood.) Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg. Defendant |

| | | |
|---|---|---|
| | | Irving Stitsky is present with his attorney Denis Patrick Kelleher. Defendant William Foster is present with his attorneys Jesse Siegel and Lawrence Gerzog. AUSAs Marc Berger and Alex Willshcer are present. Court reporter Rebecca Forman is present. Pretrial conference is held (see transcript). Trial will remain as scheduled, to begin on October 19, 2009 at 10:00am. Motions in limine are due September 29, 2009. Government response is due October 2, 2009. All other previously set dates remain the same. An ex parte conference is held with the defendants, after the Government leaves. Conference to be continued on Tuesday, September 29, 2009 at 12:00pm. All defendant's appearances will be waived. (jw) (Entered: 10/05/2009) |
| 09/29/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood:Pretrial Conference as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 9/29/2009. Attorney Lee Ginsberg is present for defendant Mark Shapiro, presence waived. Attorney Denis Kelleher is present for defendant Irving Stitsky, presence waived. Attorneys Lawrence Gerzog and Jesse Siegel are present for William Foster, presence waived. Alexander Berg, Nadjia Limani and Amee Sampata are present. Shalom Stone and Rebekah Conroy are present from Walder, Haden & Brogen. Keith Jones from Jones Dykstra is present by telephone. Court reporter is present. Ex parte pretrial conference is held (see transcript). Conference is adjourned to Wednesday, September 30, 2009 at 12:00pm. Shalom Stone shall initiate a conference call with all defense counsel and Keith Jones, and call Chambers to give the Court a status update on their progress re: the new plan for discovery. ( Pretrial Conference set for 9/30/2009 at 12:00 PM before Judge Kimba M. Wood.) (ja) (Entered: 10/06/2009) |
| 10/01/2009 | [200](#) | SCHEDULING ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster....[see Order]... Trial will begin, as previously scheduled, October 19 at 10:00 a.m. I will be out of the district from October 2 through October 12, 2009. Magistrate Judge Maas will be available to resolve any matters that arise during that time, and will be able to contact me, should my involvement be needed. The Court refers to Magistrate Judge Maas all pretrial matters in the case. So Ordered. (Signed by Judge Kimba M. Wood on 10/1/09)(bw) (Entered: 10/01/2009) |
| 10/02/2009 | [201](#) | MOTION in Limine *TO STRIKE SURPLUSAGE AND PRECLUDE EVIDENCE*. Document filed by Irving Stitsky as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Return Date set for 10/15/2009 at 11:00 AM. (Kelleher, Denis) (Entered: 10/02/2009) |
| 10/05/2009 | [202](#) | ORDER: As to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Trial in the above−captioned case is scheduled to begin October 19, 2009. By letter dated October 1, 2009, counsel for Defendant William B. Foster ("Defendant") requests that the Court issue an order, pursuant to 18 U.S.C. § 4285, directing the United States Marshal's Office to provide Defendant with the necessary subsistence expenses to remain in New York for the duration of trial. Defendant resides in Easthampton, Massachusetts, and contends he does not have the financial resources to pay for a hotel in New York during trial. The Court understands Mr. Foster's plight as described by his counsel. The Court must, however, deny his request. The statutory provision Defendant cites, 18 U.S.C. § 4285, permits a Court to order the Marshal's Office to provide a Defendant transportation expenses to the place of trial, and an amount of money "for subsistence expenses to his destination." It does not authorize funds for lodging during trial. United States v. Sandoval, 812 F. Supp. 1156, 1157 (D. Kans. 1993); United States v. Nave, 733 F. Supp. 1002, 1002−03 (D. Md. 1990). The Court notes there is some case law suggesting, however, that the Office of Pretrial Services may assist in lodging a defendant. See United States v. Gundersen, 978 F.2d 580, 584−85 (10th Cir. 1992); Sandoval, 815 F. Supp. at 1157−58. The Court has described the situation to Deputy Chief Pretrial Services Officer Marsha Davies−Calhoun. Defense counsel, Mr. Siegel, may wish to contact her, or other in the Pretrial Services Agency, to learn what, if any, assistance Pretrial Services may be able to provide. Ms. Davies−Calhoun's telephone number is (212)805−4122. SO ORDERED. (Signed by Judge Kimba M. Wood on 10/1/2009)(dnd) (Entered: 10/05/2009) |
| 10/13/2009 | [203](#) | FILING ERROR − ELECTRONIC FILING FOR NON−ECF DOCUMENT (LETTER) − MOTION in Limine *in response to government's 10−2−09 motion*. Document filed by Mark Alan Shapiro. (Ginsberg, Lee) Modified on 10/14/2009 (jar). (Entered: 10/13/2009) |

| 10/13/2009 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 203 as to Defendant(s) Mark Alan Shapiro: HAS BEEN REJECTED. Note to Attorney Lee Ginsberg : Other than letters filed under a cover marked Sentencing Memorandum, THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (jar) (Entered: 10/14/2009) |
|---|---|---|
| 10/14/2009 | 204 | SEALED DOCUMENT placed in vault. (nm) (Entered: 10/14/2009) |
| 10/14/2009 | 205 | ORDER as to Mark Alan Shapiro. Upon the application of Lee Ginsberg, attorney of record for Mark Shapiro. It appearing that the defendant Mark Shapiro is incarcerated at the Metropolitan Detention Center ("MDC") located at 100 29th Street, Brooklyn, New York 11232, under Register No. 13354–014; and that traveling back and forth each day, will be difficult for the defendant as well as making it impossible for counsel to meet with him at the jail, after the trial day, it is hereby ORDERED that the Bureau of Prisons move the defendant to the Metropolitan Correctional Center (MCC) at least by October 15, 2009. (Signed by Magistrate Judge Frank Maas on 10/14/2009)(rw) (Entered: 10/14/2009) |
| 10/15/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood:Pretrial Conference as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 10/15/2009 as to Mark Alan Shapiro, Irving Stitsky, William B. Foster( Jury Trial set for 11/2/2009 before Judge Kimba M. Wood.) Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg. Defendant Irving Stitsky is present with his attorney Dennis Kelleher. Defendant William Foster is present with his attorneys Jesse Siegel and Lawrence Gerzog. AUSAs Marc Berger and Alexander Willshcher are present. Court reporter Kristin Carannante is present. Pretrial conference is held (see transcript). Trial is adjourned to Monday, November 2, 2009. Jury selection will begin at 10:00am, but all parties must be in the courtroom at 9:15am. The Court defers ruling on the Ervolina issue until a voir dire can be conducted, out of the presence of the jury. Defense counsel's motion to strike is denied, for the reasons previously stated. The Court will determine, when the time comes, whether defense counsel needs to provide a report to the Government, if they call an expert. In the meantime, defense counsel will hand over the identityand qualifications of the potential expert, on the condition that theGovernment does not send subpoenas to the potential expert, or contact himin any way. Defense counsel will also provide, to the Government, anytrials that their potential expert testified at as a summary or expertwitness. The Court will have telephone lines installed in the conferencerooms in the courtroom; counsel (including the Government) shall not bringcell phones or similar devices into the courtroom. The parties shouldbrief the issue re: the Government's chart. The Court's tentative view isthat the chart is permissible, for the reasons stated by the Government.Time is excluded through November 2, 2009. (jw) (Entered: 10/21/2009) |
| 10/15/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Pretrial Conference as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 10/15/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg. Defendant Irving Stitsky is present with his attorney Dennis Kelleher. Defendant William Foster is present with his attorneys Jesse Siegel and Lawrence Gerzog. AUSAs Marc Berger and Alexander Willshcher are present. Court reporter Kristin Carannante is present. Pretrial conference is held (see transcript). Trial is adjourned to Monday, November 2, 2009. Jury selection will begin at 10:00am, but all parties must be in the courtroom at 9:15am. The Court defers ruling on the Ervolina issue until a voir dire can be conducted, out of the presence of the jury. Defense counsel's motion to strike is denied, for the reasons previously stated. The Court will determine, when the time comes, whether defense counsel needs to provide a report to the Government, if they call an expert. In the meantime, defense counsel will hand over the identity and qualifications of the potential expert, on the condition that the Government does not send subpoenas to the potential expert, or contact him in any way. Defense counsel will also provide, to the Government, any trials that their potential expert testified at as a summary or expert witness. The Court will have telephone lines installed in the conference rooms in the courtroom; counsel (including the Government) shall not bring cell phones or similar devices into the courtroom. The parties should brief the issue re: the Government's chart. The Court's tentative view is that the chart is permissible, for the reasons stated by the Government. Time is excluded through November 2, 2009. (bw) (Entered: 10/21/2009) |

| 10/15/2009 | | ORAL ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. Time excluded from 10/15/09 until 11/2/09. Jury Selection set for 11/2/2009 at 10:00AM before Judge Kimba M. Wood. Jury Trial set for 11/2/2009 at 09:15 AM before Judge Kimba M. Wood. (bw) (Entered: 10/21/2009) |
|---|---|---|
| 10/16/2009 | 221 | TRANSCRIPT of Proceedings as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 9/24/2009 at 2:30 p.m. before Judge Kimba M. Wood. (mbe) (Entered: 11/09/2009) |
| 10/21/2009 | 208 | ENDORSED LETTER: As to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Kimba Wood from Jesse M. Siegel dated 10/21/2009. re: Defense counsel writes to the Court to respectfully request authorization of additional funds needed to cover the cost of 3500 material and exhibits needed to be copied by an outside service. Our estimate of 5000 pages requested in our original letter were underestimated. ENDORSEMENT. The request for additional funds is approved. SO ORDERED. (Signed by Judge Kimba M. Wood on 10/21/2009)(dnd) (Entered: 10/21/2009) |
| 10/23/2009 | 209 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. The Court hereby vacates its Order prohibiting attorneys to bring cellphones (including Blackberries) into the courtroom during the trial of the above–captioned case, in light of the fact that such a restriction is no longer the general practice of this Court. There will be no land lines in the witness rooms during trial. So Ordered. (Signed by Judge Kimba M. Wood on 10/23/09)(bw) (Entered: 10/23/2009) |
| 10/26/2009 | 210 | Letter by Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from Attorney Lee Ginsberg dated October 12, 2009 re: I write on behalf of all defendants, in response to the government's in limine motion filed on October 2, 2009 regarding the limitations on defense counsel's ability to cross examine Annie Ervolina, a government witness in the trial of the above entitled matter. [*** Received by Judge Wood's Chambers on 10/20/09 ***] (bw) (Entered: 10/26/2009) |
| 10/27/2009 | 212 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster, re: request for internet access in the Courtroom during the course of the trial, scheduled to commence on 11/2/09 and further ordered that each atty is permitted to be reimbursed the $190 Courtroom Connect access fee. (Signed by Judge Kimba M. Wood on 10/27/09)(ja) (Entered: 10/27/2009) |
| 10/27/2009 | 213 | ORDER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. On behalf of all dfts, re: dfts' counsel will be in need of internet access in the courtroom. It is hereby ORDERED that permission is granted to all counsel to use CourtRoom Connnect's internet service during the course of the trial, scheduled to commence on 11/2/09 and further ordered that each atty is permitted to be reimbursed the $190 CourtRoom Connect access fee. (Signed by Judge Kimba M. Wood on 10/27/09)(ja) (Entered: 10/27/2009) |
| 10/28/2009 | 214 | ORDER: As to Mark Alan Shapiro. Upon the application of Lee Ginsberg. attorney of record for Mark Shapiro an indigent defendant who starts trial on November 2, 2009, IT IS HEREBY 0RDERED that the UNITED STATES MARSHAL'S OFFICE AND/OR THE BUREAU Of PRISONS METROPOLITAN CORRECTIONAL CENTER ACCEPT THE FOLLOWING CLOTHING FOR COURT APPEARANCES DURING THE TRIAL: 1)Shirts: 2) Suit Jackets and or Slacks. 3)pairs of Socks and 4) One Pair of Shoes, and that a change of clothing be available to Mark A. Shapiro on a daily basis. (Signed by Judge Kimba M. Wood on 10/28/2009)(dnd) (Entered: 10/28/2009) |
| 10/28/2009 | 215 | ENDORSED LETTER: As to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Kimba Wood from Jesse M. Siegel dated 10/27/2009. re: As Counsel for defendant William B. Foster, we write on behalf of all defendants in the above–captioned matter to seek the Court's permission on several matters pertaining to courtroom logistics for the trial set to begin on November 2, 2009... ENDORSEMENT: The Court grants all of the requests above. SO ORDERED. (Signed by Judge Kimba M. Wood on 10/28/2009)(dnd) (Entered: 10/28/2009) |
| 10/28/2009 | 218 | TRANSCRIPT of Proceedings as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 10/15/09 before Judge Kimba M. Wood. (ldi) (Entered: 11/02/2009) |

| 10/29/2009 | 217 | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from Lee Ginsberg dated 10/27/09 re: As the court is aware, the government provided defense counsel in the above entitled matter with a voluminous amount of 3500 material and trial exhibits on Wednesday evening October 14, 2009. After all of the material was printed and sorted...ENDORSEMENT...The Government shall provide the Court and defense counsel with the requested information regarding the testimony the Government intends to elicit at trial from the above–referenced witnesses. SO ORDERED. (Signed by Judge Kimba M. Wood on 10/29/09)(jw) (Entered: 10/29/2009) |
|---|---|---|
| 11/02/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Pretrial Conference as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/2/2009. (bw) (Entered: 11/16/2009) |
| 11/02/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Voir Dire begun on 11/2/2009 Mark Alan Shapiro (1) on Count 1,1s,2,2s–3s,4s,5s and Irving Stitsky (2) on Count 1,1s,2,2s–3s,4s,5s and William B. Foster (3) on Count 1,1s,2,2s–3s,4s,5s. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg and Nadjia Limani. Defendant Irving Stitsky is present with his attorney Denis Kelleher and Amee Sampat. Defendant William Foster is present with attorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Berger and Alexander Willscher. FBI Special Agent James Krieger is present. Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Jennifer Thun and Guido Tascione are present. Pretrial conference is held. Jury selection begins. (bw) (Entered: 11/16/2009) |
| 11/02/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Jury Selection as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/2/2009. Jury selection begins. (bw) (Entered: 11/16/2009) |
| 11/02/2009 | 225 | Court Exhibit 1. as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/03/2009 | 219 | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Magistrate Judge Frank Maas from Attorney Denis P. Kelleher, for defendant Irving Stitsky, dated 10/7/09 re: I write to request CJA funds in this matter for our investigator, Ron Dwyer of Innovative Strategists. I would request The COurt endorse this letter approving Mr. Dwyer's current bill. I would also ask the Court to authorize another 100 hours at $85 per hour for Mr. Dwyer's firm for any work done since April 2009 and through the trial that could last 4–6 weeks. ENDORSEMENT: GRANTED. So Ordered. (Signed by Judge Kimba M. Wood on 11/3/09)(bw) (Entered: 11/03/2009) |
| 11/03/2009 | 220 | ORDER as to (S1–06–Cr–357–) Mark Alan Shapiro, Irving Stitsky, William B. Foster. On October 2, 2009, Defendant Irving Stitsky ("Stitsky") moved in limine to (1) strike as surplusage from the Indictment references to his criminal history pursuant to Fed.R.Crim.P. 7(d), and (2) preclude the Government from offering any evidence of Stitsky's criminal history at trial pursuant to Fed.R.Evid. 403. At a Pre–Trial Conference in this case held on October 15, 2009, the Court DENIED Defendants' motion to strike, for the same reasons the Court gave in its previous ruling on the issue. (10/15/09 Conf. Tr. at 16; see Order, 7/11/07, D.E. 100.) The Court issues this Order to clarify the basis for the Court's ruling on Defendants' motion to strike, as well as Defendants' motion to preclude evidence of prior convictions. For the reasons stated below, the Court DENIES Defendant's motion. (D.E. 201) (Signed by Judge Kimba M. Wood on 11/3/09) [*** See Order for complete text ***] (bw) (Entered: 11/03/2009) |
| 11/03/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Jury Selection as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/3/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg and Nadjia Limani. Defendant Irving Stitsky is present with his attorney Denis Kelleher and Amee Sampat. Defendant William Foster is present with attorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Berger and Alexander Willscher. FBI Special Agent James Krieger is present. Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Jennifer Thun and Guido Tascione are present. Jury selection resumes. Jury empaneled and sworn. Conference is held with the parties. Adjourned for the evening. (bw) (Entered: 11/16/2009) |

| 11/03/2009 | | Jury Impaneled as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (bw) (Entered: 11/16/2009) |
|---|---|---|
| 11/03/2009 | 226 | Court Exhibit 2 as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/03/2009 | 227 | Court Exhibit 3 as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/03/2009 | 228 | Court Exhibit 4 Government Peremptory Challenge as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/03/2009 | 229 | Court Exhibit 5 Defendant Peremptory Challenge as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/03/2009 | 230 | Court Exhibit 6 Defendant Peremptory Challenge as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/03/2009 | 231 | Court Exhibit 7 Government Peremptory Challenge as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/03/2009 | 232 | Court Exhibit 8 Defendant Peremptory Challenge as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/03/2009 | 233 | Court Exhibit 9 Government Peremptory Challenge as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/04/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Jury Trial as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/4/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg and Nadjia Limani. Defendant Irving Stitsky is present with his attorney Denis Kelleher and Amee Sampat. Defendant William Foster is present with attorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Berger and Alexander Willscher. FBI Special Agent James Krieger is present. Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Jennifer Thun and Guido Tascione are present. Opening statements begin and conclude. The Government calls Erin Baisley as its first witness. Direct examination begins and concludes. Cross examination, on behalf of defendant Shapiro, begins and concludes. Cross examination, on behalf of defendant Stitsky, begins and concludes. (bw) (Entered: 11/16/2009) |
| 11/05/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Jury Trial as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/5/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg and Nadjia Limani. Defendant Irving Stitsky is present with his attorney Denis Kelleher and Amee Sampat. Defendant William Foster is present with attorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Berger and Alexander Willscher. FBI Special Agent James Krieger is present. Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Jennifer Thun and Guido Tascione are present. Cross examination, on behalf of defendant Foster, begins. Re–direct and re–cross. The Government calls Joel Slovin; direct and cross examination. The Government calls Christopher J. Dillon as its next witness. Direct examination. The Government calls George Alexander. Direct examination. The Government calls Robert Crisalli; direct examination. The Government calls Kevin Tierney as its next witness; direct examination. (bw) (Entered: 11/16/2009) |
| 11/06/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Jury Trial as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/6/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg and Nadjia Limani. Defendant Irving Stitsky is present with his attorney Denis Kelleher and Amee Sampat. Defendant William Foster is present with attorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Berger and Alexander Willscher. FBI Special Agent James Krieger is present. Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Jennifer Thun and Guido Tascione are present. Cross examination of witness (Tierney) by all defendants, re–direct and re–cross. The Government calls Suzanne Dyer as its next witness; direct examination. (bw) (Entered: 11/16/2009) |

| 11/09/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood:Jury Trial as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/9/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg and Nadjia Limani. Defendant Irving Stitsky is present with his attorney DenisKelleher and Amee Sampat. Defendant William Foster is present withattorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Berger and Alexander Willscher. FBI Special Agent James Krieger is present. Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Jennifer Thun and Guido Tascione are present. Direct examination of Suzanne Dyer continues. Cross examination and re–direct. The Government calls Edmund Hirschfeld as its next witness; direct examination and cross examination. The Government calls Gene Gabarnick as its next witness; direct examination and cross examination. The Government calls June Miller as its next witness; direct examination, cross examination and re–direct. The Government calls Stanley Gruber as its next witness; direct examination. (jw) (Entered: 11/17/2009) |
| 11/09/2009 | 234 | Court Exhibit 10 as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/09/2009 | 235 | Court Exhibit 11 as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/10/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood:Jury Trial as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/10/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg and Nadjia Limani. Defendant Irving Stitsky is present with his attorney Denis Kelleher and Amee Sampat. Defendant William Foster is present with attorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Bergerand Alexander Willscher. FBI Special Agent James Krieger is present.Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Jennifer Thun and Guido Tascione are present. Direct examination of Stanley Gruber resumes; cross examination and re–direct. The Government calls Greg Rose as its next witness; direct examination. The Government calls Claudia Munoz as its next witness; direct examination, cross and re–direct. The Government calls Glenn Tierney as its next witness; direct examination, cross and re–direct. The Government calls Patricia Zebrowski as its next witness; direct examination and cross. The Government calls Special Agent William Slattery as its next witness; direct, cross examination and re–direct. (jw) (Entered: 11/17/2009) |
| 11/10/2009 | 236 | Court Exhibit 12 as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/10/2009 | 237 | Court Exhibit 13 by USA as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/12/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood:Jury Trial as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/12/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg andNadjia Limani. Defendant Irving Stitsky is present with his attorney DenisKelleher and Amee Sampat. Defendant William Foster is present withattorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Bergerand Alexander Willscher. FBI Special Agent James Krieger is present.Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Jennifer Thun and Guido Tascione are present. The Government calls Christopher Rollins as its next witness; direct examination and cross. The Government calls Aimar Dontenville as its next witness; direct examination, cross and re–direct. The Government calls Kimberly McPherson as its next witness; direct examination, cross, re–direct and re–cross. The Government calls Arlene Goodman as its next witness; direct examination, cross, re–direct and re–cross. The Government calls Steven May as its next witness; direct examination, cross, re–direct and re–cross. (jw) (Entered: 11/17/2009) |
| 11/13/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood:Jury Trial as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/13/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg and Nadjia Limani. Defendant Irving Stitsky is present with his attorney Denis Kelleher and Amee Sampat. Defendant William Foster is present with attorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Bergerand Alexander Willscher. FBI Special Agent James Krieger is present. Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Jennifer Thun and Guido Tascione are present. The |

| | | |
|---|---|---|
| | | Government calls Anne Ervolina as its next witness; direct examination, cross, re–direct and re–cross. The Government calls Robert Anthony Lauria as its next witness; direct examination, cross, re–direct and re–cross. (jw) (Entered: 11/17/2009) |
| 11/16/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Jury Trial as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/16/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg and Nadjia Limani. Defendant Irving Stitsky is present with his attorney Denis Kelleher and Amee Sampat. Defendant William Foster is present with attorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Berger and Alexander Willscher. FBI Special Agent James Krieger is present. Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Denise Richards and Guido Tascione are present. The Government calls Steven Garth as its next witness; direct examination, cross, re–direct and re–cross. The Government calls Jeffrey Clark as its next witness; direct examination, cross. (bw) (Entered: 12/03/2009) |
| 11/17/2009 | 222 | SEALED DOCUMENT placed in vault. (jri) (Entered: 11/17/2009) |
| 11/17/2009 | <u>223</u> | ENDORSED LETTER: As to Mark Alan Shapiro, addressed to Judge Kimba Wood from Lee Ginsberg dated 11/16/2009. We write to request authorization for the reimbursement of clothing purchased on behalf of our client, Mark Shapiro, for his use at trial. At this time, Mr. Shapiro had no friend or family member who was willing to purchase these items of clothing for him or locate items of his clothing that could be used for this purpose. The total cost of these items was $317.99. We respectfully request that the Court authorize the reimbursement the purchase of these items. ENDORSEMENT: SO ORDERED. (Signed by Judge Kimba M. Wood on 11/16/2009)(dnd) (Entered: 11/17/2009) |
| 11/17/2009 | <u>224</u> | ENDORSED LETTER: As to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Kimba Wood from Lee Ginsberg dated 11/16/2009. re: We write to request authorization for the costs of trial preparation and testimony for our previously retained forensic accountant, Harry Steinmetz of Weiser LLP.The cost of these services plus the additional costs of Mr. Steinmetz's testimony will be an amount no greater than $25,000.00, based on approximately 140 hours of work at a preferential rate of $175.00 per hour. We respectfully request the authorization of these services, on behalf of all defendants. ENDORSEMENT: SO ORDERED. (Signed by Judge Kimba M. Wood on 11/16/2009)(dnd) (Entered: 11/17/2009) |
| 11/17/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Jury Trial as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/17/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg and Nadjia Limani. Defendant Irving Stitsky is present with his attorney Denis Kelleher and Amee Sampat. Defendant William Foster is present with attorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Berger and Alexander Willscher. FBI Special Agent James Krieger is present. Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Denise Richards and Guido Tascione are present. Cross examination of Jeffrey Clark resumes; re–direct and re–cross. The Government calls Theodore Netsky as its next witness; direct, cross, re–direct and re–cross examination. The Government calls Charles Agule as its next witness; direct examination and cross. (bw) (Entered: 12/03/2009) |
| 11/18/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Jury Trial as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/18/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg and Nadjia Limani. Defendant Irving Stitsky is present with his attorney Denis Kelleher and Amee Sampat. Defendant William Foster is present with attorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Berger and Alexander Willscher. FBI Special Agent James Krieger is present. Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Denise Richards and Guido Tascione are present. Cross examination of Charles Agule; re–direct and re–cross. The Government calls Jennifer Amato as its next witness; direct examination. (bw) (Entered: 12/03/2009) |
| 11/19/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Jury Trial as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/19/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg and Nadjia Limani. Defendant Irving Stitsky is present with his attorney Denis Kelleher and Amee |

| | | |
|---|---|---|
| | | Sampat. Defendant William Foster is present with attorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Berger and Alexander Willscher. FBI Special Agent James Krieger is present. Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Denise Richards and Guido Tascione are present. The Government rests. Defendant William Foster calls Harry Steinmetz as his first witness; direct examination, cross and re–direct. Defendant Mark Shapiro calls Philip Chapman as his next witness; direct examination, cross,re–redirect and re–cross. The defense rests. (bw) (Entered: 12/03/2009) |
| 11/20/2009 | 238 | Court Exhibit 14 as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/20/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Jury Trial as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/20/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg and Nadjia Limani. Defendant Irving Stitsky is present with his attorney Denis Kelleher and Amee Sampat. Defendant William Foster is present with attorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Berger and Alexander Willscher. FBI Special Agent James Krieger is present. Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Denise Richards and Guido Tascione are present. Government's closing argument. Defendant William Foster's closing argument. Defendant Irving Stitskys closing argument. Defendant Mark Shapiro's closing argument. Government's rebuttal argument. (bw) (Entered: 12/03/2009) |
| 11/23/2009 | 239 | Court Exhibit 15 as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/23/2009 | 240 | Court Exhibit 16 as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/23/2009 | 241 | Court Exhibit 17 as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (jw) (Entered: 11/24/2009) |
| 11/23/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood:Jury Trial as to Mark Alan Shapiro, Irving Stitsky, William B. Foster held on 11/23/2009. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg and Nadjia Limani. Defendant Irving Stitsky is present with his attorney Denis Kelleher and Amee Sampat. Defendant William Foster is present with attorneys Jesse Siegel, Lawrence Gerzog and Linda Burns. AUSAs Marc Bergerand Alexander Willscher. FBI Special Agent James Krieger is present.Paralegals Edmund Hirschfeld and Tala Nuzarenoi are present. Court reporters Denise Richards and Guido Tascione are present. The Court reads the jury charge. The alternates are excused. The CSO is sworn.Deliberations begin. The Jury reaches a verdict. The verdict form is read, and the jury polled. Defendants Mark Alan Shapiro, Irving Stitskyand William Foster are found guilty on all 5 counts. The jury is dismissed. Defendants time to file post conviction motions is extended to January 31, 2010. Defendant Shapiros bail conditions are revoked, and the defendant is remanded. Defendant Stitskys bail conditions are revoked, and the defendant is remanded. Defense counsel must meet with Probation by January 25, 2010. Sentencing for all three defendants is scheduled for February 25, 2010, beginning at 10:00am. Defendants submissions are due by February 4, 2010. Government response is due February 18, 2010. (jw) Modified on 12/1/2009 (jw). (Entered: 12/01/2009) |
| 11/23/2009 | | JURY VERDICT as to Mark Alan Shapiro (1) Guilty on Count 1s,2s–3s,4s,5s and Irving Stitsky (2) Guilty on Count 1s,2s–3s,4s,5s and William B. Foster (3) Guilty on Count 1s,2s–3s,4s,5s. (jw) (Entered: 12/01/2009) |
| 11/23/2009 | | Minute Entry for proceedings held before Judge Kimba M. Wood: as to Mark Alan Shapiro, Irving Stitsky, William B. Foster; Sentencing set for 2/25/2010 at 10:00 AM before Judge Kimba M. Wood. (jw) (Entered: 12/01/2009) |
| 11/24/2009 | 244 | ORDER: As to Mark Alan Shapiro. The Defendant is scheduled to be sentenced on February 25, 2010 at 10:00 A.M. The Presentence Investigation Report is due to the Court on January 28, 2010. Any sentencing submissions by Defendant must be made by February 4, 2010, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation. Probation should contact Chambers |

| | | |
|---|---|---|
| | | if they experience difficulty scheduling the presentence interview or if the PSR will not be completed in a timely fashion.Any response or other submission from the Government is due February 18, 2010. SO ORDERED. (Signed by Judge Kimba M. Wood on 11/24/2009)(dnd) (Entered: 11/24/2009) |
| 11/24/2009 | 245 | ENDORSED LETTER: As to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Kimba Wood from Lee Ginsberg dated 11/16/2009. By prior order of August 28, 2009, this Court approved additional paralegal services for Nadjia Limani in the amount of $25,000, which were in addition to the $130,000 for services that had already been approved and performed, for a total of $155,000. As the trial is nearing its end and Ms. Limani is preparing to submit her final vouchers, we request a further authorization of $25,000 for the hours that Ms. Limani has spent both preparing for trial and at the trial itself since October 10, 2009. We have spoken to Jerry Tritz, who has no objection to this request. ENDORSEMENT: SO ORDERED. (Signed by Judge Kimba M. Wood on 11/20/2009)(dnd) (Entered: 11/24/2009) |
| 12/01/2009 | 247 | TRANSCRIPT of Proceedings as to Mark Alan Shapiro held on November 17, 18, 19, 20, 2009 before Judge Kimba M. Wood. (eef) (Entered: 12/01/2009) |
| 12/01/2009 | 248 | TRANSCRIPT of Proceedings as to Mark Alan Shapiro held on November 10, 12, 13, 16, 2009 before Judge Kimba M. Wood. (eef) (Entered: 12/01/2009) |
| 12/01/2009 | 249 | TRANSCRIPT of Proceedings as to Mark Alan Shapiro held on Novermber 2, 3, 4, 5, 6, 9, 2009 before Judge Kimba M. Wood. (eef) (Entered: 12/01/2009) |
| 12/01/2009 | 250 | TRANSCRIPT of Proceedings as to Mark Alan Shapiro held on November 23, 2009 before Judge Kimba M. Wood. (eef) (Entered: 12/01/2009) |
| 12/10/2009 | | CASH BAIL RETURNED as to Mark Alan Shapiro dated 10/08/2009`, from Judge Judge Kevin Thomas Duffy, in the amount of $25,000.00, Check No. 00878045, Check Dated 10/15/2009, payable to CAROLYN SHAPIRO was MAILED BY JDOSS on 10/30/2009. ORIGINAL BAIL WAS PAID IN CONNECTICUT, THEREFORE THERE WAS NO RECEIPT. (jd) (Entered: 12/10/2009) |
| 01/20/2010 | 251 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Attorney Lee Ginsberg dated January 19, 2010 re: submitted to request a 60 day adjournment of the sentence hearing. ENDORSEMENT: Sentencing is adjourned to Thursday, April 29, 2010 at 11:00 a.m. The PSR is due to the Court by April 15. Defendant's submission is due April 19. Government response is due April 26. So Ordered. (Signed by Judge Kimba M. Wood on 1/20/2010)(bw) (Entered: 01/20/2010) |
| 01/25/2010 | | Judgment entered in money judgment book as #10,2064 as to Mark Alan Shapiro in the amount of $ 22,076,131.00, re: 324 Judgment,. (ml) (Entered: 11/24/2010) |
| 02/01/2010 | 254 | MOTION for Acquittal. Document filed by Mark Alan Shapiro. (Ginsberg, Lee) (Entered: 02/01/2010) |
| 02/01/2010 | 255 | ORDER: As to Mark Alan Shapiro, Irving Stitsky, William B. Foster. On November 23, 2009, the Court set January 31, 2010 as the deadline for Defendants to file post–conviction motions. The Court sets the following schedule: Government's response is due February 10, 2010; any reply is due February 16, 2010. Additionally, during trial the parties submitted to the Court numerous letters on a variety of trial issues. A copy of any letter that a party wishes to be docketed (and that has not already been marked as a Court exhibit) shall be submitted to the Court no later than February 16, 2010. SO ORDERED. (Signed by Judge Kimba M. Wood on 1/29/2010)(dnd) (Entered: 02/01/2010) |
| 02/09/2010 | 258 | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood, from Alexander J. Willscher, AUSA, dated 2/9/2010, re: writes to request a one–week extension of the time in which to file its response to the dfts' post–trial motions. –– Judge endorsed: Granted and SO ORDERED. ( Responses due by 2/16/2010. Replies due by 2/23/2010. ) (Signed by Judge Kimba M. Wood on 2/9/2010)(ja) (Entered: 02/09/2010) |
| 02/16/2010 | 260 | MEMORANDUM in Opposition by USA as to Mark Alan Shapiro, Irving Stitsky, William B. Foster re 252 MOTION to Continue., 253 MOTION for Acquittal.. (Willscher, Alexander) (Entered: 02/16/2010) |

| 02/24/2010 | <u>262</u> | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from Attorney Lee Ginsberg (for defendant Mark Alan Shapiro), dated February 22, 2010 re: We write to request additional CJA funding authorization in the amount of $22,832.50 for services performed by Weiser LLP, the forensic accounting firm previously engaged in this matter. ENDORSEMENT: The Court grants this request for an additional $22,832.50 to be paid from CJA funds for services provided by Weiser LLP. Given the complexity of this case, the Court finds it credible that counsel acted in good faith and conscientiously to minimize expenses, and to seek court authorization in advance when they were able to do so. The Court also finds these additional expenditures reasonable. So Ordered. (Signed by Judge Kimba M. Wood on 2/23/2010)(bw) (Entered: 02/24/2010) |
|---|---|---|
| 03/18/2010 | 263 | Letter by USA as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from AUSAs Alexander J. Willscher / Marc P. Berger dated November 5, 2009 re: Enclosed please find the computer evidence (documents and emails) the Government intends to offer at trial, including (see letter). (bw) (Entered: 03/19/2010) |
| 03/18/2010 | 264 | Letter by USA as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from AUSAs Alexander J. Willscher / Marc P. Berger dated November 9, 2009 re: The Government submits this letter in response to defendant Foster's eleventh–hour motion to preclude the testimony of Stanley Gruber. The application should be denied because Mr. Gruber's testimony is directly relevant to the charged conspiracy. (bw) (Entered: 03/19/2010) |
| 03/18/2010 | 265 | Letter by USA as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from AUSAs Alexander J. Willscher / Marc P. Berger dated November 12, 2009 re: The Government submits this letter in response of defendant Foster's motion to preclude the testimony of Steven May, who was employed as a loan officer in 2005 by Washington Mutual Bank. The application should be denied because Mr. May's testimony is directly relevant to the charged conspiracy. (bw) (Entered: 03/19/2010) |
| 03/18/2010 | 266 | Letter by USA as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from AUSAs Alexander J. Willscher / Marc P. Berger dated November 17, 2009 re: Enclosed please find the 7 exhibits which will be discussed with the Court at this morning's conference at 9:15 a.m. Counsel for Bill Foster has indicated objections, primarily based upon Rule 403. (bw) (Entered: 03/19/2010) |
| 03/18/2010 | 267 | Letter by USA as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from AUSAs Marc P. Berger / Alexander Willscher dated November 18, 2009 re: Counsel for defendant Irving Stitsky has advised the Government that he may call witnesses as part of his defense case who worked for Stitsky at Cobalt's Great Neck sales office. Based on the 3500 received this morning in connection with one of these witnesses, the Government expects that counsel may attempt to elicit specific instances of good character for Stitsky based on statements he made in the past to the witness. The Government therefore respectfully submits this letter to provide the Court with legal authority concerning (i) the restrictions imposed on character witness testimony and (ii) the permissible scope of cross–examination of character witnesses. (bw) (Entered: 03/19/2010) |
| 03/18/2010 | 269 | Letter by USA as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Wood from AUSAs Alexander J. Willscher / Marc P. Berger dated February 16, 2010 re: In response to the Court's Order of February 1, 2010, the Government respectfully submits copies of letters that it submitted to the Court during the course of trial in the above–referenced matter. These include: Government letter of 11/5/09 regarding computer evidence that the Government seeks to introduce at trial; Government letter of 11/9/09 regarding William Foster's motion to preclude the testimony of Government witness Stanley Gruber; Government letter of 11/12/09 regarding William Foster's motion to preclude the testimony of Government witness Steven May; Government letter of 11/17/09 regarding copies of Government Exhibits under consideration by the Court; and Government letter of 11/18/09 regarding the scope of testimony of potential defense witnesses to be called by Irving Stitsky. (bw) (Entered: 03/19/2010) |
| 04/16/2010 | <u>272</u> | ENDORSED LETTER: As to Mark Alan Shapiro, addressed to Judge Kimba Wood from Janet Mace dated 4/13/2010 re: Due to the fact that counsel for defense Mr. Ginsberg being out of the office on medical leave we ask that the sentencing in this |

| | | |
|---|---|---|
| | | matter scheduled for April 29, 2010 be adjourned for 60 days. ENDORSEMENT: Sentencing is adjourned to Friday June 18 at 11:00 a.m. Defendant's submission is due June 4, and the Government's response is due June 11. (Signed by Judge Kimba M. Wood on 4/16/2010)(dnd) (Entered: 04/16/2010) |
| 05/05/2010 | 274 | OPINION AND ORDER: #98933 Denying 254 Motion for Acquittal as to Mark Alan Shapiro (1); denying 261 Motion for Acquittal as to William B. Foster (3); denying 261 Motion for New Trial as to William B. Foster (3). The defendants, Mark Alan Shapiro, Irving Stitsky, and William B. Foster, move, pursuant to Rule 29 of the Federal Rules of Criminal Procedure, for a judgment of acquittal following convictions of securities fraud, mail fraud, and wire fraud, and ofconspiracy to commit these crimes. Defendant Foster also moves, pursuant to Rule 33 of the Federal Rules of Criminal Procedure, for a new trial on the ground that certain statements made by the Government during its rebuttal summation were inflammatory and prejudicial. For the reasons stated above, Defendants' motions for a judgment of acquittal pursuant to Rule 29 are DENIED, and the motions by Defendants Foster and Stitsky for a new trial pursuant to Rule 33 are DENIED. SO ORDERED. (Signed by Judge Kimba M. Wood on 5/5/2010) (dnd) Modified on 5/12/2010 (ajc). (Entered: 05/05/2010) |
| 06/01/2010 | 275 | ENDORSED LETTER: As to Mark Alan Shapiro addressed to Judge Kimba Wood from Jesse M. Siegel dated 5/28/2010 re: Defense counsel writes to inform the court that the Government has agreed to an adjournment of the sentencing in this matter provided there is a clarification of an issue in our original letter... ENDORSEMENT: Sentencing is adjourned to Wednesday, July 7, 2010 at 10:00 a.m. Defendant's submission is due June 16. Government response is due June 23, 2010. (Signed by Judge Kimba M. Wood on 6/1/2010)(dnd) (Entered: 06/01/2010) |
| 06/03/2010 | 277 | ENDORSED LETTER: As to Mark Alan Shapiro addressed to Judge Kimba Wood from Lee Ginsberg dated 6/2/2010 re: For the reasons stated in the attached letter defense counsel writes to request a further adjournment of the sentencing of the defendant in this matter. ENDORSEMENT: Sentencing is adjourned to Thursday, July 29, 2010 at 11:00 a.m. Defendant's submission is due July 15, 2010 and Government response is due July 22, 2010. SO ORDERED. (Signed by Judge Kimba M. Wood on 6/3/2010)(dnd) (Entered: 06/03/2010) |
| 06/03/2010 | 278 | ORDER: As to Mark Alan Shapiro. IT IS HEREBY ORDERED, THAT UPON THE APPLICATION OF Lee Ginsberg. Esq., counsel for the defendant Mark Shapiro. counsel be permitted to retain the services of as mental health expert. Dr. Sanford Drob to conduct an examination and evaluation of the defendant to aid counsel in preparing for the sentence in this matter. It is further ordered that Dr. Drob is authorized to expend up to 20 hours of time at his CJA rate of $200/hr. in order to conduct said examination, consult with counsel and prepare any reports that may he required or useful to counsel. SO ORDERED. (Signed by Judge Kimba M. Wood on 6/3/2010)(dnd) (Entered: 06/03/2010) |
| 06/03/2010 | 279 | ORDER: As to Mark Alan Shapiro. IT IS HEREBY ORDERED, THAT UPON THE APPLICATION OF Lee Ginsberg. Esq. that Sanford Drob. Phd. be permitted to visit inmate Mark Shapiro. Reg, # 13354–014 at the MCC or other BOP facility for the purpose at conducting an examination of Mr. Shapiro. SO ORDERED. (Signed by Judge Kimba M. Wood on 6/3/2010)(dnd) (Entered: 06/03/2010) |
| 06/21/2010 | 285 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – SENTENCING MEMORANDUM by William B. Foster as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (Attachments: # 1 Exhibit Exhibit B, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)(Siegel, Jesse) Modified on 6/22/2010 (KA). (Entered: 06/21/2010) |
| 06/22/2010 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 285 as to Defendant(s) Mark Alan Shapiro, Irving Stitsky, William B. Foster: HAS BEEN REJECTED. Note to Attorney Jesse M. Siegel : Other than letters filed under a cover marked Sentencing Memorandum, THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (KA) (Entered: 06/22/2010) |

| 07/19/2010 | 298 | SEALED DOCUMENT placed in vault. (cb) (Entered: 07/19/2010) |
|---|---|---|
| 07/19/2010 | 299 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Marc P. Berger dated 7/19/2010 re: Reschedule Sentencing as to Mark Alan Shapiro and Government's sentencing submission due on September 20, 2010( Sentencing set for 9/24/2010 at 11:00 AM before Judge Kimba M. Wood.)...ENDORSEMENT...Granted. SO ORDERED. (Signed by Judge Kimba M. Wood on 7/19/2010)(jw) (Entered: 07/19/2010) |
| 09/09/2010 | 303 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Wood from Janet C. Mace re: Accordingly, we request that the court extend the time in which we have to submit Mr. Shapiro's sentence submission until Wednesday, September 15, 2010, ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT as to Mark Alan Shapiro. Time excluded from 9/9/2010 until 9/15/2010...ENDORSEMENT...Granted. SO ORDERED. (Signed by Judge Kimba M. Wood on 9/9/2010)(jw) (Entered: 09/09/2010) |
| 09/16/2010 | 304 | ENDORSED LETTER as to Mark Alan Shapiro, addressed to Judge Wood, from Marc P. Berger, AUSA, dated 9/15/2010, re: request adjournment of the sentencing for Mark Alan Shapiro, currently scheduled for 9/29/2010. The Gov't and Mr. Ginsberg propose the following schedule: Defendant's sentencing submission due on 9/29/2010; Government's sentencing submission due on 10/8/2010; and Sentencing on 10/14/2010 at 4 p.m. –– Judge endorsed: Granted. SO ORDERED. ( Dft's submission due by 9/29/2010. Govt's submission due by 10/8/2010. Sentencing set for 10/14/2010 at 04:00 PM before Judge Kimba M. Wood.) (Signed by Judge Kimba M. Wood on 9/16/2010)(ja) (Entered: 09/16/2010) |
| 10/01/2010 | 311 | SENTENCING MEMORANDUM by Mark Alan Shapiro. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Ginsberg, Lee) (Entered: 10/01/2010) |
| 10/05/2010 | 315 | Letter by William B. Foster as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Kimba M. Wood from Jesse M. Siegel dated 9/20/2010 re: Counsel writes in connection with Mr. Foster's sentencing scheduled for 9/22/2010 at 2:00 PM. (ab) (Entered: 10/05/2010) |
| 10/06/2010 | 316 | JUDICIAL RECOMMENDATION AND ORDER as to Mark Alan Shapiro. RECOMMENDED, pursuant to FRCrP 38(b)(2) to the BOPs that Irving Stitsky, ID# 57309–053 remain in the MDC in Brooklyn, NY until all his appellate briefs are filed in the US Court of Appeals for the Second Circuit in order to assist in the filing of his appellate briefs, and it is hereby further ORDERED that counsel for Irving Stitsky will notify BOP immediately once all the appellate briefs have been filed in the US Court of Appeals for the Second Circuit. (Signed by Judge Kimba M. Wood on 10/6/2010)(ja) (Entered: 10/06/2010) |
| 10/08/2010 | 318 | SENTENCING MEMORANDUM by USA as to Mark Alan Shapiro. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Berger, Marc) (Entered: 10/08/2010) |
| 10/13/2010 | 320 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Kimba M. Wood from Attorney Lee Ginsberg dated October 13, 2010 re: submitted to request a brief adjournment of Mr. Shapiro's sentence hearing which is scheduled for October 14, 2010 at 4:00 p.m. ENDORSEMENT: Sentencing is adjourned to Thursday, October 21 at 11:00 a.m. (Signed by Judge Kimba M. Wood on 10/13/2010)(bw) (Entered: 10/13/2010) |
| 10/19/2010 | 321 | SENTENCING MEMORANDUM as to Mark Alan Shapiro. (ja) (Entered: 10/21/2010) |
| 10/21/2010 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Sentencing held on 10/21/2010 for Mark Alan Shapiro (1) Count 1s,2s−3s,4s,5s. Defendant Mark Alan Shapiro is present with his attorney Lee Ginsberg. AUSA Marc Berger is present. Court reporter is present. The defendant is sentenced to 60 months on Count 1 and 240 months on each of Counts 2, 3, 4 and 5, all to run consecutively, for a total of 1,020 months (85 years). The Court imposes 3 years of supervised release on each of Counts 1 through 5, all to run concurrently. The standard and mandatory conditions of supervised release apply, along with the following special conditions: The defendant shall provide the probation officer with access to any requested financial information. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance |

| | | |
|---|---|---|
| | | with the installment payment schedule. The defendant will participate in an alcohol aftercare treatment program under a co–payment plan, which may testing via breathalyzer at the direction and discretion of the probation officer. The defendant shall submit his person, residence, place of business, vehicle, or any other premises under his control to a search, on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of the release may be found. The search must be conducted at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to search pursuant to this condition. The defendant is to report to the nearest Probation Office within 72 hours of release from custody. The defendant shall be supervised by the district of his residence. The special assessment of $500 is due immediately. The Court Orders Restitution in the amount of $22,075,631. The defendant shall forfeit $23,152,235. Restitution shall be made payable to the Clerk, U.S. District Court, for disbursement to the victims. The defendant shall make restitution except that no further payment shall be required after the sum of the amounts actually paid by all defendants has fully covered compensable injury. Restitution shall be paid in monthly installments of 15% of gross monthly income. The Court recommends to the Bureau of Prisons that the defendant be imprisoned as close to the Northeast Region as possible, specifically Connecticut, so that his family may visit him. The Court also recommends that the defendant be placed in a substance abuse program, in light of his prior alcohol abuse. The underlying indictment is dismissed on motion of the Government. The defendant's appeal rights are read. The defendant is remanded. (jw); Modified on 10/26/2010 (bw). (Entered: 10/25/2010) |
| 10/25/2010 | 322 | ORDER OF FORFEITURE As to Specific Property/Final Order of Forfeiture as to Defendant Mark Alan Shapiro Interest in Property. NOW, THEREFORE, IT IS ORDERED, ADJOURNED AND DECREED THAT: 1. As a result of the offenses charged in Counts One through Five of the Indictment, which the defendant was foundguilty of, a forfeiture money judgment in the amount of $23,152,235 in US Currency shall be entered against the defendant. 2. All of the defendant's right, title and interest the Specific Properties is hereby forfeited to the United States for disposition in accordance with the law, subject to theprovisions of Title 21, United States Code, Section 853(n). (Signed by Judge Kimba M. Wood on 10/21/2010)(jw) (Entered: 10/25/2010) |
| 10/25/2010 | 323 | ORDER OF RESTITUTION as to Mark Alan Shapiro. NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that MARK ALAN SHAPIRO, the defendant, shall make restitution as follows: 1. The defendant shall make payments in the amount often percent of his gross monthly income, with payments to begin within thirty days of the date of judgment. 2. All restitution payments made by the defendant shall be payable to the Clerk of the Court, Southern District of New York, to be distributed, on a pro rata basis, to the victims identified in attached Attachment At in the amounts identified on each such schedule. (Signed by Judge Kimba M. Wood on 10/21/2010)(jw) (Entered: 10/25/2010) |
| 10/25/2010 | | DISMISSAL OF COUNTS on Government Motion as to Mark Alan Shapiro (1) Count 1,2. (jw) (Entered: 10/25/2010) |
| 10/25/2010 | 324 | FILED JUDGMENT IN A CRIMINAL CASE as to Mark Alan Shapiro (1), Count(s) 1, 2, Underlying Indictment count is dismissed on the motion of the US; Found guilty to Count(s) 1s, Imprisonment for a total term of 60 Months on Count 1 and 240 months on each of counts 2, 3,4, and 5, all to run consecutively, for a total of 1,020 months (85 years). Supervised release for a term of 3 years on each of Counts 1 through 5, all to run concurrently.; Found guilty to Count(s) 2s–3s, Imprisonment for a total term of 60 Months on Count 1 and 240 months on each of counts 2, 3,4, and 5, all to run consecutively, for a total of 1,020 months (85 years). Supervised release for a term of 3 years on each of Counts 1 through 5, all to run concurrently.; Count(s) 4s, Imprisonment for a total term of 60 Months on Count 1 and 240 months on each of counts 2, 3,4, and 5, all to run consecutively, for a total of 1,020 months (85 years). Supervised release for a term of 3 years on each of Counts 1 through 5, all to run concurrently.; Found guilty to Count(s) 5s, Imprisonment for a total term of 60 Months on Count 1 and 240 months on each of counts 2, 3,4, and 5, all to run consecutively, for a total of 1,020 months (85 years). Supervised release for a term of 3 years on each of Counts 1 through 5, all to run concurrently. The court makes the following |

| | | |
|---|---|---|
| | | recommendations to the Bureau of Prisons:That the defendant be imprisoned as close to the Northeast Region as possible, specifically Connecticut, so that his family may visit him. The Court also recommends that the defendant be placed in a substance abuse program, in light of his prior alcohol abuse. Special Assessment of $500 which is due immediately. Restitution of $22,075,631. Restitution shall be paid in monthly installments of 15% of gross monthly income. (Signed by Judge Kimba M. Wood on 10/25/10)(jw) (Entered: 10/25/2010) |
| 10/28/2010 | 326 | JUDICIAL RECOMMENDATION AND ORDER as to (06–Cr–357–01) Mark Alan Shapiro. Upon application of counsel for Mark Shapiro, it is hereby RECOMMENDED pursuant to Federal Rule of Criminal Procedure 38(b)(2) to the Bureau of Prisons ("BOP") that Mark Shapiro, ID# 13354–014 remain in the Metropolitan Correctional Center in NY, NY until all his appellate briefs are filed in the United States Court of Appeals for the Second Circuit in order to assist in the filing of his appellate briefs, and it is further ORDERED that counsel for Mark Shapiro will notify BOP immediately once all the appellate briefs have been filed in the United States Court of Appeals for the Second Circuit. SO ORDERED. (Signed by Judge Kimba M. Wood on 10/27/2010)(bw) (Entered: 10/28/2010) |
| 10/28/2010 | 327 | NOTICE OF APPEAL by Mark Alan Shapiro from 324 Judgment. (CJA) (nd) (Entered: 10/29/2010) |
| 10/29/2010 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Mark Alan Shapiro to US Court of Appeals re: 327 Notice of Appeal – Final Judgment. (nd) (Entered: 10/29/2010) |
| 10/29/2010 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Mark Alan Shapiro re: 91 Response in Support of Motion, 139 Answer, 51 Endorsed Letter, 324 Judgment,,,,,,,, 81 Notice of Attorney Appearance – Defendant, 58 Endorsed Letter,, 119 Order,, 125 Endorsed Letter, Set Deadlines/Hearings,,,, 244 Order,,, 326 Order,, 174 Order,, 100 Order,,, 63 Notice of Attorney Appearance – Defendant, 93 Memorandum in Opposition to Motion, 316 Order,, 69 Endorsed Letter, 128 Endorsed Letter, 158 Notice of Attorney Appearance – Defendant, 135 Order, 111 Endorsed Letter, 155 Order,,,, 220 Order,,,, 162 Notice of Attorney Appearance – USA, 277 Endorsed Letter, Set Hearings,, 88 MOTION to Suppress., 19 MOTION for Martin K. Leppo to Appear Pro Hac Vice., 212 Order, 140 Order, 262 Endorsed Letter,,, 196 Order to Continue – Interest of Justice, Set Deadlines/Hearings,,,,,,,, 82 Notice of Attorney Appearance – Defendant, 16 Indictment, 327 Notice of Appeal – Final Judgment, 152 Order,,,, 170 Endorsed Letter, Set Hearings,,,, 87 Status Report, 116 Endorsed Letter, Set Deadlines/Hearings,,,,,, 97 Response, 46 Order,, 122 Endorsed Letter,, 65 Endorsed Letter, 28 Order, 101 Memorandum in Opposition to Motion, 106 Reply Affirmation in Support of Motion, 68 Order, 99 Reply to Response to Motion, 223 Endorsed Letter,, 92 Declaration in Opposition to Motion, 143 Order, Set Deadlines/Hearings,,,, 44 Endorsed Letter,, 89 Answer, 254 MOTION for Acquittal., 217 Endorsed Letter,, 188 Notice (Other), 66 Endorsed Letter, 208 Endorsed Letter,, 153 Stipulation and Order, 129 Endorsed Letter,, 102 Declaration in Opposition to Motion, 255 Order, Set Deadlines/Hearings,,,, 195 Notice of Attorney Appearance – USA, 126 Order,, 260 Memorandum in Opposition to Motion, 165 Order,,,,,,,,,, 85 Order, Set Deadlines/Hearings,, 185 Endorsed Letter, 73 Order, 219 Endorsed Letter,, 278 Order,, 41 Order, 192 Order, 157 Order,,, 258 Endorsed Letter, Set Deadlines/Hearings,, 48 Endorsed Letter, 311 Sentencing Memorandum, 168 Endorsed Letter, 142 Order,,,, 323 Order,, 275 Endorsed Letter, Set Deadlines/Hearings,,,, 214 Order,, 171 Order, 36 Endorsed Letter, 215 Endorsed Letter,, 199 Endorsed Letter,, 198 Indictment, 131 Notice (Other), 322 Order for Forfeiture of Property,, 83 Endorsed Letter, 33 MOTION for Martin K. Leppo, Esquire to Withdraw as Attorney *for Mark Alan Shapiro*., 72 Order,, 133 Endorsed Letter, Set Deadlines/Hearings,,,, 110 Response, 187 Order, Set Deadlines/Hearings,,,,,,,, 136 Endorsed Letter,,, 59 Notice of Attorney Appearance – USA, 137 Order, 303 Endorsed Letter, Order to Continue – Speedy Trial,, 205 Order,, 90 Endorsed Letter, Set Deadlines/Hearings,, 113 Order,,,, 53 Endorsed Letter, 251 Endorsed Letter, Set Deadlines/Hearings,, 141 Order, Set Deadlines/Hearings,, 105 Reply Affirmation in Support of Motion, 118 Order,, 274 Order on Motion for Acquittal, Order on Motion for New Trial,,,,,,,,,,,, 209 Order, 272 Endorsed Letter, Set Hearings,,,, 26 Endorsed Letter, 299 Endorsed Letter, Set Deadlines/Hearings,, 62 Notice of Attorney Appearance – Defendant, 39 Endorsed |

| | | |
|---|---|---|
| | | Letter, Set Deadlines/Hearings,, 159 MOTION to Quash *Subpoena Duces Tecum*., 186 Notice (Other), Notice (Other), 35 Endorsed Letter, 279 Order, 245 Endorsed Letter,,, 164 Order,,,,,,,, 163 Order, Order to Continue – Speedy Trial,, 200 Order, Set Deadlines/Hearings,,,, 80 Endorsed Letter, Set Deadlines/Hearings,, 190 Endorsed Letter,, 318 Sentencing Memorandum, 160 Memo Endorsement, 86 Order, Set Deadlines/Hearings,,,,,,, 175 Endorsed Letter, Set Deadlines/Hearings,,,,,, 202 Order,,,,,, 320 Endorsed Letter, Set Deadlines/Hearings,, 201 MOTION in Limine *TO STRIKE SURPLUSAGE AND PRECLUDE EVIDENCE.*, 304 Endorsed Letter, Set Deadlines/Hearings,,,, 50 Order, 79 Order, Set Deadlines/Hearings,,,,, 132 Notice (Other), Order (Other), 23 Memo Endorsement, 76 Order, 213 Endorsed Letter,,,, 224 Endorsed Letter,, 213 Order, 117 Order on Motion for Confidentiality,, were transmitted to the U.S. Court of Appeals. (nd) (Entered: 10/29/2010) |
| 11/05/2010 | 328 | Letter by USA as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Kimba M. Wood from Wendy Olsen Clancy dated 6/17/2010 re: The Government writes to submit twenty Victim Impact Statements. (ab) (Entered: 11/05/2010) |
| 11/17/2010 | 329 | TRANSCRIPT of Proceedings as to Mark Alan Shapiro held on 10/21/2010 before Judge Kimba M. Wood. (dnd) (Entered: 11/17/2010) |
| 04/22/2014 | 336 | MANDATE of USCA (certified copy) as to Mark Alan Shapiro, Irving Stitsky re: 327 Notice of Appeal, 295 Notice of Appeal – Final Judgment, USCA Case Number 10–2767–cr(L); 10–4426–cr(con). Upon due consideration, it is hereby ordered, adjudged, and decreed that the judgments entered on July 7, 2010 and October 25, 2010 are AFFIRMED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit, Clerk USCA. Issued As Mandate: 04/22/2014. (nd) (Entered: 04/22/2014) |
| 05/03/2014 | 337 | NOTICE OF ATTORNEY APPEARANCE Emil Joseph Bove, III appearing for USA. (Bove, Emil) (Entered: 05/03/2014) |
| 09/03/2015 | 338 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Katherine Alfieri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–11349976. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mark Alan Shapiro as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (Attachments: # 1 Text of Proposed Order)(Alfieri, Katherine) Modified on 9/3/2015 (wb). (Entered: 09/03/2015) |
| 09/03/2015 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice as to Mark Alan Shapiro, Irving Stitsky, William B. Foster to RE–FILE Document No. 338 MOTION for Katherine Alfieri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–11349976. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Corrected Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** (Entered: 09/03/2015) |
| 09/03/2015 | 339 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION to Amend/Correct. , MOTION for Katherine A. Alfieri to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mark Alan Shapiro as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (Attachments: # 1 Exhibit certificate of standing, # 2 Exhibit order)(Alfieri, Katherine) Modified on 9/3/2015 (sdi). (Entered: 09/03/2015) |
| 09/03/2015 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice as to Mark Alan Shapiro, Irving Stitsky, William B. Foster to RE–FILE Document No. 339 MOTION to Amend/Correct. MOTION for Katherine A. Alfieri to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): the wrong event type was used to file the motion; missing Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Corrected Motion to Appear Pro Hac Vice using the event type Motion to Appear Pro Hac Vice found under the event list Motions – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (sdi)** (Entered: |

| | | |
|---|---|---|
| | | 09/03/2015) |
| 09/03/2015 | 340 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Ethan Atticus Balogh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–11350960. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mark Alan Shapiro. (Attachments: # 1 Text of Proposed Order)(Balogh, Ethan) Modified on 9/3/2015 (sdi). (Entered: 09/03/2015) |
| 09/03/2015 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice as to Mark Alan Shapiro, Irving Stitsky, William B. Foster to RE–FILE Document No. 340 MOTION for Ethan Atticus Balogh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–11350960. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Corrected Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (sdi)** (Entered: 09/03/2015) |
| 09/14/2015 | 341 | AMENDED MOTION for Ethan Atticus Balogh to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mark Alan Shapiro. (Attachments: # 1 Text of Proposed Order)(Balogh, Ethan) (Entered: 09/14/2015) |
| 09/14/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 341 AMENDED MOTION for Ethan Atticus Balogh to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 09/14/2015) |
| 09/14/2015 | 342 | AMENDED MOTION for Katherine A. Alfieri to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mark Alan Shapiro. (Attachments: # 1 Exhibit certificate, # 2 Exhibit order)(Alfieri, Katherine) (Entered: 09/14/2015) |
| 09/14/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 342 AMENDED MOTION for Katherine A. Alfieri to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 09/14/2015) |
| 09/18/2015 | 343 | ORDER FOR ADMISSION PRO HAC VICE as to Mark Alan Shapiro. Applicant is admitted to practice Pro Hae Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Kimba M. Wood on 9/18/2015)(ft) (Entered: 09/18/2015) |
| 09/18/2015 | 344 | ORDER FOR ADMISSION PRO HAC VICE as to Mark Alan Shapiro. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Kimba M. Wood on 9/18/2015)(ft) (Entered: 09/18/2015) |
| 09/29/2015 | 345 | MOTION to Vacate under 28 U.S.C. 2255 Document filed by Mark Alan Shapiro as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B 1 of 2, # 4 Exhibit B 2 of 2, # 5 Exhibit C–E, # 6 Exhibit F 1 of 2, # 7 Exhibit F 2 of 2, # 8 Exhibit G–J, # 9 Exhibit K–M, # 10 Exhibit N–R, # 11 Exhibit S, # 12 Exhibit T–W, # 13 Exhibit X–AA, # 14 Exhibit BB 1 of 2, # 15 Exhibit BB 2 of 2, # 16 Exhibit CC, # 17 Exhibit DD 1 of 2, # 18 Exhibit DD 2 of 2, # 19 Exhibit EE, # 20 Exhibit FF 1 of 2, # 21 Exhibit FF 2 of 2, # 22 Exhibit GG–HH, # 23 Exhibit II, # 24 Exhibit JJ, # 25 Exhibit KK 1 of 3, # 26 Exhibit KK 2 of 3, # 27 Exhibit KK 3 of 3, # 28 Exhibit LL 1 of 3, # 29 Exhibit LL 2 of 3, # 30 Exhibit LL 3 of 3, # 31 Exhibit MM–QQ, # 32 Exhibit RR, # 33 Exhibit SS, # 34 Exhibit TT, # 35 Exhibit UU–XX, # 36 Exhibit YY–ZZ, # 37 Exhibit AAA 1 of 2, # 38 Exhibit AAA 2 of 2, # 39 Exhibit BBB–DDD, # 40 Exhibit EEE 1 of 27, # 41 |

| | | |
|---|---|---|
| | | Exhibit EEE 2 of 27, # 42 Exhibit EEE 3A of 27, # 43 Exhibit EEE 3B of 27, # 44 Exhibit EEE 4 of 27, # 45 Exhibit EEE 5 of 27, # 46 Exhibit EEE 6 of 27, # 47 Exhibit EEE 7 of 27, # 48 Exhibit EEE 8 of 27, # 49 Exhibit EEE 9 of 27, # 50 Exhibit EEE 10 of 27, # 51 Exhibit EEE 11 of 27, # 52 Exhibit EEE 12 of 27, # 53 Exhibit EEE 13 of 27, # 54 Exhibit EEE 14 of 27, # 55 Exhibit EEE 15 of 27, # 56 Exhibit EEE 16 of 27, # 57 Exhibit EEE 17 of 27, # 58 Exhibit EEE 18 of 27, # 59 Exhibit EEE 19 of 27, # 60 Exhibit EEE 20 of 27, # 61 Exhibit EEE 21 of 27, # 62 Exhibit EEE 22 of 27, # 63 Exhibit EEE 23 of 27, # 64 Exhibit EEE 24 of 27, # 65 Exhibit EEE 25 of 27, # 66 Exhibit EEE 26 of 27, # 67 Exhibit EEE 27 of 27, # 68 Exhibit FFF 1 of 22, # 69 Exhibit FFF 2 of 22, # 70 Exhibit FFF 3 of 22, # 71 Exhibit FFF 4 of 22, # 72 Exhibit FFF 5 of 22, # 73 Exhibit FFF 6 of 22, # 74 Exhibit FFF 7 of 22, # 75 Exhibit FFF 8 of 22, # 76 Exhibit FFF 9 of 22, # 77 Exhibit FFF 10 of 22, # 78 Exhibit FFF 11 of 22, # 79 Exhibit FFF 12 of 22, # 80 Exhibit FFF 13 of 22, # 81 Exhibit FFF 14 of 22, # 82 Exhibit FFF 15 of 22, # 83 Exhibit FFF 16 of 22, # 84 Exhibit FFF 17 of 22, # 85 Exhibit FFF 18 of 22, # 86 Exhibit FFF 19 of 22, # 87 Exhibit FFF 20 of 22, # 88 Exhibit FFF 21 of 22, # 89 Exhibit FFF 22 of 22, # 90 Exhibit GGG 1 of 6, # 91 Exhibit GGG 2 of 6, # 92 Exhibit GGG 3 of 6, # 93 Exhibit GGG 4 of 6, # 94 Exhibit GGG 5 of 6, # 95 Exhibit GGG 6 of 6, # 96 Exhibit HHH)(Alfieri, Katherine) (Entered: 09/29/2015) |
| 09/29/2015 | 346 | MEMORANDUM in Support by Mark Alan Shapiro as to Mark Alan Shapiro, Irving Stitsky, William B. Foster re 345 MOTION to Vacate under 28 U.S.C. 2255 . (Alfieri, Katherine) (Entered: 09/29/2015) |
| 10/01/2015 | 348 | MOTION to Vacate under 28 U.S.C. 2255 Document filed by Irving Stitsky as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (Attachments: # 1 Attachment to 2255 Motion, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Lewin, Nathan) (Entered: 10/01/2015) |
| 10/07/2015 | 349 | ORDER as to (06–Cr–357–01) Mark Alan Shapiro. Petitioner Mark Alan Shapiro filed on October 5, 2015, a motion pursuant to 28 U.S.C. §2255. The Court requires responses from the United States Attorney's office and defense counsel, Lee Alan Ginsberg, by December 6, 2015. If any of these dates present difficulties for counsel, the Court is amenable to enlarging the deadlines. Defense counsel is ordered to serve two copies of the motion on the United States Attorney's office, and one copy on Mr. Ginsberg, by October 13, 2015. SO ORDERED. (Signed by Judge Kimba M. Wood on 10/7/2015) [*** NOTE: Also docketed in related Civil Case 15–CV–7891(KMW), doc.#2. ***] (bw) (Entered: 10/07/2015) |
| 10/23/2015 | 352 | LETTER by Mark Alan Shapiro addressed to Judge Kimba M. Wood from Ethan A. Balogh dated 10/23/2015 re: Request for Pre–Motions Conference, or in the alternative, for briefing schedule (Balogh, Ethan) (Entered: 10/23/2015) |
| 10/27/2015 | 353 | NOTICE OF ATTORNEY APPEARANCE Jilan Janet Kamal appearing for USA. (Kamal, Jilan) (Entered: 10/27/2015) |
| 10/28/2015 | 354 | **FILING ERROR – DUPLICATE DOCKET ENTRY NOTICE OF ATTORNEY APPEARANCE Jilan Janet Kamal appearing for USA. (Kamal, Jilan) Modified on 10/28/2015 (ka). (Entered: 10/28/2015)** |
| 10/28/2015 | | **\*\*\*NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 354 , as to USA HAS BEEN REJECTED. THIS IS A DUPLICATED DOCUMENT. Note to Attorney Jilan Janet Kamal : This is a Duplicate Document. Do Not Re–File. (ka)** (Entered: 10/28/2015) |
| 11/11/2015 | 359 | ENDORSED LETTER as to (06–Cr–357–01) Mark Alan Shapiro addressed to Judge Kimba M. Wood from Attorney Ethan A. Balogh dated October 23, 2015 re: Pursuant to your Individual Rules of Practice and the directive of your clerk, we write to request the scheduling of a Pre–Motion Conference, or in the alternative, for a briefing schedule to address the Order the Court issued at ECF No. 349. That Order directs the United States and trial counsel Lee Ginsberg to respond to Mr. Shapiro's 28 U.S.C. § 2255 motion by December 16, 2015. Because Mr. Ginsberg's response implicates the attorney–client privilege, we believe it appropriate that Mr. Ginsberg be directed to present his response to the Court under seal, and ex parte so as to permit Mr. Shapiro to review, and if appropriate, object to the disclosure of all or some of Mr. Ginsberg's disclosures as outside the scope of the implied waiver of privilege occasioned by his section 2255 motion. ENDORSEMENT: No briefing is necessary re: whether the |

| | | |
|---|---|---|
| | | Court should adopt the Bittaker approach. The Court hereby adopts that approach. Mr. Ginsberg's response is due November 19, 2015, and will be maintained under seal, ex parte, during review by the Court and Mr. Shapiro, prior to release of any portions of it to the Government. Any objections by Mr. Shapiro to release of portions of Mr. Ginberg Response are due December 2, 2015. SO ORDERED: (Signed by Judge Kimba M. Wood on 11/11/2015) [*** NOTE: Also docketed in related Civil Case 15–Cv–7891(KMW), doc.#4. ***] (bw) (Entered: 11/12/2015) |
| 11/16/2015 | 361 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** LETTER MOTION addressed to Judge Kimba M. Wood from Lee Ginsberg dated 11/16/2015 re: Response letter . Document filed by Mark Alan Shapiro. (Ginsberg, Lee) Modified on 11/16/2015 (ka). (Entered: 11/16/2015) |
| 11/16/2015 | | **NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR as to Mark Alan Shapiro: Notice to Attorney Lee Alan Ginsberg to RE–FILE Document 361 LETTER MOTION addressed to Judge Kimba M. Wood from Lee Ginsberg dated 11/16/2015 re: Response letter. Use the event type Letter found under the event list Other Documents. (ka)** (Entered: 11/16/2015) |
| 11/16/2015 | 362 | LETTER by Mark Alan Shapiro addressed to Judge Kimba M. Wood from Lee Ginsberg dated 11/16/2014 (Ginsberg, Lee) (Entered: 11/16/2015) |
| 11/17/2015 | 364 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Kimba M. Wood from Lee Ginsberg dated 11/16/2015 re: To request that the Court permit me to file my response on or before November 30, 2015, which is the Monday after Thanksgiving...ENDORSEMENT: Granted. SO ORDERED. (Signed by Judge Kimba M. Wood on 11/17/15)(jw) (Entered: 11/17/2015) |
| 11/18/2015 | 365 | LETTER MOTION addressed to Judge Kimba M. Wood from Ethan A. Balogh dated 11/18/2015 re: Request to extend time by 11 days for Mr. Shapiro to file his response (Balogh, Ethan) (Entered: 11/18/2015) |
| 11/19/2015 | 366 | MEMO ENDORSEMENT as to Mark Alan Shapiro on re: 365 Letter filed by Mark Alan Shapiro. ENDORSEMENT: Granted. (Signed by Judge Kimba M. Wood on 11/19/2015)(ft) (Entered: 11/19/2015) |
| 11/19/2015 | | Set/Reset Deadlines/Hearings as to Mark Alan Shapiro: Responses due by 12/13/2015. (ft) (Entered: 11/19/2015) |
| 12/02/2015 | 367 | LETTER MOTION addressed to Judge Kimba M. Wood from AUSA Jilan Kamal dated 12/2/2015 re: Deadline Extension . Document filed by USA as to Mark Alan Shapiro. (Kamal, Jilan) (Entered: 12/02/2015) |
| 12/03/2015 | 368 | MEMO ENDORSEMENT granting 367 LETTER MOTION as to Mark Alan Shapiro (1). ENDORSEMENT: SO ORDERED. (Signed by Judge Kimba M. Wood on 12/3/2015) (ft) (Entered: 12/03/2015) |
| 12/09/2015 | 369 | LETTER by Mark Alan Shapiro addressed to Judge Kimba M. Wood from Ethan A. Balogh dated 12/09/2015 re: disclosure of Lee Ginsberg's Affidavit to counsel for the Government (Balogh, Ethan) (Entered: 12/09/2015) |
| 01/11/2016 | 373 | LETTER by Mark Alan Shapiro addressed to Judge Kimba M. Wood from Ethan A. Balogh dated January 11, 2016 re: Trial Counsel's Response to Section 2255 Motion (Balogh, Ethan) (Entered: 01/11/2016) |
| 01/11/2016 | 374 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Kimba M. Wood from Ethan A. Balogh dated 1/11/2016 re: To request an Order directing movant Mark Shapiro to serve upon the Government a copy of trial counsel Lee Ginsberg's response to Mr. Shapiro's section 2255 motion, and to set forth a further briefing schedule. Mr. Shapiro proposes, and respectfully requests, that upon receipt of the Government's presentation, the parties meet and confer to address (1) any factual disputes, including whether those disputes discovery, an evidentiary hearing, or other action, and (2) the scheduling of Mr. Shapiro's reply brief, and to present to theCourt a proposed schedule within 30 days...ENDORSEMENT: Granted. SO ORDERED. Refer to 15 cv 7891 (Signed by Judge Kimba M. Wood on 1/11/16)(jw) (Entered: 01/12/2016) |
| 03/04/2016 | 381 | ENDORSED LETTER as to Mark Alan Shapiro addressed to Judge Kimba M. Wood from Jilian Kamal dated 3/2/2016 re: To request for an enlargement of the deadline |

| | | |
|---|---|---|
| | | since its receipt of trial counsel's affidavit. The deadline proposed is March 21, 2016....ENDORSEMENT: Granted. SO ORDERED. Refer to 15cv7891. (Signed by Judge Kimba M. Wood on 3/3/2016)(jw) (Entered: 03/04/2016) |
| 03/21/2016 | 382 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MEMORANDUM in Opposition by USA as to Mark Alan Shapiro re 345 MOTION to Vacate under 28 U.S.C. 2255 . (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit)(Kamal, Jilan) Modified on 3/22/2016 (ka). (Entered: 03/21/2016) |
| 03/21/2016 | 383 | MEMORANDUM in Opposition by USA as to Mark Alan Shapiro re 345 MOTION to Vacate under 28 U.S.C. 2255 . (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit)(Kamal, Jilan) (Entered: 03/21/2016) |
| 03/22/2016 | | **NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR as to Mark Alan Shapiro: Notice to Attorney Jilan Janet Kamal to RE–FILE Document 382 Memorandum in Opposition to Motion. Use the event type Sentencing Submission found under the event list Other Documents. (ka)** (Entered: 03/22/2016) |
| 04/20/2016 | 385 | LETTER MOTION addressed to Judge Kimba M. Wood from Ethan A. Balogh dated April 20, 2016 re: Scheduling . Document filed by Mark Alan Shapiro. (Balogh, Ethan) (Entered: 04/20/2016) |
| 04/20/2016 | 386 | MOTION for Discovery *DEFENDANT/MOVANT MARK SHAPIRO'S MOTION FOR SPECIFIC DISCOVERY*. Document filed by Mark Alan Shapiro. (Balogh, Ethan) (Entered: 04/20/2016) |
| 04/20/2016 | 387 | MOTION for Discovery *DEFENDANT/MOVANT MARK SHAPIRO'S MOTION FOR ISSUANCE OF DEPOSITION SUBPOENA TO TRIAL COUNSEL LEE GINSBERG, ESQ*. Document filed by Mark Alan Shapiro. (Balogh, Ethan) (Entered: 04/20/2016) |
| 05/05/2016 | 388 | LETTER by USA as to Mark Alan Shapiro addressed to Judge Kimba M. Wood from AUSA Kamal dated May 5, 2016 re: Def Ltr of April 20, 2016 Document filed by USA. (Kamal, Jilan) (Entered: 05/05/2016) |
| 05/09/2016 | 389 | REPLY TO RESPONSE to Motion by Mark Alan Shapiro re 387 MOTION for Discovery *DEFENDANT/MOVANT MARK SHAPIRO'S MOTION FOR ISSUANCE OF DEPOSITION SUBPOENA TO TRIAL COUNSEL LEE GINSBERG, ESQ*., 386 MOTION for Discovery *DEFENDANT/MOVANT MARK SHAPIRO'S MOTION FOR SPECIFIC DISCOVERY*.. (Balogh, Ethan) (Entered: 05/09/2016) |
| 07/12/2016 | | **\*\*\*DELETED DOCUMENT. Deleted document number 390. ORDER OF REFERENCE TO MAGISTRATE JUDGE COTT, as to Mark Alan Shapiro (1). The document was incorrectly filed in this case. (bw)** (Entered: 07/14/2016) |
| 06/23/2017 | 390 | JOINT LETTER MOTION addressed to Judge Kimba M. Wood from Ethan A. Balogh dated June 23, 2017 re: Hearing on Ruling on Shapiro Discovery Motions; Unsealing of Kelleher Affidavit in Stitsky Case . Document filed by Mark Alan Shapiro as to Mark Alan Shapiro, Irving Stitsky, William B. Foster. (Balogh, Ethan) (Entered: 06/23/2017) |
| 08/22/2017 | 391 | ENDORSED LETTER as to Mark Alan Shapiro (1), Irving Stitsky (2) addressed to Judge Kimba M. Wood from Attorney Ethan A. Balogh dated June 23, 2017 re: United States v. Shapiro, Case Nos. 06Cr.357(KMW), 15Cv.7891(KMW); United States v. Stitsky, Case Nos. 06Cr.357(KMW), 15Cv.7889(KMW). With the consent of all parties, we present this Joint Letter to address the status of the above–captioned cases. By this Joint Letter, Mr. Shapiro asks the Court to schedule a hearing, or to otherwise rule on his pending motions for subpoenas and other discovery. The Government joins the request for a ruling but contends that no hearing or discovery is warranted as argued in its papers. In addition, Mr. Stitsky and the Government request that the Court enter an Order unsealing the Kelleher affidavit because the Government will necessarily refer to the affidavit in connection with its opposition to Mr. Stitsky's ineffective assistance of counsel claim. The Government will file its opposition to Mr. |

| | | Stitsky's motion within 14 days of the Court's Order unsealing the Kelleher Affidavit. ENDORSEMENT: Granted. Mr. Stitsky's and the Government's request to unseal the Kelleher affidavit is granted. The Government's opposition to Mr. Stitsky's motion is due Tuesday, September 5, 2017. SO ORDERED: (Signed by Judge Kimba M. Wood on 8/21/2017) [*** NOTE: Also docketed in Civil Cases: 15Cv.7891(KMW), Doc.#13; 15Cv.7889(KMW), Doc.#16. ***] (bw) (Entered: 08/22/2017) |
|---|---|---|
| 08/22/2017 | | Transmission to Sealed Records Clerk: as to Mark Alan Shapiro (1), Irving Stitsky (2). Transmitted re: 391 Endorsed Letter, to the Sealed Records Clerk for the unsealing of document. (bw) (Entered: 08/22/2017) |
| 08/25/2017 | 392 | LETTER by Mark Alan Shapiro addressed to Judge Kimba M. Wood from Ethan A. Balogh dated 8/25/2017 re: Court's Individual Rules of Practice, Rule 2G (Balogh, Ethan) (Entered: 08/25/2017) |
| 11/17/2017 | 395 | ORDER as to Mark Alan Shapiro. This Order concerns Petitioner Mark Alan Shapiro's (i) "Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Judgment and Sentence" (ECF No. 345), (ii) "Motion for Specific Discovery" (ECF No. 386), and (iii) "Motion for Issuance of Deposition Subpoena to Trial Counsel Lee Ginsberg, Esq." (ECF No. 387). Accordingly, Mr. Ginsberg is ordered to produce a copy of the Order to the Court and the parties, or to provide the Court with an affidavit attesting that he is not in possession of a copy of the Order, on or before December 1, 2017. Although Mr. Shapiro has filed a reply brief in support of his discovery motions (ECF No. 389), he has not filed reply papers in support of his § 2255 motion, nor has he sought leave to do so. If Mr. Shapiro wishes to file reply papers in support of his § 2255 motion, he shall doso on or before January 26, 2018. If he does not intend to file reply papers, he shall promptly inform the Court of that decision, no later than January 26, 2018. If Mr. Ginsberg produces a copy of the Order referenced above, the parties may petition the Court for additional briefing to address any issues raised by the content of that Order. Mr. Shapiro's discovery motions may be mooted by the Court's decision on the § 2255 motion. If they are not, the Court will decide the discovery motions, and set new briefing dates for any subsequent § 2255 motion. Refer to 15cv7891 (Signed by Judge Kimba M. Wood on 11/16/17)(jw) (Entered: 11/17/2017) |
| 12/15/2017 | 397 | LETTER by Mark Alan Shapiro as to Mark Alan Shapiro, Irving Stitsky, William B. Foster addressed to Judge Kimba M. Wood from Ethan A. Balogh dated December 15, 2017 re: Extension of Time to Respond to Letter of Court Appointed Receiver Document filed by Mark Alan Shapiro. (Balogh, Ethan) (Entered: 12/15/2017) |
| 12/18/2017 | 398 | ENDORSED LETTER as to Mark Alan Shapiro, Irving Stitsky addressed to Judge Kimba M. Wood from Ethan A. Balogh dated 12/15/17 re: We request that the Court extend the time to inform it of any intended response to Mr. Weintraub's letter until December 22, 2017...ENDORSEMENT: SO ORDERED (Signed by Judge Kimba M. Wood on 12/18/17)(jw) (Entered: 12/18/2017) |
| 01/26/2018 | 399 | REPLY MEMORANDUM OF LAW in Support by Mark Alan Shapiro *Reply Brief in Support of 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Judgment and Sentence*. (Alfieri, Katherine) (Entered: 01/26/2018) |
| 02/09/2018 | 400 | NOTICE of BRIEF OF AMICI CURIAE PAUL G. CASSELL, BENNETT L. GERSHMAN, HAROLD J. KRENT, ARNOLD H. LOEWY, JAMES H. REYNOLDS, RONALD D. ROTUNDA, AND BRETT L. TOLMAN IN SUPPORT OF DEFENDANT/PETITIONERS MOTION PURSUANT TO 28 U.S.C. § 2255 TO VACATE, SET ASIDE OR CORRECT JUDGMENT AND SENTENCE as to Mark Alan Shapiro, Irving Stitsky, William B. Foster (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ifrah, Alain) (Entered: 02/09/2018) |
| 07/10/2018 | 401 | LETTER by Mark Alan Shapiro addressed to Judge Kimba M. Wood from Ethan A. Balogh dated 7/10/2018 re: Individual Rules of Practice 2G (Balogh, Ethan) (Entered: 07/10/2018) |
| 08/07/2018 | 402 | ORDER denying 386 Motion for Discovery as to Mark Alan Shapiro (1); denying 387 Motion for Discovery as to Mark Alan Shapiro (1). Mark Alan Shapiro petitions, pursuant to 28 U.S.C. § 2255, to vacate, set aside, or correctthis judgment and sentence, principally alleging that his trial attorney rendered ineffectiveassistance of counsel. For the reasons stated herein, the Petition is DENIED. The Clerk of Court is directed to terminate the motions at ECF Nos. 345, 386, and 387. (Signed by Judge Kimba M. |

| | | Wood on 8/7/18) (jbo) (Entered: 08/07/2018) |
|---|---|---|
| 09/25/2018 | 403 | MOTION for Jennifer Lynn Naegele to Appear Pro Hac Vice (*filing fee paid in connection with related civil Case No. 1:15−cv−07891−KMW*). **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mark Alan Shapiro. (Naegele, Jennifer) (Entered: 09/25/2018) |
| 09/25/2018 | 404 | **FILING ERROR – ELECTRONIC FILING OF NON−ECF DOCUMENT –** NOTICE of Substitution of Attorney as to Mark Alan Shapiro (Naegele, Jennifer) Modified on 9/26/2018 (ka). (Entered: 09/25/2018) |
| 09/26/2018 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice as to Mark Alan Shapiro, Irving Stitsky, William B. Foster re: Document No. 403 MOTION for Jennifer Lynn Naegele to Appear Pro Hac Vice (*filing fee paid in connection with related civil Case No. 1:15−cv−07891−KMW*). Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): the filing fee was not paid please call 212−805−0800 for assistance.. Pay the filing fee using the event Pro Hac Vice Fee Payment found under the event list Other Documents. (wb) (Entered: 09/26/2018)** |
| 09/26/2018 | | **\*\*\*NOTE TO ATTORNEY TO RE−FILE DOCUMENT − NON−ECF DOCUMENT ERROR. Note to Attorney Naegele, Jennifer as to Mark Alan Shapiro: to E−MAIL Dcument Document No. 404 Consent Order Granting Substitution of Attorney. This document is not filed via ECF. (ka)** (Entered: 09/26/2018) |
| 09/27/2018 | 405 | LETTER MOTION addressed to Judge Kimba M. Wood from Jennifer Naegele dated September 26, 2018 re: 403 MOTION for Jennifer Lynn Naegele to Appear Pro Hac Vice (*filing fee paid in connection with related civil Case No. 1:15−cv−07891−KMW*). **Motion and supporting papers to be reviewed by Clerk's Office staff.** re: Pro Hac Vice Fee . Document filed by Mark Alan Shapiro. (Naegele, Jennifer) (Entered: 09/27/2018) |
| 09/30/2018 | 406 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** NOTICE of Appeal in Civil Habeas Case No. 1:15−cv−07891 as to Mark Alan Shapiro (Naegele, Jennifer) Modified on 10/1/2018 (tp). (Entered: 09/30/2018) |
| 09/30/2018 | 407 | NOTICE OF APPEAL by Mark Alan Shapiro from 402 Order on Motion to Vacate (2255), Order on Motion for Discovery. Filing fee $ 505.00, receipt number 0208−15636954. (*Original Document Entered in Civil Case #15cv7891, Doc. #25*) (tp) (Entered: 10/01/2018) |
| 10/01/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Mark Alan Shapiro to US Court of Appeals re: 407 Notice of Appeal – Final Judgment. (tp) (Entered: 10/01/2018) |
| 10/01/2018 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Mark Alan Shapiro re: 407 Notice of Appeal – Final Judgment, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 10/01/2018) |
| 10/10/2018 | 408 | ORDER as to Mark Alan Shapiro (1) granting 405 LETTER MOTION addressed to Judge Kimba M. Wood from Jennifer Naegele dated September 26, 2018 re: 403 MOTION for Jennifer Lynn Naegele to Appear Pro Hac Vice (filing fee paid in connection with related civil Case No. 1:15−cv−07891−KMW). Granted. SO ORDERED. (Signed by Judge Kimba M. Wood on 10/10/2018) (Docketed in 15cv7891) (ap); [\*\*\* NOTE: Consent Order Granting Substitution Of Attorney signed by Judge Wood on 10/10/2018 attached. \*\*\*] Modified on 10/15/2018 (bw). (Entered: 10/11/2018) |
| 10/10/2018 | | Attorney update in case as to Mark Alan Shapiro (1). Attorney Jennifer Lynn Naegele for Mark Alan Shapiro added. Attorney Katherine Alfieri and Ethan Atticus Balogh terminated. (bw) (Entered: 10/15/2018) |
| 12/11/2020 | 429 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 12/11/2020) |
| 12/11/2020 | 430 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 12/11/2020) |

| 12/11/2020 | 431 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 12/11/2020) |
|---|---|---|
| 12/11/2020 | 432 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 12/11/2020) |
| 12/14/2020 | 435 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 12/14/2020) |
| 01/04/2021 | <u>437</u> | Executive Grant of Clemency by USA as to Mark Alan Shapiro. The President of the United States grants clemency to Mark Shapiro and commutes the prison sentence imposed to TIME SERVED and leaves in place and effect the remaining balance, if any, of the $22,075,631 restitution, the special assessment of $500 and the three−year term of supervised release with all its conditions and all other components of the sentence. (jm) (Entered: 01/04/2021) |
| 01/25/2021 | <u>439</u> | MANDATE of USCA (Certified Copy) as to Mark Alan Shapiro re: <u>407</u> Notice of Appeal. USCA Case Number 20−1048. Appellant, pro se, moves for a certificate of appealability in this appeal and we construe him as also moving to intervene in another appeal, 2d Cir. 18−2902. This Court has determined nostra sponte that Appellant lacks standing to appeal the denial of his co−defendant's 28 U.S.C. § 2255 motion. It is thus hereby ORDERED that this appeal is DISMISSED for lack of jurisdiction. See Spencer v. Casavilla, 44 F.3d 74, 78 (2d Cir. 1994); see also Official Comm. of Unsecured Creditors of WorldCom, Inc. v. SEC, 467 F.3d 73, 7778 (2d Cir. 2006). It is further ORDERED that the motion for a certificate of appealability is DENIED as moot, and the motion to intervene is DENIED. See Floyd v. City of New York, 770 F.3d 1051, 1057 (2d Cir. 2014).. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 01/25/2021. *[This document also entered in case: 15−cv−7891].* (nd) (Entered: 01/25/2021) |
| 03/30/2021 | 441 | SEALED DOCUMENT placed in vault. (jri) (Entered: 03/30/2021) |
| 06/30/2022 | <u>442</u> | JUDICIAL RESPONSE as to Mark Alan Shapiro. THE COURT ORDERS: Transfer of Jurisdiction to the District of Connecticut APPROVED. (Signed by Judge Kimba M. Wood on 6/29/2022) (ap) (Entered: 06/30/2022) |
| 07/07/2022 | <u>443</u> | Supervised Release Jurisdiction Transferred Out to the U.S.D.C. District of Connecticut as to Mark Alan Shapiro. (jw) (Entered: 07/08/2022) |
| 07/07/2022 | | TRANSFER OUT SUPERVISED RELEASE DOCUMENTS SENT as to Mark Alan Shapiro to the U.S.D.C. District of Connecticut. The following documents were emailed out to InterdistrictTransfer_CTD@ctd.uscourts.gov: Transfer of Jurisdiction Form, Indictment, Judicial Response and Docket Sheet on 7/8/2022. (jw) (Entered: 07/08/2022) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    :

        - v.-                             :   S1 06 Cr. 357 (KMW)

                                :

MARK ALAN SHAPIRO,                          :
IRVING STITSKY, and                         :
WILLIAM B. FOSTER,                          :

            Defendants.                     :

- - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
INDICTMENT

## COUNT ONE
**(Conspiracy to Commit Securities Fraud, Mail Fraud,
and Wire Fraud)**

The Grand Jury charges:

### Relevant Persons and Entities

    1.    At all times relevant to this Indictment, Cobalt
Capital Partners I, LLC ("CCP-LLC") was a limited liability
company organized under Delaware law with its principal place of
business in Springfield, Massachusetts.  CCP-LLC was purportedly
designed to promote investment opportunities in the acquisition
and development of multifamily real estate properties throughout
the United States, including the rehabilitation and conversion of
such properties into condominium-hotels.  CCP-LLC raised capital
for its purported operations through sales of securities to
public investors.  Such securities included so-called "Units" of
"Class A Membership Interests" (the "CCP-LLC Units").

    2.    At all times relevant to this Indictment, Cobalt
Multifamily Investors I, LLC ("CMFI") was a limited liability

company organized under Delaware law with its principal place of business in Springfield, Massachusetts. CMFI was purportedly engaged in the acquisition and development of multifamily real estate properties throughout the United States, including the rehabilitation and conversion of such properties into condominium-hotels. CMFI raised capital for its purported operations through sales of securities to public investors. Such securities included so-called "Units" of "Class A Membership Interests" (the "CMFI Units," and collectively with the CCP-LLC Units, "the Units").

3.    At all times relevant to this Indictment, Cobalt Multifamily Co. I, LLC ("CMFC") was a limited liability company organized under Delaware law and was identified in offering materials as the "Manager" of CMFI.

4.    At all times relevant to this Indictment, Cobalt Capital Funding, LLC ("Cobalt Funding") was a limited liability company organized under Delaware law with its principal place of business in Great Neck, New York. Cobalt Funding's primary business was marketing and selling the Units to the investing public. According to marketing materials distributed by Cobalt Funding, Cobalt Funding was a part-owner and so-called "Class B Member" of CCP-LLC and CMFI.

5.    At all times relevant to this Indictment, Cobalt Capital Partners, L.P. ("CCP-LP") was a limited partnership

2

organized under Delaware law with its principal place of business in Springfield, Massachusetts.

6.  At all times relevant to this Indictment, Cobalt Financial, Inc. ("Cobalt Financial") was a corporation organized under Delaware law with its principal place of business in Springfield, Massachusetts.  Cobalt Financial was identified in certain offering materials as the "Manager" of CCP-LLC.  Cobalt Financial was also identified in certain offering materials as the "Manager" of CMFC, which, in turn, was identified as the "Manager" of CMFI.  Cobalt Financial was purportedly owned and controlled by WILLIAM B. FOSTER, the defendant, but was in fact controlled by MARK ALAN SHAPIRO, the defendant.

7.  At all times relevant to this Indictment, Cobalt Construction Services, LLC ("Cobalt Construction") was a limited liability company organized under Delaware law with its principal place of business in Springfield, Massachusetts.

8.  At all times relevant to this Indictment, Cobalt Property Services, LLC ("Cobalt Property") was a limited liability company organized under Delaware law with its principal place of business in Springfield, Massachusetts.

9.  At all times relevant to this Indictment, Vail Mountain Trust ("VMT") was a trust established under Connecticut law which was under the control of MARK ALAN SHAPIRO, the defendant.  VMT purportedly owned approximately 80 percent of

3

Cobalt Financial and owned approximately 79 percent of CCP-LP, the two entities that purportedly controlled other Cobalt entities including Cobalt Funding, and Cobalt Construction Services, LLC.  (These entities, along with other "Cobalt"-affiliated entities, are collectively referred to herein as "Cobalt.")

10.  At all times relevant to this Indictment, MARK ALAN SHAPIRO, the defendant, controlled the Cobalt entities either personally or through VMT and exercised day-to-day management decisions as the de facto Chief Executive Officer of the Cobalt entities.  SHAPIRO was convicted of bank fraud and conspiracy to commit tax fraud on or about December 9, 1998.

11.  At all times relevant to this Indictment, IRVING STITSKY, the defendant, was an equity partner of MARK ALAN SHAPIRO and WILLIAM B. FOSTER, the defendants.  STITSKY managed operations at the Cobalt Funding offices in Great Neck, New York, and was responsible for, among other things, hiring and supervising the Cobalt employees who marketed the Units to the public, and directly soliciting investors to purchase the Units. STITSKY was convicted of two counts of conspiracy to commit securities fraud, wire fraud and commercial bribery on or about August 10, 2001, and was convicted of conspiracy to commit securities fraud and making false statements on or about August 24, 2001.

4

12.   At all times relevant to this Indictment, WILLIAM B. FOSTER, the defendant, was identified in Cobalt marketing materials and private placement memoranda as the owner, president and Chief Executive Officer of Cobalt Financial, the entity that purportedly ran CCP-LLC and CMFI, and as the individual responsible for overseeing all aspects of the operations of all of the Cobalt entities.

### The Scheme to Defraud

13.   From in or about January 2003 through on or about March 27, 2006, MARK ALAN SHAPIRO, IRVING STITSKY and WILLIAM B. FOSTER, the defendants, perpetrated a scheme to defraud investors by soliciting millions of dollars of funds under false pretenses, failing to invest investors' funds as promised, and misappropriating and converting investors' funds to their own benefit and the benefit of others without the knowledge or authorization of the investors.   In furtherance of the scheme, SHAPIRO, STITSKY, and FOSTER solicited and caused others to solicit more than approximately 150 victim-investors who purchased at least $18.2 million of the Units.   SHAPIRO, STITSKY, and FOSTER fraudulently induced victims to invest by, among other things:   (a) misrepresenting Cobalt's operating history; (b) failing to inform prospective investors that Cobalt was owned and controlled by SHAPIRO and STITSKY, both convicted felons; and (c) misrepresenting and causing others to misrepresent to

5

prospective investors Cobalt's purported ownership interests in certain properties. In truth and in fact, as SHAPIRO, STITSKY, and FOSTER well knew, Cobalt was a new company with little or no record of real estate investment success, Cobalt was managed and controlled by SHAPIRO, and Cobalt did not own several of the properties that it claimed to own.

## The Private Placement Memoranda and Marketing Materials

14. In connection with the scheme, MARK ALAN SHAPIRO, IRVING STITSKY and WILLIAM B. FOSTER, the defendants, created, distributed and caused others to distribute various materials to potential investors. Among those materials were at least three versions of a private placement memorandum which described the investments being offered.

15. The first private placement memorandum was dated December 29, 2003 (the "December 2003 PPM"). The December 2003 PPM offered for sale Class A limited liability company membership interests in CCP-LLC in $100,000 "units" in an offering of between 7 and 20 Units. According to the memorandum, the stated purpose of the offering was to raise money for the first twelve months of operation for CCP-LLC. The December 2003 PPM also stated that WILLIAM B. FOSTER, the defendant, "is the owner, President and CEO of Cobalt Financial, Inc." and "is in charge of overseeing all aspects" of the operations of Cobalt Financial and its "Affiliates," including all Cobalt entities. The December

6

2003 PPM made no mention of either MARK ALAN SHAPIRO or IRVING STITSKY, the defendants, their criminal histories, or their roles at Cobalt.

16.   The second and third private placement memoranda were dated July 1, 2004 (the "July 2004 PPM") and December 15, 2004 (the "December 2004 PPM"), respectively.  Both the July 2004 PPM and the December 2004 PPM offered for sale Class A limited liability company membership interests in CMFI in $100,000 "units" in an offering of between 20 and 250 units.  Both PPMs informed prospective investors, among other things, that CMFI:

> intends to pursue and promote investment
> opportunities in the acquisition and
> development, . . . of well-chosen multifamily
> properties throughout the United States, with
> the primary focus being the acquisition and
> development of residential apartment
> properties ranging in size from approximately
> 150 to 500 units and vacant land suitable for
> development of multifamily units[;]

The PPMs further represented that WILLIAM B. FOSTER, the defendant, "is the owner, President and CEO of Cobalt Financial, Inc." and "is in charge of overseeing all aspects" of the operations of Cobalt Financial and its "Affiliates," including all Cobalt entities.

17.   The July 2004 PPM made no mention of either MARK ALAN SHAPIRO or IRVING STITSKY, the defendants, their criminal histories, or their roles at Cobalt.

7

18.  The December 2004 PPM falsely stated that SHAPIRO was merely a "consultant" who

> assists in structuring of the financing for the Cobalt Capital Companies.  He has extensive experience in corporate finance and real estate and provides an eye for finding "diamond in the rough" properties.  Mr. Shapiro has over twenty years of real estate construction, development and finance experience.  He has on his own and on behalf of others, owned, managed, constructed and/or converted over 10,000 apartments and condominium units throughout the United States.  He received his undergraduate degree from the University of Miami and a Masters in Finance from Harvard University.

In fact, SHAPIRO was not a Cobalt "consultant."  SHAPIRO owned and controlled Cobalt.  Moreover, representations about SHAPIRO's educational background were also false, as SHAPIRO did not attend or receive any degree from either the University of Miami or Harvard University.  The December 2004 PPM made no mention of SPITSKY.

19.  Both the July 2004 PPM and the December 2004 PPM indicated that certain Cobalt entities were permitted to receive fees from the sale of each CMFI Unit, if certain services were performed, including: (a) a "Sales Commission" of approximately eight percent, and an approximately one percent "non-accountable Expense Allowance" payable to Cobalt Funding; (b) an approximately nine percent "acquisition fee" payable to CCP-LP for its services in "selecting, acquiring and financing properties"; and (c) an approximately three percent "Property

8

Analysis, Construction and Reposition Fee" payable to Cobalt Property so that "each property will have a plan to bring it back to its original position."

20. The appendices to both the July 2004 PPM and the December 2004 PPM stated that, "The Manager shall have a fiduciary duty for the safekeeping and use of all funds and assets of [CMFI], whether or not in the Manager's possession and control; and, . . . the Manager shall not employ or permit another to employ such funds or assets in any manner except for the exclusive benefit of [CMFI]." The December 2003 PPM also contained similar language. In addition, the appendices to both the July 2004 PPM and the December 2004 PPM further stated, in sum and substance, that CMFI was not allowed to make loans to MARK ALAN SHAPIRO, IRVING STITSKY, or WILLIAM B. FOSTER, the defendants.

21. In addition to the December 2003 PPM, the July 2004 PPM, and the December 2004 PPM, other documents distributed to potential investors included brochures and materials that contained misrepresentations, including, among other things: (a) that Cobalt owned a property formerly known as the Hotel Simone, located at 321 Ocean Drive, Miami Beach, Florida; (b) that Cobalt developed and owned an equity share of a property known as the Mercury Hotel, located at 100 Collins Drive, Miami Beach, Florida; (c) that, since 2001, Cobalt owned several other

properties located in Miami Beach, Florida; and (d) that Cobalt was working with certain reputable industry professionals.  In addition, the marketing materials falsely conveyed that Cobalt had been in business for several decades; indeed one brochure stated that the Cobalt companies were founded in 1980.

**Cobalt's Deceptive Marketing Practices**
**And The Misappropriation Of Investor Funds**

22.  In furtherance of their scheme, and in order to sell the Units, MARK ALAN SHAPIRO, IRVING STITSKY and WILLIAM B. FOSTER, the defendants, established Cobalt Funding offices in Great Neck, New York, and Miami Beach, Florida.  These offices were primarily used by salespersons paid by Cobalt to solicit prospective investors in CCP-LLC and CMFI.  STITSKY was in charge of the sales operations of the Great Neck office and the Miami Beach office.  He directly solicited investors, and he hired, trained and supervised the Cobalt sales force.  Over the course of the scheme, the Cobalt sales force made tens of thousands of telephone calls, including interstate telephone calls, from the Cobalt Funding office.

23.  Among other things, MARK ALAN SHAPIRO, IRVING STITSKY and WILLIAM B. FOSTER, the defendants, and other members of the Cobalt sales force told investors that:  (a) Cobalt had been in business for two decades or longer, when in truth and in fact the Cobalt entities were recently formed and had a minimal operating history; (b) that FOSTER owned and controlled Cobalt,

10

when in truth and in fact, SHAPIRO was the de facto head of Cobalt and STITSKY ran significant portions of Cobalt; (c) Cobalt owned certain properties, including the Hotel Simone and the Mercury Hotel, when in truth and in fact, Cobalt did not own either property.

24.   In addition, MARK ALAN SHAPIRO, IRVING STITSKY and WILLIAM B. FOSTER, the defendants, told investors and caused investors to be told that VMT had liquid assets worth in excess of $3 million, when in truth and in fact, VMT had little to no liquid assets.   To perpetuate certain portions of the scheme, SHAPIRO and FOSTER disseminated or caused to be disseminated financial statements which falsely reflected liquid assets for VMT, as well as fake account statements from a financial institution that purported to show that, at several periods in 2005, VMT had in excess of $3 million in liquid assets.

25.   Investors were not informed that MARK ALAN SHAPIRO, the defendant, had previously been convicted of bank fraud and conspiracy to commit tax fraud.   Similarly, investors were not informed that IRVING STITSKY, the defendant, had previously been convicted of securities fraud and other fraud charges.

26.   During the period between in or about December 2003 and December 2005, CMFI raised more than $16.4 million from investors.   The PPMs disclosed that CCP-LP would be paid an

11

"acquisition fee" of approximately nine percent and that Cobalt Property would be paid a "Property Analysis, Construction and Reposition Fee" of approximately three percent, which would be made payable also to CCP-LP.  In fact, at the direction of MARK ALAN SHAPIRO, the defendant, approximately $3 million, or approximately 18.3 percent of the investor funds, were deposited in a bank account held in the name of CCP-LP (the "CCP-LP Account"), which funds were largely used for the personal benefit of MARK ALAN SHAPIRO, IRVING STITSKY and WILLIAM B. FOSTER, the defendants.  These fees, totaling well more than the twelve percent total fee that the PPMs represented, were paid to SHAPIRO, STITSKY, and FOSTER in addition to the salaries they drew from the Cobalt entities.

27.  For example: (a) the company performing construction work at the Glastonbury, Connecticut home of MARK ALAN SHAPIRO, the defendant, received approximately $240,000 directly from the CCP-LP Account; (b) SHAPIRO received more than approximately $57,000 from the CCP-LP Account; (c) WILLIAM B. FOSTER, the defendant, and a trust established by FOSTER for the benefit of himself and others, collectively received approximately $609,000 from the CCP-LP Account; and (d) IRVING STITSKY, the defendant, and a trust established by STITSKY for the benefit of himself and others, collectively received approximately $165,000 directly from the CCP-LP Account.

12

28. In addition, funds were transferred from the CCP-LP Account to a bank account held in the name of VMT (the "VMT Account") from which further transfers were made for the benefit of MARK ALAN SHAPIRO, IRVING STITSKY and WILLIAM B. FOSTER, the defendants. VMT received approximately $2.3 million from the CCP-LP Account. Funds in the VMT Account were used to pay for: (a) hundreds of thousands of dollars of construction costs for SHAPIRO's Glastonbury, Connecticut home; (b) hundreds of thousands of dollars in restitution obligations owed by SHAPIRO arising from his criminal bank fraud and conspiracy convictions; and (c) and hundreds of thousands of dollars of other personal expenses including, for example, jewelry and automobiles. In addition, STITSKY received approximately $54,200 from the VMT Account

29. Notwithstanding representations in the July 2004 PPM and the December 2004 PPM that investor funds would only be used for the benefit of Cobalt and that no investor money was to be loaned to Cobalt personnel, MARK ALAN SHAPIRO, IRVING STITSKY, and WILLIAM B. FOSTER, the defendants, their respective trusts, and CCP-LP received "loans" and other advances totaling hundreds of thousands of dollars. For example, in or about July 2005, SHAPIRO caused approximately $250,000 to be wired out of the CMFI bank account to pay part of the price of a luxury condominium in Miami Beach, Florida, that was owned in the name of VMT and was

13

exclusively for SHAPIRO's personal use.  SHAPIRO also caused tens
of thousands of dollars of personal expenses that he charged on
Cobalt corporate credit cards to be paid for with investor funds.

<u>STATUTORY ALLEGATIONS</u>

<u>The Conspiracy</u>

30.  From at least in or about January 2003 to on or
about March 27, 2006, in the Southern District of New York and
elsewhere, MARK ALAN SHAPIRO, IRVING STITSKY, and WILLIAM B.
FOSTER, the defendants, unlawfully, willfully, and knowingly did
combine, conspire, confederate, and agree together and with each
other to commit offenses against the United States, namely,
(a) to commit fraud in connection with the purchase and sale of
securities, in violation of Title 15, United States Code,
Sections 78j(b) and 78ff, and Title 17, Code of Federal
Regulations, Section 240.10b-5; (b) to commit mail fraud, in
violation of Title 18, United States Code, Section 1341; and
(c) to commit wire fraud, in violation of Title 18, United States
Code, Section 1343.

<u>The Objects of the Conspiracy</u>

<u>Fraud In Connection With The Purchase Or Sale Of Securities</u>

31.  It was a part and an object of the conspiracy that
MARK ALAN SHAPIRO, IRVING STITSKY, and WILLIAM B. FOSTER, the
defendants, unlawfully, willfully, and knowingly, directly and
indirectly, by use of the means and instrumentalities of

14

interstate commerce, the mails, and the facilities of national securities exchanges, would and did use and employ manipulative and deceptive devices and contrivances in connection with the purchase and sale of securities, in contravention of Title 17, Code of Federal Regulations, Section 240.10b-5, by (a) employing devices, schemes, and artifices to defraud; (b) making and causing to be made untrue statements of material facts and omitting to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and (c) engaging in acts, practices, and courses of business which operated and would operate as a fraud and deceit upon persons who purchased the CCP-LLC Units and the CMFI Units, in violation of Title 15, United States Code, Sections 78j(b) and 78ff.

<u>Mail Fraud</u>

32. It was further a part and an object of the conspiracy that MARK ALAN SHAPIRO, IRVING STITSKY, and WILLIAM B. FOSTER, the defendants, unlawfully, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did cause to be deposited any matter or thing whatever to be sent and delivered by any private and commercial interstate carrier, and would and did take and receive therefrom, any such

15

matter and thing, and knowingly would and did cause to be delivered by such carrier according to the direction thereon, and at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter and thing, in violation of Title 18, United States Code, Section 1341.

<u>Wire Fraud</u>

33.   It was further a part and an object of the conspiracy that MARK ALAN SHAPIRO, IRVING STITSKY, and WILLIAM B. FOSTER, the defendants, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money by means of false and fraudulent pretenses, representations and promises, would and did transmit and cause to be transmitted by means of wire and radio communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

<u>Means And Methods Of The Conspiracy</u>

34.   Among the means and methods by which MARK ALAN SHAPIRO, IRVING STITSKY, and WILLIAM B. FOSTER, the defendants, would and did carry out the conspiracy were the following:

a.   SHAPIRO and FOSTER caused bank accounts to be opened in the names of various Cobalt entities, which accounts were controlled by SHAPIRO and FOSTER.

16

b.    SHAPIRO, STITSKY, and FOSTER established a telemarketing center in Great Neck, New York, from which they caused tens of thousands of telephone calls to be made to prospective Cobalt investors.

c.    SHAPIRO caused VMT to be established; caused a bank account in the name of VMT to be opened, which he controlled; SHAPIRO and FOSTER disseminated or caused to be disseminated financial statements which falsely reflected liquid assets for VMT; and SHAPIRO and FOSTER disseminated or caused to be disseminated fake account statements from a financial institution that purported to show that VMT had in excess of $3 million in liquid assets.

d.    SHAPIRO, STITSKY, and FOSTER solicited funds from investors and caused funds to be solicited from investors by making false and misleading oral and written representations about the investment for which the investors' funds were solicited, including, among others, false representations about (i) the identities and relevant background information about the individuals controlling the Cobalt entities; (ii) the identities of Cobalt's business partners; (iii) the properties that Cobalt owned; (iv) the properties in which investor funds were to be invested; (v) the history of the Cobalt entities; (vi) the amount of fees to be taken by Cobalt entities from the investor funds;

(vii) the uses of the fees taken by Cobalt entities from the investor funds; and (viii) SHAPIRO's educational background.

e.   SHAPIRO, STITSKY, and FOSTER caused the money obtained from investors to be deposited into bank accounts in the names of Cobalt entities, and further caused millions of dollars of those funds to be transferred to accounts for the benefit of SHAPIRO, STITSKY, and FOSTER.

f.   SHAPIRO, STITSKY, and FOSTER used, and caused others to use, facilities of interstate and foreign commerce, including the mails and interstate wire transfers, in furtherance of the objects of the conspiracy.

<u>Overt Acts</u>

35.   In furtherance of the conspiracy and to effect the illegal objects thereof, MARK ALAN SHAPIRO, IRVING STITSKY, and WILLIAM B. FOSTER, the defendants, and others, caused the following overt acts, among others, to be committed in the Southern District of New York and elsewhere:

a.   In or about January 2003, SHAPIRO met with a potential business partner to discuss the formation of the real estate business that became the Cobalt companies.

b.   On or about November 21, 2003, SHAPIRO and FOSTER caused Cobalt Funding to be incorporated.

c.   On or about July 15, 2004, STITSKY sent an email that falsely stated that Cobalt had purchased,

18

rehabilitated, and sold luxury units in the Mercury Hotel, and that Cobalt continued to earn income from the daily operations of the Mercury Hotel.

d.   On or about August 12, 2004, FOSTER caused Cobalt marketing materials to be sent to a Victim ("Victim 1") in New York, New York.

e.   On or about September 28, 2004, FOSTER sent an email attaching a document identifying properties that Cobalt purportedly owned, including five Miami Beach properties purportedly acquired in 2001.

f.   On or about January 19, 2005, a Cobalt Funding employee caused a letter to be sent by facsimile machine to a prospective investor ("Victim 2") in New York, New York.

g.   On or about January 26, 2005, one and more Cobalt Funding employees asked Victim 2 to send a check in the amount of approximately $50,000 from New York, New York, to Cobalt Funding for an investment in CMFI.

h.   On or about February 9, 2005, FOSTER caused Cobalt marketing materials to be sent to Victim 2 in New York, New York.

i.   On or about March 1, 2005, STITSKY sent an email directing a Cobalt Funding employee to falsify the employee's resume for use in Cobalt's marketing material.

19

j.   On or about March 22, 2005, SHAPIRO placed a telephone call to an individual he believed to be a potential business partner.

k.   On or about June 16, 2005, STITSKY sent an email to SHAPIRO advising SHAPIRO not to pay back any personal expenses that SHAPIRO had charged to Cobalt company credit cards.

l.   On or about June 24, 2005, a Cobalt employee, who was located in Springfield, Massachusetts, sent by DHL Express to Victim 2, who was located in New York, New York, materials to complete for an additional investment.

m.   On or about September 26, 2005, Cobalt caused an advertisement designed to induce inquiries from prospective Cobalt investors to be published in the New York Times in New York, New York.

n.   On or about August 11, 2005, a Cobalt employee, who was located in Springfield, Massachusetts, sent an email to Victim 1, who was located in New York, New York, about the status of her investment.

o.   On or about October 20, 2005, a Cobalt Funding employee caused Cobalt marketing materials including the December 2004 PPM to be sent to an address in New York, New York.

p.   In or about January 2006, SHAPIRO made misrepresentations to another victim ("Victim 3") at the Mercury Hotel in Miami Beach, Florida.

q.  On or about January 20, 2006, SHAPIRO caused
to be sent fake account statements from a financial institution
for purposes of securing a loan for Cobalt.

(Title 18, United States Code, Section 371.)

## COUNT TWO
### (Securities Fraud)

The Grand Jury further charges:

36.  The allegations contained in paragraphs 1 through
29 and 34 through 35 above are hereby repeated, realleged and
incorporated by reference as if fully set forth herein, as
setting forth a scheme to defraud.

37.  From in or about January 2003 through on or about
March 27, 2006, in the Southern District of New York and
elsewhere, MARK ALAN SHAPIRO, IRVING STITSKY and WILLIAM B.
FOSTER, the defendants, unlawfully, willfully, and knowingly,
directly and indirectly, by the use of the means and
instrumentalities of interstate commerce, the mails, and the
facilities of national securities exchanges, did use and employ,
in connection with the purchase and sale of securities,
manipulative and deceptive devices and contrivances, as set forth
above, in violation of Title 17, Code of Federal Regulations,
Section 240.10b-5, by (a) employing devices, schemes, and
artifices to defraud, (b) making untrue statements of material
facts and omitting to state material facts necessary in order to
make the statements made, in the light of the circumstances under

21

which they were made, not misleading, and (c) engaging in acts, practices, and courses of business which operated and would operate as a fraud and deceit upon persons, namely purchasers of the CCP-LLC Units.

> (Title 15, United States Code, Sections 78j(b) and 78ff;
> Title 17, Code of Federal Regulations, Section 240.10b-5;
> Title 18, United States Code, Section 2.)

## COUNT THREE
### (Securities Fraud)

The Grand Jury further charges:

38.   The allegations contained in paragraphs 1 through 29 and 34 through 35 above are hereby repeated, realleged and incorporated by reference as if fully set forth herein, as setting forth a scheme to defraud.

39.   From in or about January 2003 through on or about March 27, 2006, in the Southern District of New York and elsewhere, MARK ALAN SHAPIRO, IRVING STITSKY and WILLIAM B. FOSTER, the defendants, unlawfully, willfully, and knowingly, directly and indirectly, by the use of the means and instrumentalities of interstate commerce, the mails, and the facilities of national securities exchanges, did use and employ, in connection with the purchase and sale of securities, manipulative and deceptive devices and contrivances, as set forth above, in violation of Title 17, Code of Federal Regulations, Section 240.10b-5, by (a) employing devices, schemes, and artifices to defraud, (b) making untrue statements of material

22

facts and omitting to state material facts necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading, and (c) engaging in acts, practices, and courses of business which operated and would operate as a fraud and deceit upon persons, namely purchasers of the CMFI Units.

(Title 15, United States Code, Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; Title 18, United States Code, Section 2.)

## COUNT FOUR
### (Wire Fraud)

The Grand Jury further charges:

40.  The allegations contained in paragraphs 1 through 29 and 34 through 35 above are hereby repeated, realleged and incorporated by reference as if fully set forth herein, as setting forth a scheme to defraud.

41.  From in or about January 2003 through on or about March 27, 2006, in the Southern District of New York and elsewhere, MARK ALAN SHAPIRO, IRVING STITSKY and WILLIAM B. FOSTER, the defendants, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, unlawfully, willfully and knowingly would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures and

sounds for the purpose of executing such scheme and artifice, to wit, on or about August 11, 2005, a Cobalt employee, who was located in Springfield, Massachusetts, sent an email to Victim 1, who was located in New York, New York, about the status of her investment.

(Title 18, United States Code, Sections 1343 and 2.)

## COUNT FIVE
### (Mail Fraud)

The Grand Jury further charges:

42. The allegations contained in paragraphs 1 through 29 and 34 through 35 above are hereby repeated, realleged and incorporated by reference as if fully set forth herein, as setting forth a scheme to defraud.

43. From in or about January 2003 through on or about March 27, 2006, in the Southern District of New York and elsewhere, MARK ALAN SHAPIRO, IRVING STITSKY and WILLIAM B. FOSTER, the defendants, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice and attempting so to do, unlawfully, willfully and knowingly did deposit and cause to be deposited matters and things to be sent and delivered by private and commercial interstate carrier, and did take and receive therefrom, such matters and things, and did knowingly cause to be

24

delivered by mail and such carrier according to the direction
thereon, and at the place at which it was directed to be
delivered by the person to whom it was addressed, such matters
and things, to wit, on or about June 24, 2005, a Cobalt employee,
who was located in Springfield, Massachusetts, sent by DHL
Express to Victim 2, who was located in New York, New York,
materials to complete for an additional investment.

(Title 18, United States Code, Sections 1341 and 2.)

## FORFEITURE ALLEGATIONS

44.    As a result of committing one or more of the
offenses charged in Counts One through Five of this Indictment,
to wit, conspiracy to commit fraud in the sale of securities,
mail fraud and wire fraud, in violation of Title 15, United
States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal
Regulations, Section 240.10b-5, and Title 18, United States Code,
Sections 371, 1341, 1343 and 2 (Count One), fraud in the sale of
securities, in violation of Title 15, United States Code,
Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations,
Section 240.10b-5 (Counts Two and Three), wire fraud, in
violation of Title 18, United States Code, Sections 1343 and 2
(Count Four), and mail fraud, in violation of Title 18, United
States Code, Sections 1341 and 2 (Count Five), MARK ALAN SHAPIRO,
IRVING STITSKY and WILLIAM B. FOSTER, the defendants, shall
forfeit to the United States, pursuant to Title 18, United States

Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the said offenses, including but not limited to the following:

a. A sum of money equal to $18.3 million in United States currency, representing the proceeds obtained as a result of the charged conspiracy and securities fraud offenses alleged in this Indictment, for which the defendants are jointly and severally liable;

b. All right, title and interest of MARK ALAN SHAPIRO, the defendant, in all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 518 Chimney Sweep Hill Road, Glastonbury, Connecticut; and

c. All right, title and interest of MARK ALAN SHAPIRO, IRVING STITSKY and WILLIAM B. FOSTER, the defendants, in any and all United States currency, funds or other monetary instruments credited to the following bank accounts:

| Account No. | Name in Which Account is Held | Financial Institution |
|---|---|---|
| 9483623069 | VMT | Bank of America |
| 9520214177 | FFT I Trust | Bank of America |
| 2000013072531 | Cobalt Financial, Inc. | Wachovia Bank |

26

| Account No. | Name in Which Account is Held | Financial Institution |
|---|---|---|
| 2000012236970 | Cobalt Financial Inc. | Wachovia Bank |
| 2000013072887 | CMF Houston Acquisition, LLC | Wachovia Bank |
| 2000012237416 | Cobalt Capital Funding, LLC | Wachovia Bank |
| 2000022214092 | Cobalt Multfamily Investors I, LLC | Wachovia Bank |

## Substitute Asset Provision

45.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with a third person;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), and Title 21, United States Code, Section 853(p), to seek

27

forfeiture of any other property of said defendants up to the

value of the forfeitable property described above.

    (Title 18, United States Code, Section 981(a)(1)(C)
    and Title 28, United States Code, Section 2461(c).)


_____
FOREPERSON

PREET BHARARA
UNITED STATES ATTORNEY

Form No. USA-33s-274 (Ed. 9-25-58)

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

### UNITED STATES OF AMERICA

- v -

### MARK ALAN SHAPIRO,
### IRVING STITSKY, and
### WILLIAM B. FOSTER,

### Defendants.

---

### SUPERSEDING INDICTMENT

S1 06 Cr. 357 (KMW)

15 U.S.C. §§ 78j(b) and 78ff; Title 17, Code of Federal
Regulations, Section 240.10b-5;18 U.S.C. §§ 371 and 2;
Title 18, United States Code, Sections 1343 and 2; Title 18,
United States Code, Sections 1341 and 2

---

PREET BHARARA
United States Attorney.

| AO 245B | (Rev. 09/08) Judgment in a Criminal Case |
|---|---|
| v1 | Sheet 1 |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10_/_25_/_10_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) |
| MARK ALAN SHAPIRO | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**JUDGMENT IN A CRIMINAL CASE**

Case Number:  S1 06 CR 357-01

USM Number:  13354-014

Lee Ginsberg, Esq (AUSA Marc Berger)
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s)     1 (one), 2 (two), 3 (three), 4 (four) and 5 (five)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 371 | Conspiracy to Commit Securities Fraud, Wire Fraud and Mail Fraud | 3/27/2006 | 1 |
| 15 USC 78j(b) & 78ff | Securities Fraud | 3/27/2006 | 2 &3 |
| 18 USC 1343 | Wire Fraud | 3/27/2006 | 4 |
| 18 USC 1341 | Mail Fraud | 3/27/2006 | 5 |

☐ See additional count(s) on page 2

The defendant is sentenced as provided in pages     through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)     underlying indictment          ☑ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 21, 2010
Date of Imposition of Judgment

*Kimba M. Wood*
Signature of Judge

KIMBA M. WOOD, U.S.D.J.
Name of Judge                    Title of Judge

*October 25, 2010*
Date

AO 245B      (Rev. 09/08) Judgment in a Criminal Case
v1           Sheet 2 — Imprisonment

DEFENDANT: MARK ALAN SHAPIRO                              Judgment Page: 2 of 6
CASE NUMBER: S1 06 CR 357-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of:
60 Months on Count 1 and 240 months on each of counts 2, 3, 4, and 5, all to run consecutively, for a total of 1,020 months
(85 years).

☑  The court makes the following recommendations to the Bureau of Prisons:

That the defendant be imprisoned as close to the Northeast Region as possible, specifically Connecticut, so that his family
may visit him.  The Court also recommends that the defendant be placed in a substance abuse program, in light of his prior
alcohol abuse.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____  ☐ a.m.  ☐ p.m.  on _____

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before _____ on _____

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
v1       Sheet 3 — Supervised Release

DEFENDANT: MARK ALAN SHAPIRO               Judgment Page: 3 of 6
CASE NUMBER: S1 06 CR 357-01

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
3 years on each of Counts 1 through 5, all to run concurrently.

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☐  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☐  The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐  The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐  The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcemnt agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
v1          Sheet 3C — Supervised Release

DEFENDANT:  MARK ALAN SHAPIRO                                 Judgment Page: 4 of 6
CASE NUMBER:  S1 06 CR 357-01

## SPECIAL CONDITIONS OF SUPERVISION

The standard and mandatory conditions of supervised release apply, along with the following special conditions:

The defendant shall provide the probation officer with access to any requested financial information

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

The defendant will participate in an alcohol aftercare treatment program under a co-payment plan, which may include testing via breathalyzer at the direction and discretion of the probation officer.

The defendant shall submit his person, residence, place of business, vehicle, or any other premises under his control to a search, on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of the release may be found.  The search must be conducted at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to search pursuant to this condition.

The defendant is to report to the nearest Probation Office within 72 hours of release from custody.

The defendant shall be supervised by the district of his residence.

DEFENDANT: MARK ALAN SHAPIRO                              Judgment Page: 5 of 6
CASE NUMBER: S1 06 CR 357-01

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 500.00 | $ 0.00 | $ 22,075,631 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgement in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

     If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| See attached list of Cobalt victims | $22,075,631.00 | | pro rata |
| **TOTALS** | $22,075,631.00 | $0.00 | |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

     ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

---

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
v1         Sheet 6 — Schedule of Payments

DEFENDANT: MARK ALAN SHAPIRO                                          Judgment Page: 6 of 6
CASE NUMBER: S1 06 CR 357-01

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑ Lump sum payment of $ <u>500.00</u> due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance    ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B  ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D  ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
    term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑ Special instructions regarding the payment of criminal monetary penalties:

    Restitution shall be made payable to the Clerk, U.S. District Court, for disbursement to the victims. The defendant shall make
    restitution except that no further payment shall be required after the sum of the amounts actually paid by all defendants has
    fully covered compensable injury. Restitution shall be paid in monthly installments of 15% of gross monthly income.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:

    $23,152,235 in United States currency, for which the defendants (Irving Stitsky, 06cr357 and William B. Foster,
    06cr357) are jointly and severally liable.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.